B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Central District of California

**In re** Linda Ezor Swarzman,

Case No. 1:23-bk-10270-VK

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __85,000.00__ **

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ __85,000.00__**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __See Footnote Below__ ** [5(e) Below]

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

    **Counsel received a pre-petition retainer of $85,000 for this case, of which $23,699.50 was used pre-petition. Counsel incurred $23,699.50 of pre-petition fees and expenses, and applied its retainer, leaving a retainer balance of $61,300.50 as of the petition date.  Subject to Court approval, BG Law LLP will provide reorganization services and any related litigation services including all of the aforementioned services to the Debtor through the chapter 11 case and in an unknown amount.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Not applicable. However, to the extent that the Debtor needs legal services outside of the breadth of counsel's expertise, the Debtor will seek to employ special litigation counsel for such purposes.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/31/2023 | /s/ David Seror |
|---|---|
| *Date* | *Signature of Attorney* |
| | BG Law LLP |
| | *Name of law firm* |