DAVID SEROR – Bar No. 67488
SUSAN K. SEFLIN – Bar No. 213865
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:      dseror@bg.law
            sseflin@bg.law
            jwellington@bg.law

Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:23-bk-10270-VK |
| Linda Ezor Swarzman, | Chapter 11 |
| Debtor. | **SUBMISSION OF DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND RESERVATION OF RIGHTS** |

Linda Ezor Swarzman, the chapter 11 debtor in possession herein (the "Debtor"), hereby submits the following Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs ("SOFA"):

1.    Summary of Assets and Liabilities for Individuals (Official Form 106Sum)

2.    Schedule A/B: Assets – Real and Personal Property (Official Form 106 A/B)

3.    Schedule C: The Property You Claimed as Exempt (Official Form 106C)

4.    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106(D)

2887840

5.      Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106 E/F)

6.      Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)

7.      Schedule H: Codebtors (Official Form 106H)

8.      Schedule I: Income (Official Form 106I)

9.      Schedule J: Expenses (Official Form 106J)

10.     Declaration About an Individual Debtor's Schedules (Official Form 106Dec)

11.     Statement of Financial Affairs for Individuals (Official Form 107)

## **RESERVATION OF RIGHTS**

The Debtor reserves her right to amend or supplement the Schedules or SOFA as necessary. While the Debtor and her professionals have put forth considerable effort to ensure that the Schedules and SOFA are accurate and complete to the best of their ability, (i) the Debtor's books and records were in disarray prepetition, (ii) inadvertent errors may exist and/or (iii) subsequent receipt or discovery of information may result in further amendments or supplements to the Schedules or SOFA.  Furthermore, the Debtor will be filing an amended Schedule I and Schedule J to include the income and expenses related to her real property business as the Debtor and her professionals have not yet finished gathering the information needed.  The information contained in the Schedules and SOFA is unaudited.

DATED:  April 10, 2023                     BG Law LLP


By:  /s/ Susan K. Seflin
       Susan K. Seflin
Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

2

2887840

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Linda Ezor Swarzman |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 1:23-bk-10270-VK |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information            12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:    Summarize Your Assets**

|  |  | Your assets |
|---|---|---|
|  |  | Value of what you own |
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $    24,530,200.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $    2,140,854.03 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $    26,671,054.03 |

**Part 2:    Summarize Your Liabilities**

|  |  | Your liabilities |
|---|---|---|
|  |  | Amount you owe |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    18,399,248.67 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    542,612.16 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    4,157,019.94 |
| | **Your total liabilities** | $    23,098,880.77 |

**Part 3:    Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $    20,514.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $    20,351.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■  Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1    Linda Ezor Swarzman                                    Case number *(if known)*    1:23-bk-10270-VK

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Linda Ezor Swarzman | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    1:23-bk-10270-VK

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

222 Jettyview Road
Street address, if available, or other description

Freeport        TX    77541-0000
City        State    ZIP Code

Brazoria
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $225,000.00 | $225,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property** (see instructions)

Debtor 1    Linda Ezor Swarzman                                        Case number *(if known)*    1:23-bk-10270-VK

**1.2**

If you own or have more than one, list here:

705 Inwood Dr.

Street address, if available, or other description

Baytown              TX    77521-0000

City                 State  ZIP Code

Harris

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$190,000.00    $190,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

**1.3**

If you own or have more than one, list here:

210 Park Street

Street address, if available, or other description

Baytown              TX    77520-0000

City                 State  ZIP Code

Harris

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$150,000.00    $150,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

Debtor 1    Linda Ezor Swarzman                                    Case number *(if known)*    1:23-bk-10270-VK

**1.4**    If you own or have more than one, list here:

230 Kansas Street
<br>Street address, if available, or other description

Bayliff                    TX        77518-0000
<br>City                    State      ZIP Code

Galveston
<br>County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
<br>$215,000.00                $215,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
<br>Title owner

- ☐ **Check if this is community property** (see instructions)

---

**1.5**    If you own or have more than one, list here:

3306 Sandpiper Dr.
<br>Street address, if available, or other description

Baytown                    TX        77521-0000
<br>City                    State      ZIP Code

Harris
<br>County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
<br>$175,000.00                $175,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
<br>Title owner

- ☐ **Check if this is community property** (see instructions)

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

**1.6**    If you own or have more than one, list here:

3814 Tradewinds Dr.
_____
Street address, if available, or other description

Galveston          TX      77554-0000
_____
City                State    ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $575,000.00 | $575,000.00 |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

Title owner

☐ **Check if this is community property**
(see instructions)

---

**1.7**    If you own or have more than one, list here:

7935 Breda Dr.
_____
Street address, if available, or other description

Baytown          TX      77521-0000
_____
City                State    ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $185,000.00 | $185,000.00 |

**Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.**

Title owner

☐ **Check if this is community property**
(see instructions)

Debtor 1    Linda Ezor Swarzman                                                    Case number (if known)    1:23-bk-10270-VK

1.8    If you own or have more than one, list here:

1714 25th St.

_Street address, if available, or other description_

Galveston                    TX      77554-0000
_City_                       _State_    _ZIP Code_

Galveston
_County_

**What is the property?** Check all that apply

- [ ] Single-family home
- [x] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Multi Family (Apts Ave O)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

**Current value of the entire property?**    **Current value of the portion you own?**
$936,000.00                      $936,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

- [ ] **Check if this is community property**
(see instructions)

---

1.9    If you own or have more than one, list here:

1788 Redfish Ln.

_Street address, if available, or other description_

Hankamer                     TX      77560-0000
_City_                       _State_    _ZIP Code_

Chambers
_County_

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Crystal Beach

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

**Current value of the entire property?**    **Current value of the portion you own?**
$875,000.00                      $875,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

- [ ] **Check if this is community property**
(see instructions)

Debtor 1    Linda Ezor Swarzman                                                Case number *(if known)*    1:23-bk-10270-VK

| 1.10 | If you own or have more than one, list here: | | |
|---|---|---|---|

16014 Buccaneer Ln.
_____
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Houston          TX      77062-0000
_____
City          State      ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $215,000.00 | $215,000.00 |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

Harris
_____
County

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

| 1.11 | If you own or have more than one, list here: | | |
|---|---|---|---|

1206 Montana St.
_____
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    Town Home

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

La Porte          TX      77571-0000
_____
City          State      ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $120,000.00 | $120,000.00 |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

Harris
_____
County

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor 1    Linda Ezor Swarzman                                                              Case number (if known)    1:23-bk-10270-VK

---

**1.12** If you own or have more than one, list here:

803 & 807 W. 6th St
_____
Street address, if available, or other description

Freeport                    TX      77541-0000
_____
City                        State    ZIP Code

Brazoria
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $90,000.00 | $90,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

☐ **Check if this is community property** (see instructions)

---

**1.13** If you own or have more than one, list here:

711 Meadowglen Dr.
_____
Street address, if available, or other description

Baytown                    TX      77521-0000
_____
City                        State    ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $160,000.00 | $160,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

☐ **Check if this is community property** (see instructions)

---

Debtor 1    Linda Ezor Swarzman                                                    Case number (if known)   1:23-bk-10270-VK

1.1
4        If you own or have more than one, list here:

3801 6th St.                                        **What is the property?** Check all that apply

Street address, if available, or other description     ■ Single-family home              Do not deduct secured claims or exemptions. Put
                                                        □ Duplex or multi-unit building    the amount of any secured claims on Schedule D:
                                                        □ Condominium or cooperative      Creditors Who Have Claims Secured by Property.

Galveston           TX      77554-0000                  □ Manufactured or mobile home
                                                        □ Land                            **Current value of the**    **Current value of the**
City                State    ZIP Code                   □ Investment property             **entire property?**        **portion you own?**
                                                        □ Timeshare                       $280,000.00                 $280,000.00
                                                        □ Other _____

                                                       **Who has an interest in the property?** Check one    **Describe the nature of your ownership interest
                                                                                                             (such as fee simple, tenancy by the entireties, or
Galveston                                               ■ Debtor 1 only                                      a life estate), if known.**
                                                        □ Debtor 2 only                   Title Owner
County                                                  □ Debtor 1 and Debtor 2 only
                                                        □ At least one of the debtors and another    □ **Check if this is community property**
                                                                                                             (see instructions)
                                                       Other information you wish to add about this item, such as local
                                                       property identification number:

1.1
5        If you own or have more than one, list here:

22102 Kennedy Dr.                                   **What is the property?** Check all that apply

Street address, if available, or other description     ■ Single-family home              Do not deduct secured claims or exemptions. Put
                                                        □ Duplex or multi-unit building    the amount of any secured claims on Schedule D:
                                                        □ Condominium or cooperative      Creditors Who Have Claims Secured by Property.

Galveston           TX      77554-0000                  □ Manufactured or mobile home
                                                        □ Land                            **Current value of the**    **Current value of the**
City                State    ZIP Code                   □ Investment property             **entire property?**        **portion you own?**
                                                        □ Timeshare                       $700,000.00                 $700,000.00
                                                        □ Other _____

                                                       **Who has an interest in the property?** Check one    **Describe the nature of your ownership interest
                                                                                                             (such as fee simple, tenancy by the entireties, or
Galveston                                               ■ Debtor 1 only                                      a life estate), if known.**
                                                        □ Debtor 2 only                   Title owner
County                                                  □ Debtor 1 and Debtor 2 only
                                                        □ At least one of the debtors and another    □ **Check if this is community property**
                                                                                                             (see instructions)
                                                       Other information you wish to add about this item, such as local
                                                       property identification number:

Debtor 1    Linda Ezor Swarzman                                                Case number (if known)    1:23-bk-10270-VK

**1.16** If you own or have more than one, list here:

213 6th St.
_____
Street address, if available, or other description

Dickinson            TX        77539-0000
_____
City            State        ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $135,000.00 | $135,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property** (see instructions)

---

**1.17** If you own or have more than one, list here:

23170 Gulf Dr.
_____
Street address, if available, or other description

Galveston            TX        77554-0000
_____
City            State        ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $575,000.00 | $575,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

☐ **Check if this is community property** (see instructions)

---

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

**1.18** If you own or have more than one, list here:

4460 Libbit Ave
Street address, if available, or other description

Encino              CA      91436-0000
City                State   ZIP Code

Los Angeles
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Property owned by Revocable Family Trust

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,000,000.00 | $4,000,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☑ **Check if this is community property**
(see instructions)

---

**1.19** If you own or have more than one, list here:

5944 Wish Avenue
Street address, if available, or other description

Encino              CA      91316-0000
City                State   ZIP Code

Los Angeles
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Rental Property owned by Revocable Family Trust

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,100,000.00 | $1,100,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

☑ **Check if this is community property**
(see instructions)

Debtor 1      Linda Ezor Swarzman                                                      Case number (if known)   1:23-bk-10270-VK

**1.20** If you own or have more than one, list here:

16206 Brookvilla Drive
_____
Street address, if available, or other description

Houston          TX      77059-0000
_____
City              State    ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

50% Tenants In Common
Rental Property

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $250,000.00 | $125,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

- ☐ **Check if this is community property** (see instructions)

---

**1.21** If you own or have more than one, list here:

1106 11th Street
_____
Street address, if available, or other description

Galena Park      TX      77547-0000
_____
City              State    ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $115,000.00 | $115,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

- ☐ **Check if this is community property** (see instructions)

---

Debtor 1    Linda Ezor Swarzman
_____

Case number (if known)    1:23-bk-10270-VK

**1.2 2**

If you own or have more than one, list here:

950 12th Street
_____
Street address, if available, or other description

Dickinson          TX      77539-0000
_____
City               State    ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $151,700.00 | $151,700.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property** (see instructions)

---

**1.2 3**

If you own or have more than one, list here:

2503 Afton Ct
_____
Street address, if available, or other description

League City        TX      77573-0000
_____
City               State    ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $175,000.00 | $175,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

☐ **Check if this is community property** (see instructions)

---

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

If you own or have more than one, list here:

**1.2 4**

1972 and 1976 Avenue D
_____
Street address, if available, or other description

Port Bolivar          TX      77650-0000
_____
City                  State   ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Crystal Beach

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $530,000.00 | $530,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

☐ **Check if this is community property**
(see instructions)

---

If you own or have more than one, list here:

**1.2 5**

3624 S Avenue 1/2
_____
Street address, if available, or other description

Galveston          TX      77550-0000
_____
City                State   ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $350,000.00 | $350,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    Linda Ezor Swarzman

Case number *(if known)*    1:23-bk-10270-VK

If you own or have more than one, list here:

**1.2 6**

1516 Bay Area Blvd #F3
_____
Street address, if available, or other description

Webster          TX     77598-0000
_____
City              State    ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $75,000.00 | $75,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

If you own or have more than one, list here:

**1.2 7**

1516 Bay Area Blvd #H6
_____
Street address, if available, or other description

Webster          TX     77598-0000
_____
City              State    ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $75,000.00 | $75,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

Debtor 1    Linda Ezor Swarzman                                          Case number (if known)   1:23-bk-10270-VK

1.28   If you own or have more than one, list here:

15534 Zabolio Drive #245
_____
Street address, if available, or other description

Houston              TX      77253-0000
_____
City                 State   ZIP Code

Harris
_____
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $125,000.00 | $125,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property**
(see instructions)

---

1.29   If you own or have more than one, list here:

3326 Burke Road #67
_____
Street address, if available, or other description

Pasadena            TX      77504-0000
_____
City                 State   ZIP Code

Harris
_____
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☒ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $90,000.00 | $90,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)   1:23-bk-10270-VK

1.30

If you own or have more than one, list here:

433 Sunset Drive #5
_____
Street address, if available, or other description

Dickinson          TX      77539-0000
_____
City               State   ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100,000.00 | $100,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property** (see instructions)

---

1.31

If you own or have more than one, list here:

0 Bermuda Beach
_____
Street address, if available, or other description

Galveston          TX      77554-0000
_____
City               State   ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Vacant Land

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,000.00 | $235,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title owner

☐ **Check if this is community property** (see instructions)

Debtor 1    Linda Ezor Swarzman                                                    Case number (if known)    1:23-bk-10270-VK

If you own or have more than one, list here:

1.3
2

400 Carolcrest Lane
_____
Street address, if available, or other description


Livingston        TX      77351-0000
_____
City                State        ZIP Code



Polk
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other    Townhome

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Tpwnhome

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $175,000.00 | $175,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

If you own or have more than one, list here:

1.3
3

5811 Cedar View Drive
_____
Street address, if available, or other description


Baytown        TX      77521-0000
_____
City                State        ZIP Code



Harris
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    Mobil Home & Trailer

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Mobile Home & Trailer

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $105,000.00 | $105,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   Linda Ezor Swarzman                                    Case number (if known)   1:23-bk-10270-VK

### 1.34  If you own or have more than one, list here:

4718 Crane Street
_____
Street address, if available, or other description


Hitchcock              TX      77563-0000
_____
City                   State   ZIP Code


Galveston
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $60,000.00 | $60,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property** (see instructions)

---

### 1.35  If you own or have more than one, list here:

1 Del Sol
_____
Street address, if available, or other description


Baytown                TX      77521-0000
_____
City                   State   ZIP Code


Harris
_____
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $340,000.00 | $340,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property** (see instructions)

---

Debtor 1    Linda Ezor Swarzman                                              Case number (*if known*)   1:23-bk-10270-VK

**1.36** If you own or have more than one, list here:

18511 Egret Bay Blvd #107

Street address, if available, or other description

Houston                    TX      77058-0000

City                       State   ZIP Code

Harris

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $135,000.00 | $135,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property** (see instructions)

---

**1.37** If you own or have more than one, list here:

216 Gale Street

Street address, if available, or other description

Houston                    TX      77009-0000

City                       State   ZIP Code

Harris

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $245,000.00 | $245,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property** (see instructions)

---

| Debtor 1 | Linda Ezor Swarzman | Case number *(if known)* | 1:23-bk-10270-VK |

**1.38**

If you own or have more than one, list here:

**16438 Glenshannon Drive**
_____
Street address, if available, or other description

**Houston**          **TX**    **77059-0000**
_____
City            State      ZIP Code

**Harris**
_____
County

**What is the property?** Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $265,000.00 | $265,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Title Owner**

☐ **Check if this is community property**
(see instructions)

---

**1.39**

If you own or have more than one, list here:

**807 Golf Ct**
_____
Street address, if available, or other description

**Stafford**          **TX**    **77477-0000**
_____
City            State      ZIP Code

**Fort Bend**
_____
County

**What is the property?** Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200,000.00 | $200,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Title Owner**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    Linda Ezor Swarzman                                      Case number *(if known)*    1:23-bk-10270-VK

---

1.40    If you own or have more than one, list here:

2501 Gulf Freeway
Unit #12A
_____
Street address, if available, or other description

Dickinson                    TX        77539-0000
_____
City                        State      ZIP Code



Galveston
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other    Townhome
_____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Townhome

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100,000.00 | $100,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property**
(see instructions)

---

1.41    If you own or have more than one, list here:

16912 Jamaica Beach
_____
Street address, if available, or other description

Galveston                    TX        77554-0000
_____
City                        State      ZIP Code



Galveston
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other
_____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $895,000.00 | $895,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    Linda Ezor Swarzman                                    Case number *(if known)*    1:23-bk-10270-VK

**If you own or have more than one, list here:**

1.42

**833 Kahla Drive**
_____
Street address, if available, or other description

**Port Bolivar**        **TX**    **77650-0000**
_____
City                State    ZIP Code

**Galveston**
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Crystal Beach**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $625,000.00 | $625,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.43

**5414 Lilian Street**
_____
Street address, if available, or other description

**Baytown**        **TX**    **77521-0000**
_____
City                State    ZIP Code

**Harris**
_____
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $160,000.00 | $160,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property** (see instructions)

---

Debtor 1    Linda Ezor Swarzman                                    Case number *(if known)*    1:23-bk-10270-VK

1.4
4

If you own or have more than one, list here:

1007 Lodge Hill Lane
_____
Street address, if available, or other description

Houston            TX        77090-0000
_____
City              State      ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $240,000.00 | $240,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property**
(see instructions)

---

1.4
5

If you own or have more than one, list here:

2000 W Main Street
_____
Street address, if available, or other description

Baytown            TX        77520-0000
_____
City              State      ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    Mobile Home

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $105,000.00 | $105,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property**
(see instructions)

Debtor 1    Linda Ezor Swarzman                                                    Case number (if known)    1:23-bk-10270-VK

**1.46**    If you own or have more than one, list here:

10306 Mist Lane
_____
Street address, if available, or other description


Houston                    TX        77070-0000
_____
City                       State     ZIP Code


Harris
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $215,000.00 | $215,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

**1.47**    If you own or have more than one, list here:

1301 Monroe Street
_____
Street address, if available, or other description


Baytown                    TX        77520-0000
_____
City                       State     ZIP Code


Harris
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $150,000.00 | $150,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

1.48 If you own or have more than one, list here:

4011 Nasa Road #401

Street address, if available, or other description

Seabrook                TX        77586-0000

City                    State     ZIP Code

Harris

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [x] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $230,000.00 | $230,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

- [ ] **Check if this is community property** (see instructions)

---

1.49 If you own or have more than one, list here:

4615 Neches Trail Lane

Street address, if available, or other description

Spring                  TX        77388-0000

City                    State     ZIP Code

Harris

County

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $255,000.00 | $255,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title owner

- [ ] **Check if this is community property** (see instructions)

---

Debtor 1    Linda Ezor Swarzman                                                        Case number (if known)    1:23-bk-10270-VK

1.50
If you own or have more than one, list here:

**954 Neptune Drive**

Street address, if available, or other description

**Houston**            **TX**    **77062-0000**
City                  State    ZIP Code

**Harris**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$240,000.00                          $240,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Title Owner

☐ **Check if this is community property**
(see instructions)

---

1.51
If you own or have more than one, list here:

**609 Oak Harbor Drive**

Street address, if available, or other description

**Houston**            **TX**    **77062-0000**
City                  State    ZIP Code

**Harris**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$245,000.00                          $245,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Title Owner

☐ **Check if this is community property**
(see instructions)

Debtor 1    Linda Ezor Swarzman    Case number *(if known)*    1:23-bk-10270-VK

**If you own or have more than one, list here:**

1.52

18809 Egret Bay Blvd #125

Street address, if available, or other description

Houston    TX    77058-0000

City    State    ZIP Code

Harris

County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [x] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $210,000.00 | $210,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

- [ ] **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.53

4911 Falvey Street

Street address, if available, or other description

Houston    TX    77017-0000

City    State    ZIP Code

Harris

County

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $185,000.00 | $185,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

- [ ] **Check if this is community property** (see instructions)

Debtor 1    Linda Ezor Swarzman                                          Case number *(if known)*    1:23-bk-10270-VK

1.54    If you own or have more than one, list here:

**5119 Bayou Drive**
Street address, if available, or other description

**What is the property?** Check all that apply

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Dickinson          TX    77539-0000**
City          State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $210,000.00 | $210,000.00 |

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Galveston**
County

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Title Owner

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

1.55    If you own or have more than one, list here:

**202 Tarpey Road**
Street address, if available, or other description

**What is the property?** Check all that apply

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Texas City          TX    77591-0000**
City          State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $185,000.00 | $185,000.00 |

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Galveston**
County

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Title Owner

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

**1.56** If you own or have more than one, list here:

970 & 972 Olive Drive
_____
Street address, if available, or other description

Baytown                 TX      77520-0000
_____
City                    State   ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other    Lot & Trailer

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Lot & Trailer

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $290,000.00 | $290,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

**1.57** If you own or have more than one, list here:

208 Park Street
_____
Street address, if available, or other description

Baytown                 TX      77520-0000
_____
City                    State   ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $75,000.00 | $75,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

---

1.58

If you own or have more than one, list here:

2417 Pecan Street

Street address, if available, or other description

Dickinson                TX        77539-0000

City                State        ZIP Code

Galveston

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $150,000.00 | $150,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

1.59

If you own or have more than one, list here:

11735 N, Perry Ave

Street address, if available, or other description

Houston                TX        77071-0000

City                State        ZIP Code

Harris

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200,000.00 | $200,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

| Debtor 1 | Linda Ezor Swarzman | | Case number (if known) | 1:23-bk-10270-VK |

**1.60**

If you own or have more than one, list here:

**2710 Raspberry Lane**

Street address, if available, or other description

| Pasadena | TX | 77502-0000 |

City   State   ZIP Code

**Harris**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $190,000.00 | $190,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

**1.61**

If you own or have more than one, list here:

**702 Rosewood Drive**

Street address, if available, or other description

| Baytown | TX | 77520-0000 |

City   State   ZIP Code

**Harris**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $170,000.00 | $170,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

1.6
2

If you own or have more than one, list here:

4223 San Domingo

Street address, if available, or other description

Galveston          TX      77554-0000

City                State      ZIP Code

Galveston

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $950,000.00 | $950,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property** (see instructions)

---

1.6
3

If you own or have more than one, list here:

1614 Sweet Grass Trail

Street address, if available, or other description

Houston           TX      77090-0000

City                State      ZIP Code

Harris

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $325,000.00 | $325,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property** (see instructions)

Debtor 1    Linda Ezor Swarzman                                          Case number (if known)    1:23-bk-10270-VK

**1.64**  If you own or have more than one, list here:

7602 Trophy Place
_____
Street address, if available, or other description


Humble              TX      77346-0000
_____
City            State      ZIP Code


Harris
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $250,000.00 | $250,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property** (see instructions)

---

**1.65**  If you own or have more than one, list here:

2917 Tropicana
_____
Street address, if available, or other description


Crystal Beach        TX      77650-0000
_____
City            State      ZIP Code


Galveston
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500,000.00 | $500,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title Owner

☐ **Check if this is community property** (see instructions)

Debtor 1    Linda Ezor Swarzman                                    Case number *(if known)*    1:23-bk-10270-VK

1.6
6

If you own or have more than one, list here:

3422 Valley Brook
_____
Street address, if available, or other description

La Porte        TX    77571-0000
_____
City        State    ZIP Code

Harris
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$200,000.00                $200,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Title Owner

☐ **Check if this is community property**
(see instructions)

---

1.6
7

If you own or have more than one, list here:

718 W 4th Street
_____
Street address, if available, or other description

Freeport        TX    77541-0000
_____
City        State    ZIP Code

Brazoria
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐■ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Multi Family

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$100,000.00                $100,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Title Owner

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    Linda Ezor Swarzman

Case number *(if known)*    1:23-bk-10270-VK

---

**1.68**

**If you own or have more than one, list here:**

1014 W 5th Street
_____
Street address, if available, or other description

Freeport                TX        77541-0000
_____
City                    State      ZIP Code

Brazoria
_____
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Multi Family
Inc in 4th St 718

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $65,000.00 | $65,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

**1.69**

**If you own or have more than one, list here:**

1010 Walker Street E
_____
Street address, if available, or other description

League City            TX        77573-0000
_____
City                    State      ZIP Code

Galveston
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $110,000.00 | $110,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

| Debtor 1 | Linda Ezor Swarzman | Case number *(if known)* | 1:23-bk-10270-VK |

---

**1.70**

If you own or have more than one, list here:

**1012 Walker Street E**
Street address, if available, or other description

| League City | TX | 77573-0000 |
| City | State | ZIP Code |

**Galveston**
County

**What is the property?** Check all that apply

☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Multi Family
Inc in Walker 1010

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| $65,000.00 | $65,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

**1.71**

If you own or have more than one, list here:

**12815 Westleigh Drive**
Street address, if available, or other description

| Houston | TX | 77077-0000 |
| City | State | ZIP Code |

**Harris**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| $310,000.00 | $310,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

---

1.72    If you own or have more than one, list here:

**215 Wilkins**

Street address, if available, or other description

| | |
|---|---|
| League City | TX    77573-0000 |

City    State    ZIP Code

**Galveston**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $165,000.00 | $165,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

1.73    If you own or have more than one, list here:

**1806 Wedgewood Court**

Street address, if available, or other description

| | |
|---|---|
| Missouri City | TX    77489-0000 |

City    State    ZIP Code

**Fort Bend**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $190,000.00 | $190,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title Owner

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   Linda Ezor Swarzman

Case number (if known)   1:23-bk-10270-VK

---

1.74

If you own or have more than one, list here:

20011 Dawn Mist Drive

Street address, if available, or other description

Humble          TX      77346-0000

City          State        ZIP Code

Harris

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200,000.00 | $200,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title owner

☐ **Check if this is community property** (see instructions)

---

1.75

If you own or have more than one, list here:

3707 Bear Lake Drive

Street address, if available, or other description

Kingwood        TX      77345-0000

City          State        ZIP Code

Harris

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,000.00 | $235,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Title owner

☐ **Check if this is community property** (see instructions)

---

Debtor 1    Linda Ezor Swarzman

Case number *(if known)*    1:23-bk-10270-VK

1.76   If you own or have more than one, list here:

7406 Echo Pine Drive

Street address, if available, or other description

Humble                TX      77346-0000

City              State      ZIP Code

Harris

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?       $265,000.00

Current value of the portion you own?       $265,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

☐ **Check if this is community property**
(see instructions)

1.77   If you own or have more than one, list here:

1135 Juniper Canyon Lane

Street address, if available, or other description

Houston                TX      77065-0000

City              State      ZIP Code

Harris

County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?       $325,000.00

Current value of the portion you own?       $325,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Title owner

☐ **Check if this is community property**
(see instructions)

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

---

1.78    If you own or have more than one, list here:

21509 Polk CV
_____
Street address, if available, or other description


Lago Vista          TX      78645-0000
_____
City                State   ZIP Code


Travis
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Lot owned 50% by Debtor and 50% by Melinda Thomas

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $55,000.00 | $27,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Tenants in Common

☐ **Check if this is community property**
(see instructions)

---

1.79    If you own or have more than one, list here:

15914 Heatherdale Drive
_____
Street address, if available, or other description


Houston           TX      77059-0000
_____
City               State   ZIP Code


Harris
_____
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Titled in Judd Swarzman's name

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $350,000.00 | $350,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Community Property

☑ **Check if this is community property**
(see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**...........................................................=>

$24,530,200.00

---

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Debtor 1    Linda Ezor Swarzman    Case number *(if known)*    1:23-bk-10270-VK

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | Mercedes Benz |
|---|---|---|

Model: CLS 350
Year: 2020
Approximate mileage: 20,081
Other information:

Location: 4460 Libbit Avenue,
Encino CA 91436
Leased Vehicle on extension by
month

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

---

| 3.2 | Make: | Mazda |
|---|---|---|

Model: CX-5
Year: 2021
Approximate mileage: 9,425
Other information:

Location: 4460 Libbit Avenue,
Encino CA 91436
Leased Vehicle

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

---

| 3.3 | Make: | Ford |
|---|---|---|

Model: Thunderbird
Year: 2002
Approximate mileage: 74,000
Other information:

Location: 4460 Libbit Avenue,
Encino CA 91436

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $11,000.00 | $11,000.00 |

---

| 3.4 | Make: | Chevrolet |
|---|---|---|

Model: Delray Bel Air
Year: 1956
Approximate mileage:
Other information:

Located: AWR Racing in Vista, CA
Tony Woodford (owner of AWR
Racing)

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,000.00 | $30,000.00 |

---

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>

| $41,000.00 |
|---|

---

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured

Debtor 1      Linda Ezor Swarzman                                                                    Case number *(if known)*     1:23-bk-10270-VK

|  |  |  | claims or exemptions. |
|---|---|---|---|

**6.   Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| BBQ-15 years old, Linens, China, Kitchenware, Sofas, Chairs, Tables, etc.<br>Most 30-50 years old | $10,000.00 |

**7.   Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| 5 TV's over 10 years old, 1 Dell Computer with Monitors over 5 years old, 1 Printer, 1 Cell Phone, Stereo System 10 years old plus, Clocks, Radios | $1,000.00 |

**8.   Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Various Lladro pieces, Royal Dalton pieces, sports memorabilia and various framed prints and paintings over 20-40 years old | $10,000.00 |
| Bosendorfer - 9' Concert Grand Piano - Estimated Value of $100,000<br>Location: 4460 Libbit Avenue, Encino CA 91436 | $100,000.00 |
| Bosendorfer Upright Ebony Piano | $15,000.00 |
| 5 Pianos: Seeburg Upright Piano with Instrumentation; Yamaha Baby Grand Piano; Steinway 1895 Antique Upright Piano; Chickering 1898 Square Grand Piano; Bluthner 1910 Antique Upright Piano<br>Location: 4460 Libbit Avenue, Encino CA 91436<br>Value is estimated at between $50,000 and $75,000 collectively | $65,000.00 |

**9.   Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Treadmill, Recumbent Bike and Vibrating Platform-over 5 years old or more<br>Location: 4460 Libbit Avenue, Encino CA 91436 | Unknown |
| Pinball Machine - 40 years old | Unknown |

**10.   Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

| Debtor 1 | Linda Ezor Swarzman | Case number *(if known)* | 1:23-bk-10270-VK |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| Everyday Clothes, Shoes, Purses-all over r5 years old (No Designer Clothing) | $2,500.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| Costume Jewelry, Wedding Ring, Watches | $5,000.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
■ Yes. Describe.....

| Two Female Dogs-Labrador Retrievers- 5 years | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
■ Yes. Give specific information.....

| Hearing Aids | $1,000.00 |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................... | $209,500.00 |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes................................................................................................

| | Cash | $600.00 |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................

| | | Institution name: | |
| 17.1. | Checking Account | Chase Account Ending #8567 | $34.78 |
| 17.2. | Checking | Chase Account Ending #7792 | $130.97 |

| Debtor 1 | Linda Ezor Swarzman | | Case number (if known) | 1:23-bk-10270-VK |

| | | | |
|---|---|---|---|
| 17.3. | Directline | Wells Fargo Bank<br>Account Ending #3422 | $22.87 |
| 17.4. | XLNT | Wells Fargo Bank<br>Account Ending #5265 | $9,397.09 |
| 17.5. | Savings | Wells Fargo Bank<br>Account Ending #0973<br>Linda Swarzman | $6,688.21 |
| 17.6. | Checking | Chase<br>Account Ending #1656<br>Redfish Properties, LLC | $23,106.85 |
| 17.7. | Checking | Chase<br>Account Ending #9193<br>Linda Swarzman/Melinda Thomas | $155.65 |
| 17.8. | Checking | Chase<br>Account Ending #7338<br>Linda Swarzman/Melinda Thomas | $61.85 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | | % of ownership: | | |
|---|---|---|---|---|
| Redfish Properties, LLC | | 100 | % | Unknown |
| Redfish Property Holdings I, LLC | | 100 | % | Unknown |
| Redfish Property Holdings II, LLC | | 100 | % | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
      Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
      Type of account:      Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................      Institution name or individual:

| Debtor 1 | Linda Ezor Swarzman | Case number *(if known)* | 1:23-bk-10270-VK |
| --- | --- | --- | --- |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ■ No
- ☐ Yes............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ■ No
- ☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☐ No
- ■ Yes.  Give specific information about them...

| Judd and Linda Swarzman Family Trust, dated June 26, 2015 | $104,000.00 |
| --- | --- |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☐ No
- ■ Yes.  Give specific information about them...

| CA DMV Dealer License and Surety Bond<br>No resale value | $0.00 |
| --- | --- |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
                benefits; unpaid loans you made to someone else
- ☐ No
- ■ Yes.  Give specific information..

| Loans to Redfish Properties, LLC (Linda Swarzman-$58,000.00<br>and Judd Swarzman $1,563,155.00) | $1,621,155.76 |
| --- | --- |

| In 2022, in connection with the sale of 13 properties to her step-grandson, Christian Gischel, the Debtor loaned Mr. Gischel approximately $380,000 from the net sale proceeds.  The Debtor believes that Mr. Gischel has paid back the majority of such loan but the Debtor and her professionals need to do an accounting and will amend Schedule AB if necessary. | $100,000.00 |
| --- | --- |

| Debtor 1 | Linda Ezor Swarzman | | Case number *(if known)* | 1:23-bk-10270-VK |

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Lincoln Financial Group | Judd Swarzman | $25,000.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................

| | |
|---|---|
| | $1,890,354.03 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.**  Add the dollar value of all of your entries from Part 7. Write that number here  ....................................

| | |
|---|---|
| | $0.00 |

Debtor 1    Linda Ezor Swarzman                                          Case number *(if known)*  1:23-bk-10270-VK

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................... | | $24,530,200.00 |
| 56. | **Part 2: Total vehicles, line 5** | $41,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $209,500.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $1,890,354.03 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | +  $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $2,140,854.03 | Copy personal property total $2,140,854.03 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $26,671,054.03 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Linda Ezor Swarzman | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 1:23-bk-10270-VK | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 4460 Libbit Ave Encino, CA 91436  Los Angeles County <br> Property owned by Revocable Family Trust <br> Line from *Schedule A/B*: 1.18 | $4,000,000.00 | ☑ $678,391.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2002 Ford Thunderbird 74,000 miles <br> Location: 4460 Libbit Avenue, Encino CA 91436 <br> Line from *Schedule A/B*: 3.3 | $11,000.00 | ☑ $7,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| BBQ-15 years old, Linens, China, Kitchenware, Sofas, Chairs, Tables, etc. Most 30-50 years old <br> Line from *Schedule A/B*: 6.1 | $10,000.00 | ☑ $10,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| 5 TV's over 10 years old, 1 Dell Computer with Monitors over 5 years old, 1 Printer, 1 Cell Phone, Stereo System 10 years old plus, Clocks, Radios <br> Line from *Schedule A/B*: 7.1 | $1,000.00 | ☑ $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Debtor 1   Linda Ezor Swarzman                                          Case number (if known)   1:23-bk-10270-VK

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Various Lladro pieces, Royal Dalton pieces, sports memorabilia and various framed prints and paintings over 20-40 years old<br>Line from *Schedule A/B*: 8.1 | $10,000.00 | ■ $9,525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Everyday Clothes, Shoes, Purses-all over r5 years old (No Designer Clothing)<br>Line from *Schedule A/B*: 11.1 | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Costume Jewelry, Wedding Ring, Watches<br>Line from *Schedule A/B*: 12.1 | $5,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Two Female Dogs-Labrador Retrievers-5 years<br>Line from *Schedule A/B*: 13.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Hearing Aids<br>Line from *Schedule A/B*: 14.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.050(a) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Checking Account: Chase Account Ending #8567<br>Line from *Schedule A/B*: 17.1 | $34.78 | ■ $34.78<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Checking: Chase Account Ending #7792<br>Line from *Schedule A/B*: 17.2 | $130.97 | ■ $130.97<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Directline: Wells Fargo Bank Account Ending #3422<br>Line from *Schedule A/B*: 17.3 | $22.87 | ■ $22.87<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| XLNT: Wells Fargo Bank Account Ending #5265<br>Line from *Schedule A/B*: 17.4 | $9,397.09 | ■ $1,816.03<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Savings: Wells Fargo Bank Account Ending #0973 Linda Swarzman<br>Line from *Schedule A/B*: 17.5 | $6,688.21 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |

Debtor 1    Linda Ezor Swarzman                                          Case number (if known)    1:23-bk-10270-VK

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Checking: Chase<br>Account Ending #9193<br>Linda Swarzman/Melinda Thomas<br>Line from *Schedule A/B*: 17.7 | $155.65 | ■ $155.65<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Checking: Chase<br>Account Ending #7338<br>Linda Swarzman/Melinda Thomas<br>Line from *Schedule A/B*: 17.8 | $61.85 | ■ $61.85<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| CA DMV Dealer License and Surety Bond<br>No resale value<br>Line from *Schedule A/B*: 27.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| Lincoln Financial Group<br>Beneficiary: Judd Swarzman<br>Line from *Schedule A/B*: 31.1 | $25,000.00 | ■ $25,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |

3. **Are you claiming a homestead exemption of more than $189,050?**
    (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐  No

    ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ■  No

        ☐  Yes

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Linda Ezor Swarzman | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | 1:23-bk-10270-VK | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 Assured Lender Services<br>Creditor's Name | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

**2.1** Assured Lender Services

Creditor's Name

111 Pacifica, Suite 140
Irvine, CA 92618

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Describe the property that secures the claim:**

Notice Purpose Only
Riverbend Funding LLC- 22101
Kennedy Dr, Galveston TX 77554

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Date debt was incurred _____ | Last 4 digits of account number    0599 |
|---|---|

| Debtor 1 | Linda Ezor Swarzman | | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | BSI Lending | Describe the property that secures the claim: | $137,835.00 | $190,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

1806 Wedgewood Court Missouri City, TX 77489  Fort Bend County

PO BOX 517
Titusville, PA 16354-0517

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 7/6/2021      **Last 4 digits of account number** 1820

---

| 2.3 | Caliber Home Loans | Describe the property that secures the claim: | $199,105.00 | $350,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

15914 Heatherdale Drive Houston, TX 77059  Harris County
Titled in Judd Swarzman's name

PO Box 650856
Dallas, TX 75265-0856

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____      **Last 4 digits of account number** 8238

---

| 2.4 | CFIN 2022-RTL 1 Issuer, LLC | Describe the property that secures the claim: | $458,900.00 | $575,000.00 | $180,700.00 |
|---|---|---|---|---|---|

Creditor's Name

23170 Gulf Drive
Galveston, TX 77554

1415 Vantage Park Dr, #240
Charlotte, NC 28203

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 10/20/2021      **Last 4 digits of account number** 1431

---

Debtor 1    Linda Ezor Swarzman
_____        Case number (if known)    1:23-bk-10270-VK
First Name        Middle Name        Last Name

| 2.5 | Churchill Funding I, LLC | Describe the property that secures the claim: | $722,250.00 | $936,000.00 | $213,705.00 |
|---|---|---|---|---|---|

Creditor's Name

c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Number, Street, City, State & Zip Code

1714 25th St. Galveston, TX 77554
Galveston County
Multi Family (Apts Ave O)

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    Deed of Trust

Date debt was incurred    1/28/2021        Last 4 digits of account number    _____

---

| 2.6 | Churchill Funding I, LLC | Describe the property that secures the claim: | $668,250.00 | $875,000.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Number, Street, City, State & Zip Code

1788 Redfish Ln. Hankamer, TX 77560
Chambers County
Crystal Beach

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    Deed of Trust

Date debt was incurred    5/11/2022        Last 4 digits of account number    _____

---

| 2.7 | Churchill Funding I, LLC | Describe the property that secures the claim: | $192,896.53 | $215,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Number, Street, City, State & Zip Code

16014 Buccaneer Ln. Houston, TX 77062  Harris County

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    Deed of Trust

Date debt was incurred    5/25/2021        Last 4 digits of account number    7830

---

| Debtor 1 | Linda | Ezor | Swarzman | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.8 | Churchill Funding I, LLC | Describe the property that secures the claim: | $93,000.00 | $120,000.00 | $0.00 |
|---|---|---|---|---|---|

**2.8** Churchill Funding I, LLC
Creditor's Name

c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Number, Street, City, State & Zip Code

Describe the property that secures the claim:     $93,000.00     $120,000.00     $0.00

1206 Montana St. La Porte, TX 77571
Harris County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  Deed of Trust

Date debt was incurred  2/5/2021          Last 4 digits of account number  7460

---

**2.9** Churchill Funding I, LLC
Creditor's Name

c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Number, Street, City, State & Zip Code

Describe the property that secures the claim:     $90,242.00     $90,000.00     $0.00

803 & 807 W. 6th St Freeport, TX
77541  Brazoria County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  Deed of Trust

Date debt was incurred  6/13/2021          Last 4 digits of account number  8211

---

**2.10** Churchill Funding I, LLC
Creditor's Name

c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Number, Street, City, State & Zip Code

Describe the property that secures the claim:     $118,812.00     $160,000.00     $0.00

711 Meadowglen Dr. Baytown, TX
77521  Harris County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  Deed of Trust

Date debt was incurred  5/13/2021          Last 4 digits of account number  8214

---

Debtor 1    Linda Ezor Swarzman

First Name         Middle Name         Last Name

Case number (if known)    1:23-bk-10270-VK

---

| 2.1 1 | Churchill Funding I, LLC | | $212,500.00 | $280,000.00 | $0.00 |

**Creditor's Name**

c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

3801 6th St. Galveston, TX 77554
Galveston County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred    6/7/2021        Last 4 digits of account number    3035

---

| 2.1 2 | Churchill Funding I, LLC | | $670,500.00 | $700,000.00 | $0.00 |

**Creditor's Name**

c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

22102 Kennedy Dr. Galveston, TX 77554  Galveston County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred    4/21/2022        Last 4 digits of account number    0599

---

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK
_____
First Name    Middle Name    Last Name

| 2.1 3 | Churchill Funding I, LLC | Describe the property that secures the claim: | $109,500.00 | $135,000.00 | $0.00 |

**Creditor's Name**

c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

213 6th St. Dickinson, TX 77539
Galveston County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred    5/17/2022    Last 4 digits of account number    6560

---

| 2.1 4 | Egret Bay Condominium Association | | $3,054.14 | $135,000.00 | $0.00 |

**Creditor's Name**

2002 West Grand Parkway North
Suite 150
Katy, TX 77449

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

18511 Egret Bay Blvd #107 Houston, TX 77058  Harris County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    HOA Dues

Date debt was incurred    _____    Last 4 digits of account number    1570

---

| 2.1 5 | Legacy Lending, LLC | | $49,000.00 | $75,000.00 | $0.00 |

**Creditor's Name**

8957 Edmonston Road, Unit M
Greenbelt, MD 20770

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1516 Bay Area Blvd #F3
Webster, TX 77598

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    _____

Date debt was incurred    12/29/2020    Last 4 digits of account number    0137

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  6 of 36

Debtor 1    Linda Ezor Swarzman
_____    Case number (if known)    1:23-bk-10270-VK
First Name        Middle Name            Last Name

---

| 2.1 6 | Legacy Lending, LLC | Describe the property that secures the claim: | $49,000.00 | $75,000.00 | $0.00 |

**Creditor's Name**

8957 Edmonston Road, Unit M
Greenbelt, MD 20770

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1516 Bay Area Blvd H6
Webster, TX 77598

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    12/29/2020        Last 4 digits of account number    0137

---

| 2.1 7 | Legacy Lending, LLC | Describe the property that secures the claim: | $78,400.00 | $125,000.00 | $0.00 |

**Creditor's Name**

8957 Edmonston Road, Unit M
Greenbelt, MD 20770

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

15534 Zabolio Drive #245
Houston, TX 77253

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    12/15/2020        Last 4 digits of account number    0137

---

| 2.1 8 | Legacy Lending, LLC | Describe the property that secures the claim: | $60,200.00 | $90,000.00 | $0.00 |

**Creditor's Name**

8957 Edmonston Road, Unit M
Greenbelt, MD 20770

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

3326 Burke Rd #67
Pasadena, TX 77547

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    12/15/2020        Last 4 digits of account number    0137

---

Debtor 1  Linda Ezor Swarzman                                              Case number (if known)    1:23-bk-10270-VK
          First Name      Middle Name        Last Name

| 2.1 9 | Legacy Lending, LLC | Describe the property that secures the claim: | $87,500.00 | $100,000.00 | $0.00 |

**2.1 9**

**Legacy Lending, LLC**
Creditor's Name

8957 Edmonston Road, Unit M
Greenbelt, MD 20770
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

433 Sunset Drive #5
Dickinson, TX 77539

**$87,500.00   $100,000.00   $0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  11/23/2020      **Last 4 digits of account number**  0137

---

**2.2 0**

**Legacy Lending, LLC**
Creditor's Name

8957 Edmonston Road, Unit M
Greenbelt, MD 20770
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

2917 Tropicana Crystal Beach, TX 77650  Galveston County

**$480,250.00   $500,000.00   $0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Deed of Trust

**Date debt was incurred**  2/9/2022      **Last 4 digits of account number**  8467

---

| Debtor 1 | Linda | Ezor | Swarzman | | Case number *(if known)* | 1:23-bk-10270-VK |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.2 1 | **Logix Federal Credit Union** | | $2,603,147.00 | $4,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

4460 Libbit Ave Encino, CA 91436
Los Angeles County
Property owned by Revocable Family
Trust

27918 Franklin Parkway
Valencia, CA 91355

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- **☐ Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    Deed of Trust

Date debt was incurred _____    **Last 4 digits of account number**    0667

---

| 2.2 2 | **Logix Federal Credit Union** | | $763,903.00 | $1,100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

5944 Wish Avenue Encino, CA 91316
Los Angeles County
Rental Property owned by Revocable
Family Trust

27918 Franklin Parkway
Valencia, CA 91355

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- **☐ Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    Deed of Trust

Date debt was incurred _____    **Last 4 digits of account number**    3965

Debtor 1    Linda Ezor Swarzman
    First Name      Middle Name      Last Name

Case number (if known)    1:23-bk-10270-VK

| 2.2 3 | Los Angeles County Tax Collector | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

Creditor's Name

PO Box 54110
Los Angeles, CA
90054-0110

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    January 1, 2022
January 1, 2023

**Describe the property that secures the claim:**

Property
5944 Wish Ave.
Los Angeles, CA 91316

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    Notice Purposes Only

Last 4 digits of account number    2016

---

| 2.2 4 | Los Angeles County Tax Collector | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

Creditor's Name

PO Box 54110
Los Angeles, CA
90054-0110

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    January 1, 2022,
January 1, 2023

**Describe the property that secures the claim:**

Property
4460 Libbit Ave
Los Angeles, CA 91436
Notice Purposes Only

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    Notice Purposes Only

Last 4 digits of account number    0014

---

| Debtor 1 | Linda | Ezor | Swarzman | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 5 | Mercedes Benz Financial | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

2020 Mercedes Benz CLS 350 20,081 miles
Location: 4460 Libbit Avenue, Encino CA 91436
Leased Vehicle on extension by month

36455 Corporate Drive
Lease Maturity Dept
Farmington, MI 48331

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Car lease

**Date debt was incurred** _____    **Last 4 digits of account number** _____

| 2.2 6 | National Bankruptcy | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

2021 Mazda CX-5 9,425 miles
Location: 4460 Libbit Avenue, Encino CA 91436
Leased Vehicle

Serivices.com LLC
14841 Dallas Parkway
Suite 300
Dallas, TX 75254

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Car lease

**Date debt was incurred** _____    **Last 4 digits of account number**    9723

Debtor 1    Linda Ezor Swarzman
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if known)    1:23-bk-10270-VK

| 2.2 7 | National Enterprise Systems | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

14841 Dallas Parkway, Suite 300
Dallas, TX 75254

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

Notice Purpose Only
re Toyota Motor Credit Corporation

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

| 2.2 8 | Riverbend Funding LLC | Describe the property that secures the claim: | $145,841.00 | $215,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Toorak Capital Partners, LLC
Polsinelli c/o Adam C. Rayford
2950 N. Harward Street, Suite 2100
Dallas, TX 75201

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

230 Kansas Street Baycliff, TX 77518
Galveston County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred    3/21/2022

Last 4 digits of account number    2783

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK
_____
First Name    Middle Name    Last Name

| 2.29 | Riverbend Funding LLC | Describe the property that secures the claim: | $433,314.00 | $575,000.00 | $0.00 |

**Creditor's Name**

Toorak Capital Partners, LLC
Polsinelli c/o Adam C. Rayford
2950 N. Harward Street, Suite 2100
Dallas, TX 75201
_____
Number, Street, City, State & Zip Code

3814 Tradewinds Dr. Galveston, TX 77554  Galveston County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

**Date debt was incurred**    4/8/2022    **Last 4 digits of account number**    6727

---

| 2.30 | Riverbend Funding LLC | Describe the property that secures the claim: | $247,500.00 | $290,000.00 | $0.00 |

**Creditor's Name**

3550 Round Barn Blvd Ste 104
Santa Rosa, CA 95403
_____
Number, Street, City, State & Zip Code

970 & 972 Olive Drive
Baytown, TX 77520

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**    1/24/2022    **Last 4 digits of account number**    7395

---

Debtor 1    Linda Ezor Swarzman                                          Case number (if known)    1:23-bk-10270-VK
_____
First Name        Middle Name        Last Name

| 2.3 1 | Riverbend Funding LLC | Describe the property that secures the claim: | $70,500.00 | $115,400.00 | $0.00 |

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1106 11th Street
Galena, TX 77547

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 10/29/2021        **Last 4 digits of account number** 2955

---

| 2.3 2 | Riverbend Funding LLC | | $168,750.00 | $175,000.00 | $0.00 |

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

2503 Afton Ct League City, TX 77573
Galveston County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Deed of Trust

**Date debt was incurred** 4/29/2021        **Last 4 digits of account number** 6745

---

| 2.3 3 | Riverbend Funding LLC | | $417,750.00 | $530,000.00 | $0.00 |

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1972 and 1976 Avenue D Port Bolivar, TX 77650  Galveston County
Crystal Beach

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Deed of Trust

**Date debt was incurred** 3/9/2022        **Last 4 digits of account number** 8497

---

Debtor 1    Linda Ezor Swarzman
_____
First Name     Middle Name        Last Name

Case number (if known)    1:23-bk-10270-VK

---

| 2.3 4 | Riverbend Funding LLC | Describe the property that secures the claim: | $212,458.00 | $350,000.00 | $0.00 |

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
_____
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

3624 S Avenue 1/2 Galveston, TX 77550  Galveston County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred  12/23/2021      Last 4 digits of account number    3857

---

| 2.3 5 | Riverbend Funding LLC | Describe the property that secures the claim: | $217,000.00 | $235,000.00 | $0.00 |

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
_____
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

0 Bermuda Beach Galveston, TX 77554  Galveston County
Vacant Land

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)

Date debt was incurred  2/10/2021      Last 4 digits of account number    8946

---

| 2.3 6 | Riverbend Funding LLC | Describe the property that secures the claim: | $151,500.00 | $175,000.00 | $0.00 |

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
_____
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

400 Carolcrest Lane Livingston, TX 77351  Polk County
Tpwnhome

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred  5/13/2021      Last 4 digits of account number    8705

---

| Debtor 1 | Linda | Ezor | Swarzman | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.3 7 | Riverbend Funding LLC | Describe the property that secures the claim: | $61,507.00 | $60,000.00 | $1,507.00 |
|---|---|---|---|---|---|

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

4718 Crane Street Hitchcock, TX 77563 Galveston County

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)    Deed of Trust

Date debt was incurred    1/25/2021        Last 4 digits of account number    4033

---

| 2.3 8 | Riverbend Funding LLC | Describe the property that secures the claim: | $194,565.00 | $340,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1 Del Sol Baytown, TX 77521 Harris County

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)    Deed of Trust

Date debt was incurred    8/16/2021        Last 4 digits of account number    2455

---

| 2.3 9 | Riverbend Funding LLC | Describe the property that secures the claim: | $180,625.00 | $245,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

216 Gale Street Houston, TX 77009 Harris County

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)    Deed of Trust

Date debt was incurred    6/14/2021        Last 4 digits of account number    2339

---

| Debtor 1 | Linda Ezor Swarzman | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.40 | Riverbend Funding LLC | Describe the property that secures the claim: | $213,000.00 | $265,000.00 | $52,000.00 |
|---|---|---|---|---|---|

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

16438 Glenshannon Drive Houston, TX 77059  Harris County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

**Date debt was incurred**  8/4/2021          **Last 4 digits of account number**  2452

| 2.41 | Riverbend Funding LLC | Describe the property that secures the claim: | $126,000.00 | $200,000.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

807 Golf Ct Stafford, TX 77477  Fort Bend County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

**Date debt was incurred**  2/26/2021          **Last 4 digits of account number**  9279

Debtor 1    Linda Ezor Swarzman                                                    Case number (if known)    1:23-bk-10270-VK
_____
First Name    Middle Name    Last Name

| 2.4 2 | Riverbend Funding LLC | Describe the property that secures the claim: | $85,500.00 | $100,000.00 | $14,500.00 |

Creditor's Name

| | 2501 Gulf Freeway Unit #12A
Dickinson, TX 77539  Galveston
County
Townhome |

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred    5/11/2022        Last 4 digits of account number    6563

---

| 2.4 3 | Riverbend Funding LLC | Describe the property that secures the claim: | $158,220.00 | $215,000.00 | $0.00 |

Creditor's Name

| | 10306 Mist Lane Houston, TX 77070
Harris County |

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred    3/26/2021        Last 4 digits of account number    6554

---

Official Form 106D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 18 of 36

Debtor 1    Linda Ezor Swarzman
　　　　　　First Name　　　Middle Name　　　Last Name

Case number (if known)    1:23-bk-10270-VK

| 2.4 4 | Riverbend Funding LLC | Describe the property that secures the claim: | $161,250.00 | $230,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

4011 Nasa Road #401 Seabrook, TX 77586  Harris County

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred    1/22/2021         Last 4 digits of account number    1438

| 2.4 5 | Riverbend Funding LLC | Describe the property that secures the claim: | $606,678.00 | $245,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

609 Oak Harbor Drive Houston, TX 77062  Harris County.
Loan amount includes the following properties-18809 Egret Bay Blvd #125, 4911 Falvey St., 5119 Bayou Dr., and 202 Tarpey Road.

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred    12/28/2021         Last 4 digits of account number    3953

| Debtor 1 | Linda Ezor Swarzman | | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**2.4 6**

**Riverbend Funding LLC**
Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 11/20/2020

**Describe the property that secures the claim:**
18809 Egret Bay Blvd #125 Houston, TX 77058 Harris County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  Deed of Trust

**Last 4 digits of account number** 3953

Unknown    $210,000.00    Unknown

---

**2.4 7**

**Riverbend Funding LLC**
Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 11/18/2020

**Describe the property that secures the claim:**
4911 Falvey Street Houston, TX 77017 Harris County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  Deed of Trust

**Last 4 digits of account number** 3953

Unknown    $185,000.00    Unknown

---

**2.4 8**

**Riverbend Funding LLC**
Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 11/19/2020

**Describe the property that secures the claim:**
5119 Bayou Drive Dickinson, TX 77539 Galveston County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)

**Last 4 digits of account number** 3953

Unknown    $210,000.00    Unknown

---

Debtor 1   Linda Ezor Swarzman
    First Name      Middle Name      Last Name

Case number (if known)   1:23-bk-10270-VK

---

| 2.49 | Riverbend Funding LLC | Describe the property that secures the claim: | Unknown | $185,000.00 | Unknown |

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
202 Tarpey Road Texas City, TX 77591  Galveston County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Deed of Trust

Date debt was incurred   11/20/2020      Last 4 digits of account number   3953

---

| 2.50 | Riverbend Funding LLC | Describe the property that secures the claim: | $203,775.00 | $75,000.00 | $0.00 |

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
208 Park Street Baytown, TX 77520 Harris County.
Loan amount includes 210 Park Street and 208 Park Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Deed of Trust

Date debt was incurred   5/18/2022      Last 4 digits of account number   2801

---

Debtor 1    Linda Ezor Swarzman                                            Case number (if known)    1:23-bk-10270-VK
_____  _____  _____
First Name        Middle Name        Last Name

| 2.5 1 | Riverbend Funding LLC | Describe the property that secures the claim: | Unknown | $150,000.00 | Unknown |

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

210 Park Street Baytown, TX 77520
Harris County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Deed of Trust

Date debt was incurred _____    Last 4 digits of account number    n208

---

| 2.5 2 | Riverbend Funding LLC | Describe the property that secures the claim: | $99,000.00 | $150,000.00 | $0.00 |

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

2417 Pecan Street Dickinson, TX 77539  Galveston County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Deed of Trust

Date debt was incurred  6/7/2021    Last 4 digits of account number    2123

---

| 2.5 3 | Riverbend Funding LLC | Describe the property that secures the claim: | $146,250.00 | $200,000.00 | $0.00 |

**Creditor's Name**

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

11735 N, Perry Ave Houston, TX 77071  Harris County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Deed of Trust

Date debt was incurred  8/4/2021    Last 4 digits of account number    2446

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 22 of 36

Debtor 1  Linda Ezor Swarzman                                                   Case number (if known)    1:23-bk-10270-VK
    First Name      Middle Name      Last Name

| 2.54 | Riverbend Funding LLC | | $131,280.00 | $190,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> 2710 Raspberry Lane Pasadena, TX 77502  Harris County

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred  7/26/2021        Last 4 digits of account number    8144

---

| 2.55 | Riverbend Funding LLC | | $1,061,250.00 | $950,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> 4223 San Domingo Galveston, TX 77554  Galveston County

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred  6/18/2021        Last 4 digits of account number    9255

---

| 2.56 | Riverbend Funding LLC | | $207,750.00 | $325,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> 1614 Sweet Grass Trail Houston, TX 77090  Harris County

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred  5/20/2021        Last 4 digits of account number    6727

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 23 of 36

Debtor 1   Linda Ezor Swarzman                                                    Case number (if known)   1:23-bk-10270-VK
              First Name          Middle Name              Last Name

| 2.57 | Riverbend Funding LLC | Describe the property that secures the claim: | $142,400.00 | $200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

3422 Valley Brook La Porte, TX 77571
Harris County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Deed of Trust

Date debt was incurred   8/16/2021          Last 4 digits of account number   2461

| 2.58 | Riverbend Funding LLC | Describe the property that secures the claim: | $124,100.00 | $100,000.00 | $24,100.00 |
|---|---|---|---|---|---|

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

718 W 4th Street Freeport, TX 77541
Brazoria County
Multi Family

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Deed of Trust

Date debt was incurred   11/4/2021          Last 4 digits of account number   4423

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 24 of 36

Debtor 1   Linda Ezor Swarzman                                            Case number (if known)    1:23-bk-10270-VK
         First Name        Middle Name        Last Name

| | |
|---|---|
| **2.59** | |

**Riverbend Funding LLC**
Creditor's Name

**Describe the property that secures the claim:**   $65,000.00   $65,000.00   $0.00

1014 W 5th Street Freeport, TX 77541
Brazoria County.
Inc in 718 W. 4th Street above.
Multi Family
Inc in 4th St 718

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred   11/4/2021          Last 4 digits of account number   4423

---

| | |
|---|---|
| **2.60** | |

**Riverbend Funding LLC**
Creditor's Name

**Describe the property that secures the claim:**   $163,500.00   $110,000.00   $0.00

1010 Walker Street E League City, TX 77573  Galveston County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

Date debt was incurred   5/11/2022          Last 4 digits of account number   6551

Debtor 1   Linda Ezor Swarzman                                        Case number (if known)   1:23-bk-10270-VK
_____
First Name     Middle Name          Last Name

| 2.6 1 | Riverbend Funding LLC | Describe the property that secures the claim: | Unknown | $65,000.00 | Unknown |

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

1012 Walker Street E League City, TX 77573  Galveston County
Multi Family
Inc in Walker 1010

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Deed of Trust

Date debt was incurred   5/11/2022          Last 4 digits of account number   6551

| 2.6 2 | Riverbend Funding LLC | Describe the property that secures the claim: | $126,000.00 | $165,000.00 | $0.00 |

Creditor's Name

3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

215 Wilkins League City, TX 77573
Galveston County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   6/10/2021          Last 4 digits of account number   3806

| Debtor 1 | Linda | Ezor | Swarzman | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| 2.6 3 | Riverbend Funding LLC/ | Describe the property that secures the claim: | $230,850.00 | $225,000.00 | $5,850.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Toorak Capital Partners, LLC
Polsinelli c/o Adam C. Rayford
2950 N. Harward Street, Suite 2100
Dallas, TX 75201

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

222 Jettyview Road Freeport, TX 77541  Brazoria County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Deed of Trust

**Date debt was incurred**   3/25/2022        **Last 4 digits of account number**   2630

---

| 2.6 4 | Riverbend Funding LLC/ | Describe the property that secures the claim: | $142,500.00 | $190,000.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Toorak Capital Partners, LLC
Polsinelli  c/o Adam C. Rayford
2950 N. Harward Street, Suite 2100
Dallas, TX 75201

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

705 Inwood Dr. Baytown, TX 77521 Harris County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Deed of Trust

**Date debt was incurred**   3/18/2021        **Last 4 digits of account number**   2786

---

| Debtor 1 | Linda | Ezor | Swarzman | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.6 5 | **Riverbend Funding LLC/** | **Describe the property that secures the claim:** | $120,161.00 | $175,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Toorak Capital Partners, LLC
Polsinelli c/o Adam C. Rayford
2950 N. Harward Street, Suite 2100
Dallas, TX 75201

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

3306 Sandpiper Dr. Baytown, TX 77521  Harris County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

**Date debt was incurred**  8/3/2021        **Last 4 digits of account number**  2530

| 2.6 6 | **Riverbend Funding LLC/** | **Describe the property that secures the claim:** | $561,750.00 | $625,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Toorak Capital Partners, LLC
Polsinelli c/o Adam C. Rayford
2950 N. Harward Street, Suite 2100
Dallas, TX 75201

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

833 Kahla Drive Port Bolivar, TX 77650  Galveston County
Crystal Beach

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Deed of Trust

**Date debt was incurred**  4/12/2021        **Last 4 digits of account number**  0641

| Debtor 1 | Linda | Ezor | Swarzman | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| 2.67 | Riverbend Funding LLC/Toorak | | $633,500.00 | $895,000.00 | $262,300.00 |
|---|---|---|---|---|---|

Creditor's Name

Capital Partners LLC
3550 Round Barn Blvd,
Suite 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

16912 Jamaica Beach Galveston, TX 77554  Galveston County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Deed of Trust

Date debt was incurred  10/7/2021        Last 4 digits of account number   8086

---

| 2.68 | Riverbend Funding LLC/Toorak | | $143,250.00 | $160,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Capital Partners LLC
3550 Round Barn Blvd,
Suite 104
Santa Rosa, CA 95403

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

5414 Lilian Street Baytown, TX 77521 Harris County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Deed of Trust

Date debt was incurred  5/24/2021        Last 4 digits of account number   6757

---

| 2.69 | Stoa 3, LLC | | $223,920.00 | $240,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

2355 E Camelback Rd,
#305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1007 Lodge Hill Lane
Houston, TX 77090

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  5/12/2022        Last 4 digits of account number

---

| Debtor 1 | Linda | Ezor | Swarzman | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**2.70**

| Stoa 3, LLC | | $234,000.00 | $255,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2355 E Camelback Rd,
#305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

4615 Neches Trail Lane
Spring, TX 77388

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  5/27/2022      Last 4 digits of account number _____

---

**2.71**

| Stoa 3, LLC | | $198,000.00 | $200,000.00 | $25,100.00 |
|---|---|---|---|---|

Creditor's Name

2355 E Camelback Rd,
#305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

20011 Dawn Mist Drive Humble, TX
77346  Harris County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

---

**2.72**

| Stoa 3, LLC | | $216,000.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2355 E Camelback Rd,
#305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

3707 Bear Lake Drive Kingwood, TX
77345  Harris County

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 30 of 36

| Debtor 1 | Linda Ezor Swarzman | | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| 2.7 3 | Stoa 3, LLC | Describe the property that secures the claim: | $238,500.00 | $265,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

2355 E Camelback Rd, #305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

7406 Echo Pine Drive Humble, TX 77346  Harris County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.7 4 | Stoa 3, LLC | Describe the property that secures the claim: | $256,700.00 | $325,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

2355 E Camelback Rd, #305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

1135 Juniper Canyon Lane Houston, TX 77065  Harris County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

| 2.7 5 | Stoa 3, LLC | Describe the property that secures the claim: | $218,520.00 | $240,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

2355 E Camelback Rd, #305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

954 Neptune Drive Houston, TX 77062 Harris County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  4/6/2022     Last 4 digits of account number _____

---

| Debtor 1 | Linda Ezor Swarzman | | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**2.76**

| Stoa 3, LLC | Describe the property that secures the claim: | $153,450.00 | $170,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

702 Rosewood Drive Baytown, TX 77520  Harris County

2355 E Camelback Rd, #305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    2/9/2022        Last 4 digits of account number _____

---

**2.77**

| Stoa 3, LLC | Describe the property that secures the claim: | $221,220.00 | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

7602 Trophy Place Humble, TX 77346 Harris County

2355 E Camelback Rd, #305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    6/9/2022        Last 4 digits of account number _____

---

**2.78**

| Stoa 3, LLC | Describe the property that secures the claim: | $248,420.00 | $310,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

12815 Westleigh Drive Houston, TX 77077  Harris County

2355 E Camelback Rd, #305
Phoenix, AZ 85016

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    4/6/2022        Last 4 digits of account number _____

---

Debtor 1    Linda Ezor Swarzman

    First Name      Middle Name      Last Name

Case number (if known)    1:23-bk-10270-VK

---

| 2.79 | Toorak Capital Partners, LLC | Describe the property that secures the claim: | $188,000.00 | $185,000.00 | $3,000.00 |

**Creditor's Name**

c/o Adam C. Rayford
Polsinelli
2950 N. Harward Street,
Suite 2100
Dallas, TX 75201

*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:**

7935 Breda Dr. Baytown, TX 77521
Harris County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    Deed of Trust

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.80 | Toyota Motor Credit Corporation | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

**Creditor's Name**

2 Executive Circle
Suite 100
Irvine, CA 92614

*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:**

2020 Mercedes Benz-CLS-350

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** 9723

---

| Debtor 1 | Linda Ezor Swarzman | | | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.8 1 | Toyota Motor Credit Corporation | | $0.00 | $0.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> 2021 Mazda CX-5 GRAN
> JM3KFADM0303541
> 9,425 miles
> Location: 4460 Libbit Avenue, Encino
> CA 91436
> Leased Vehicle

PO BOX 105386
Atlanta, GA 30348

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Car lease

Date debt was incurred _____    Last 4 digits of account number _____

| 2.8 2 | Treece Law Firm PC | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> Notice Purpose Only
> The Point at Egret Bay Condominium
> Council of Co-Owners Inc
> 18809 Egret Bay Blvd, #125
> Houston, TX 77058

1020 Bay Area Blvd, Suite 200
Houston, TX 77058

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | $18,399,248.67 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | $18,399,248.67 |

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[  ]

Name, Number, Street, City, State & Zip Code
Churchhill I Funding LLC
1415 Vantage Park Dr #240
Charlotte, NC 28203

On which line in Part 1 did you enter the creditor?  2.8

Last 4 digits of account number ___

Debtor 1   Linda Ezor Swarzman                                    Case number (if known)   1:23-bk-10270-VK
    First Name    Middle Name    Last Name

[ ]  Name, Number, Street, City, State & Zip Code
Churchhill I Funding LLC
1415 Vantage Park Dr #240
Charlotte, NC 28203

On which line in Part 1 did you enter the creditor?   2.12
Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
Churchhill I Funding LLC
1415 Vantage Park Dr #240
Charlotte, NC 28203

On which line in Part 1 did you enter the creditor?   2.13
Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
Churchill Funding I, LLC
1415 Vantage Park Dr #240
Charlotte, NC 28203

On which line in Part 1 did you enter the creditor?   2.9
Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
Churchill Funding I, LLC
c/o Eric S. Pezold
Snell & Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

On which line in Part 1 did you enter the creditor?   2.10
Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
Issa F. Kamara
Agent for Toyota Motor Credit Corp.
Bonial & Associates, PC
PO BOX 9013
Addison, TX 75001

On which line in Part 1 did you enter the creditor?   2.81
Last 4 digits of account number  9723

[ ]  Name, Number, Street, City, State & Zip Code
Riverbend Funding LLC/
Toorak Capital Funding LLC
3550 Round Barn Blvd, Ste 104
Santa Rosa, CA 95403

On which line in Part 1 did you enter the creditor?   2.64
Last 4 digits of account number  2786

[ ]  Name, Number, Street, City, State & Zip Code
Riverbend Funding LLC/
Toorak Capital Partners LLC
Polsinelli c/o Adam C. Rayford
2950 N. Harward Street, Suite 2100
Dallas, TX 75201

On which line in Part 1 did you enter the creditor?   2.67
Last 4 digits of account number  8086

[ ]  Name, Number, Street, City, State & Zip Code
Riverbend Funding LLC/Toorak
Capital Partners LLC
3550 Round Barn Blvd, Suite 104
Santa Rosa, CA 95403

On which line in Part 1 did you enter the creditor?   2.63
Last 4 digits of account number  2630

[ ]  Name, Number, Street, City, State & Zip Code
Riverbend Funding LLC/Toorak
Capital Partners LLC
3550 Round Barn Blvd, Suite 104
Santa Rosa, CA 95403

On which line in Part 1 did you enter the creditor?   2.28
Last 4 digits of account number  2783

Debtor 1   Linda Ezor Swarzman                                           Case number (if known)    1:23-bk-10270-VK

    First Name       Middle Name       Last Name

---

[ ]   Name, Number, Street, City, State & Zip Code
Riverbend Funding LLC/Toorak
Capital Partners LLC
3550 Round Barn Blvd, Suite 104
Santa Rosa, CA 95403

On which line in Part 1 did you enter the creditor?   2.65

Last 4 digits of account number   2530

---

[ ]   Name, Number, Street, City, State & Zip Code
Riverbend Funding LLC/Toorak
Capital Partners LLC
3550 Round Barn Blvd, Suite 104
Santa Rosa, CA 95403

On which line in Part 1 did you enter the creditor?   2.29

Last 4 digits of account number   6727

---

[ ]   Name, Number, Street, City, State & Zip Code
Riverbend Funding LLC/Toorak
Capital Partners LLC
3550 Round Barn Blvd, Suite 104
Santa Rosa, CA 95403

On which line in Part 1 did you enter the creditor?   2.66

Last 4 digits of account number   0641

---

[ ]   Name, Number, Street, City, State & Zip Code
The Point at Egret Bay Condo
c/o Treece Law Firm PC
1020 Bay Area Blvd Suite 200
Houston, TX 77058

On which line in Part 1 did you enter the creditor?   2.46

Last 4 digits of account number   ___

---

[ ]   Name, Number, Street, City, State & Zip Code
Toyota Motor Credit Corporation
PO BOX 330
Williamsville, NY 14231

On which line in Part 1 did you enter the creditor?   2.81

Last 4 digits of account number   9723

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 36 of 36

**Fill in this information to identify your case:**

Debtor 1    Linda Ezor Swarzman
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    1:23-bk-10270-VK
(if known)

☐ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Blue Ridge West MUD** | | | |

Priority Creditor's Name
11111 Katy Frwy #725
Houston, TX 77079
Number Street City State Zip Code

Last 4 digits of account number  0470    $684.31    $0.00    $684.31

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations

☐ Check if this claim is for a community debt

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Other. Specify _____
Taxes
1806 Wedgewood Ct. Missouri City, 775489

Debtor 1   Linda Ezor Swarzman                                      Case number (if known)   1:23-bk-10270-VK

---

**2.2**   Brazoria County                      Last 4 digits of account number   Taxes        $4,280.84       $4,280.84       $0.00
          Priority Creditor's Name
          111 E Locust                         **When was the debt incurred?** _____
          Angleton, TX 77515
          Number Street City State Zip Code    **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**
                                               ☐ Contingent
■ Debtor 1 only
                                               ☐ Unliquidated
☐ Debtor 2 only
                                               ☐ Disputed
☐ Debtor 1 and Debtor 2 only
                                               **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                               ☐ Domestic support obligations
☐ **Check if this claim is for a  community debt**
                                               ■ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**
                                               ☐ Claims for death or personal injury while you were intoxicated
■ No
                                               ☐ Other. Specify _____
☐ Yes
                                               Taxes
                                               $235.54: 4200-1042-000, 803 W 6th St. Freeport,
                                               77541
                                               $2,683.40: 4200-1041-000, 807 W 6th St. Freeport,
                                               77541
                                               $1,361.90: 222 Jettyview Rd. Surfside Beach, 77541

---

**2.3**   Bridgestone MUD                      Last 4 digits of account number   0019        $889.22         $889.22         $0.00
          Priority Creditor's Name
          PO Box 73109                         **When was the debt incurred?** _____
          Houston, TX 77273
          Number Street City State Zip Code    **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**
                                               ☐ Contingent
■ Debtor 1 only
                                               ☐ Unliquidated
☐ Debtor 2 only
                                               ☐ Disputed
☐ Debtor 1 and Debtor 2 only
                                               **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                               ☐ Domestic support obligations
☐ **Check if this claim is for a  community debt**
                                               ■ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**
                                               ☐ Claims for death or personal injury while you were intoxicated
■ No
                                               ☐ Other. Specify _____
☐ Yes
                                               Taxes - 4615 Neches Trail Ln, Spring, TX 77388

---

**2.4**   City of Baytown                      Last 4 digits of account number   9340        $5,222.00       $0.00           $5,222.00
          Priority Creditor's Name
          2505 Market Street                   **When was the debt incurred?** _____
          Baytown, TX 77520
          Number Street City State Zip Code    **As of the date you file, the claim is: Check all that apply**
**Who incurred the debt? Check one.**
                                               ☐ Contingent
■ Debtor 1 only
                                               ☐ Unliquidated
☐ Debtor 2 only
                                               ☐ Disputed
☐ Debtor 1 and Debtor 2 only
                                               **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                               ☐ Domestic support obligations
☐ **Check if this claim is for a  community debt**
                                               ■ Taxes and certain other debts you owe the government
**Is the claim subject to offset?**
                                               ☐ Claims for death or personal injury while you were intoxicated
■ No
                                               ☐ Other. Specify _____
☐ Yes
                                               City Taxes / Fees / Utilities
                                               Properties: 5414 Lillian Street, 702 Rosewood Dr, 1
                                               Del Sol Court, 3306 Sandpiper Drive, 705 Littlewood
                                               Street, 302 Long Drive, 702 Rosewood Dr.

---

Debtor 1   Linda Ezor Swarzman

Case number (if known)   1:23-bk-10270-VK

---

**2.5**

City of Houston
Priority Creditor's Name
PO Box 1562
Houston, TX 77251
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $3,973.00   $3,973.00   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

City Taxes / Fees / Utilities
Properties: 4911 Falvey Street, 3206 Riverlawn Drive,
14927 Saint Cloud Dr, 4911 Falvey Street,
12815 Westleigh Dr.

---

**2.6**

City of La Porte
Priority Creditor's Name
604 W Fairmont Parkway
La Porte, TX 77571
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $450.00   $0.00   $450.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

City Taxes / Fees / Utilities
Moving/Demolition Fee
Property: 1206 Montana Street

---

**2.7**

City of Pearland
Priority Creditor's Name
3519 Liberty Dr.
Pearland, TX 77581
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   $73.00   $73.00   $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

City Taxes / Fees / Utilities
Property: 1107 Union Valley Drive

---

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

---

| 2.8 | Clear Brook City MUD | Last 4 digits of account number | | $1,318.00 | $0.00 | $1,318.00 |

**Priority Creditor's Name**

11911 Blackhawk Blvd.
Houston, TX 77089

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

City Taxes / Fees / Utilities
Property: 11506 Sagevalley Dr.

---

| 2.9 | Clear Lake City Community Assoc. | Last 4 digits of account number | | $3,655.00 | $3,655.00 | $0.00 |

**Priority Creditor's Name**

16511 Diana Lane
Houston, TX 77062

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Home Owners Association
Properties: 1014 W 5th Street, 16014 Buccaneer
Lane, 1516 Bay Area Blvd #A4 , 954 Neptune Ln, 609
Oak Harbor Drive

---

| 2.10 | Clear Lake Water Authority | Last 4 digits of account number | 0239 | $771.60 | $771.60 | $0.00 |

**Priority Creditor's Name**

900 Bay Area Blvd
Houston, TX 77058

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Taxes: 14203 Arborcrest ST. Houston, 77061

---

Debtor 1   Linda Ezor Swarzman                                        Case number (if known)   1:23-bk-10270-VK

---

**2.1**
**1**

Cypress Fairbank ISD
Priority Creditor's Name
10494 Jones Rd Rm 106
Houston, TX 77065
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   0015      $4,757.38      $4,757.38      $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  _____
AD Valorem Tax
10306 Mist Lane
Houston, TX 77070

---

**2.1**
**2**

Ford Bend County
Priority Creditor's Name
1317 Eugene Heimann Circle
Richmond, TX 77469
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____      $9,177.84      $0.00      $9,177.84

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  _____
Taxes:
$3408.66: 2750-00-000-5300-910, 807 Golf Ct.,
Stafford
$4,662.24: 3850-02-004-0470-907, 1806 Wedgewood
Ct, Missouri City
$1106.94: 0972-04-000-0045, 11735 N. Perry Ave.

---

**2.1**
**3**

Fort Bend County MUD #23
Priority Creditor's Name
PO Box 1368
Friendswood, TX 77549
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____      $1,397.51      $1,397.51      $0.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  _____
Taxes: R000125643
3906 Teal Run Place Ct., Fresno 77545

---

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

---

**2.14**    Fort Bend County MUD #6

Priority Creditor's Name
PO Box 1368
Friendswood, TX 77549
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $207.32    $207.32    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
        Taxes: R000198711
        2503 Afton Ct., League City 77573

---

**2.15**    Galveston County Tax Collector

Priority Creditor's Name
722 Moody Avenue
Galveston, TX 77550
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    Multiple Accts    $309,307.57    $309,307.57    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
        Multiple Properties
        POC 13-1

---

**2.16**    Galveston County WCID #1

Priority Creditor's Name
2750 FM 517 Rd E
Dickinson, TX 77539
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $386.00    $386.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
        Taxes / Fees
        Properties: 433 Sunset Dr, #5, 2417 Pecan St.

---

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

---

**2.17**

GCCISD Tax Services

Priority Creditor's Name

PO Box 2805
Baytown, TX 77521

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| Last 4 digits of account number | | $36,187.55 | $36,187.55 | $0.00 |
|---|---|---|---|---|

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Taxes for Multiple Property Addresses - See Attachmet

---

**2.18**

Harris City WCID

Priority Creditor's Name

11111 Katy Frwy., #725
Houston, TX 77079

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| Last 4 digits of account number | 0450 | $733.13 | $733.13 | $0.00 |
|---|---|---|---|---|

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Taxes: 11735 N Perry Ave., Houston 77071

---

**2.19**

Harris County MUD #109

Priority Creditor's Name

822 West Pasadena Blvd.
Deer Park, TX 77536

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| Last 4 digits of account number | | $1,178.78 | $1,178.78 | $0.00 |
|---|---|---|---|---|

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☑ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

City Fees / Taxes / Utilities - 2022 Tax
$1,061.40 and $117.38: #10906; CAD
1131350000019, 20011 Dawn Mist Dr, Humble, TX

---

Debtor 1    Linda Ezor Swarzman                                          Case number (if known)    1:23-bk-10270-VK

| 2.20 | Harris County MUD #152 | Last 4 digits of account number | 0002 | Unknown | $390.84 | $0.00 |

Priority Creditor's Name
6935 Barney Rd., #110
Houston, TX 77092
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Taxes: 7406 Echo Pines Dr., Humble, TX 77346

---

| 2.21 | Harris County MUD #168 | Last 4 digits of account number | 0450 | Unknown | $145.86 | $0.00 |

Priority Creditor's Name
17495 Village Green Dr.
Houston, TX 77040
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Taxes: 11455 Travelers Way Circle, Houston

---

| 2.22 | Harris County MUD #46 | Last 4 digits of account number | | $4,012.20 | $3,329.00 | $683.20 |

Priority Creditor's Name
PO Box 73109
Houston, TX 77273
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

City Fees / Taxes / Utilities
$3,329.00: 20011 Dawn Mist Dr.
$683.20: 511105870000022 - 5842 Sackville Close,
Humble, TX

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

---

**2.2 3**

Harris County Tax Assessor-Collectr
Priority Creditor's Name
PO Box 3547
Houston, TX 77253
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $73,740.00    $73,740.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Property Taxes for multiple properties in Harris County - See Attached

---

**2.2 4**

Internal Revenue Service
Priority Creditor's Name
POB 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____    $56,340.00    $56,340.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Estimated 2022 income taxes

---

**2.2 5**

Los Angeles County Tax Collector
Priority Creditor's Name
PO Box 54110
Los Angeles, CA 90054
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 6006    $5,065.28    $5,065.28    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Property: 4209 Woodcliff Rd, Los Angeles, CA 91403

---

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

---

**2.26**

**Louetta North P.U.D.**
Priority Creditor's Name
16840 Colony Creek Dr.
Spring, TX 77379
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $1,154.04    $439.00    $715.04

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
    Taxes
    $439.00: 16839 Markridge Drive
    $715.04: 17111 Valley Palms Drive

---

**2.27**

**Mills Road MUD**
Priority Creditor's Name
PO Box 1368
Friendswood, TX 77549
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $1,015.60    $1,015.60    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
    Taxes: R000195417, 10306 Mist Lane, Houston

---

**2.28**

**Polk County Taxing Entities**
Priority Creditor's Name
416 N Washington Ave.
Livingston, TX 77351
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number 8953    $8,540.28    $8,540.28    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
    Taxes: 47003, 400 Carolcrest Ln #20, Livingston

---

Debtor 1    Linda Ezor Swarzman

Case number (if known)    1:23-bk-10270-VK

---

**2.29**

Post Wood M.U.D.
Priority Creditor's Name
6018 Knotty Post Lane
Spring, TX 77373
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $623.00    $623.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Taxes
$623.00: 5222 Lynngate Drive

---

**2.30**

Post Wood MUD
Priority Creditor's Name
12841 Capricorn St.
Stafford, TX 77477
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $678.52    $678.52    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
Taxes
114-314-004-0009: 5222 Lynngate Dr., Spring 77373

---

**2.31**

Spring Creek UD
Priority Creditor's Name
2433 2300 Leichester Dr
Spring, TX 77386
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____    $185.00    $185.00    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
City Taxes / Fees
Property: 2547 Halstead Dr.

---

Debtor 1   Linda Ezor Swarzman    Case number (if known)   1:23-bk-10270-VK

---

**2.3.2**

| Spring ISD - HC WCID #92 | | Last 4 digits of account number | | $2,626.24 | $0.00 | $2,626.24 |

Priority Creditor's Name
420 Lockhaven Drive
Houston, TX 77073
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Taxes
$687.11: 1033350000027 - 1007 Lodghill Ln
$1939.13: 1143140040009 - 5222 Lynngate Dr.

---

**2.3.3**

| Texas City ISD | | Last 4 digits of account number | 2001 | $3,737.53 | $3,737.53 | $0.00 |

Priority Creditor's Name
Tax Assessor Collector
1700 9th Ave
Texas City, TX 77590
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

AD Valorem Tax
202 Tarpey Road
Galveston, TX 77591

---

**2.3.4**

| Westador MUD | | Last 4 digits of account number | | $244.42 | $244.42 | $0.00 |

Priority Creditor's Name
PO Box 73109
Houston, TX 77273
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

Taxes: 321033350000027
1007 Lodgehill Ln, Houston, 77090

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.   Do any creditors have nonpriority unsecured claims against you?

| Debtor 1 | Linda Ezor Swarzman | Case number (if known) | 1:23-bk-10270-VK |

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |

---

**4.1** April Fox Morris

Nonpriority Creditor's Name

1502 Bayou Shore Drive

Galveston, TX 77551

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$200,000.00**

**When was the debt incurred?**    6/9/2022

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Promissory Note

---

**4.2** Ashford West Community Association

Nonpriority Creditor's Name

12550 Westella Dr.

Houston, TX 77077

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$680.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    Home Owners Association, Property: 12815 Westleigh Dr

---

Debtor 1   Linda Ezor Swarzman

Case number (if known)   1:23-bk-10270-VK

---

| 4.3 | Atascocita North C.I.A. | | Last 4 digits of account number | | | $840.00 |

Nonpriority Creditor's Name
8811 FM 1960 Bypass Rd W Ste. 200
Humble, TX 77338

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Home Owners Association
Property: 5842 Sackville Close,
10306 Mist Lane

---

| 4.4 | Atascocita South | | Last 4 digits of account number | | | $444.00 |

Nonpriority Creditor's Name
28420 Hardy Toll Rd
Spring, TX 77373

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Home Owners Association
Property: 7406 Echo Pines Dr.

---

| 4.5 | Atascosita Meadows | | Last 4 digits of account number | | | $385.00 |

Nonpriority Creditor's Name
PO Box 203310
Austin, TX 78720-3310

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Home Owners Association
Property: 18315 Atascocita Meadows Dr

---

Debtor 1   Linda Ezor Swarzman

Case number (if known)   1:23-bk-10270-VK

---

**4.6**   Bay Meadows Townhouse Assoc

Nonpriority Creditor's Name

1703 Broadway Avenue J
Galveston, TX 77550

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____               $3,224.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Home Owners Association

---

**4.7**   Baycliff MUD

Nonpriority Creditor's Name

4302 12th St.
Bacliff, TX 77518

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____               $307.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Utilities
  Property: 230 Kansas St.

---

**4.8**   Bayshore Townhouse Owner Assoc

Nonpriority Creditor's Name

11550 Fuqua St., Suite 490
Houston, TX 77034-4304

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____               $1,790.00

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Home Owners Association
  Property: 3326 Burke Rd #67

---

Debtor 1    Linda Ezor Swarzman     Case number (if known)    1:23-bk-10270-VK

---

**4.9**    Baywind Condominium

Nonpriority Creditor's Name

1516 Bay Area Blvd.
Houston, TX 77058

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number        $4,757.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Home Owners Association
Properties: 1516 Bay Area Blvd, #H6,
1516 Bay Area Blvd, #A4
1516 Bay Area Blvd, #F3

---

**4.10**    Bear Branch Trail Association

Nonpriority Creditor's Name

3215 Cedar Knolls Dr
Kingwood, TX 77339

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number        $111.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Home Owners Association
Property: 3206 Riverlawn Dr.

---

**4.11**    Bermuda Beach Improvement Committee

Nonpriority Creditor's Name

12936 John Reynolds Rd
Galveston, TX 77554

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number        $1,478.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Home Owners Association
Property: 12809 John Reynolds Rd

---

Debtor 1   Linda Ezor Swarzman                                    Case number *(if known)*   1:23-bk-10270-VK

---

**4.1 2**

**Bimam Wood Fairfax**
Nonpriority Creditor's Name
23104 Banquo Dr.
Spring, TX 77373
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              $907.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Home Owners Association
Property: 23426 Harpergate Drive
4415 Sloangate Drive

---

**4.1 3**

**Breckenridge Forest POA, Inc.**
Nonpriority Creditor's Name

Spring, TX 77379
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              $460.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Home Owners Association
Property: 3006 Cimarron Pass

---

**4.1 4**

**Briargate Community Impr Assoc. Inc**
Nonpriority Creditor's Name
7002 Laughlin Dr
Missouri City, TX 77489
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              $144.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Home Owners Association
Property: 6406 Summer Ridge Drive

---

Debtor 1    Linda Ezor Swarzman                                      Case number (if known)    1:23-bk-10270-VK

---

| **4.15** | Bridgestone SOA | Last 4 digits of account number ___ ___ ___ ___ | $190.00 |

Nonpriority Creditor's Name
13231 Champion Forest Dr
Houston, TX 77069

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Home Owners Association
Property: 4615 Neches Trail Lane

---

| **4.16** | Brook Forest Community Assoc | Last 4 digits of account number ___ ___ ___ ___ | $5,785.00 |

Nonpriority Creditor's Name
16398 Havenpark Dr.
Houston, TX 77059

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

Home Owners Association
Properties: 16311 Clearcrest Drive
3702 Glenmeade Drive
16315 Brookvilla Drive
3910 Silver Aspen Ct
3702 Glenmeade Drive

☐ Yes

■ Other. Specify   15914 Heatherdale Drive

---

| **4.17** | BSI Financial Services | Last 4 digits of account number ___ ___ ___ ___ | $6,646.00 |

Nonpriority Creditor's Name
PO Box 517
Titusville, PA 16354

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   Loan - 1806 Wedgewood Court

---

Debtor 1    Linda Ezor Swarzman                              Case number (if known)    1:23-bk-10270-VK

---

**4.18**

| Caliber Home Loans | | Last 4 digits of account number _____ | $4,211.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 2487
Greenville, SC 29602

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Loan - 15914 Heatherdale Drive

---

**4.19**

| Cardinal Street Management | | Last 4 digits of account number _____ | $1,380.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 2906
League City, TX 77574

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    18511 Egret Bay Blvd., #107

---

**4.20**

| Caryn and Gary Ezor | | Last 4 digits of account number _____ | $150,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
230 McCarty Dr.
Beverly Hills, CA 90212

Number Street City State Zip Code

**When was the debt incurred?** 7/11/2022

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Promissory Note

---

Debtor 1   Linda Ezor Swarzman                                      Case number (if known)   1:23-bk-10270-VK

---

**4.2
1**

CenterPoint Energy                          Last 4 digits of account number _____        $133.00
Nonpriority Creditor's Name
333 Ward Rd.                                 When was the debt incurred? _____
Baytown, TX 77520
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify   Utilities - 230 Kansas Street

---

**4.2
2**

Chase Bank                                   Last 4 digits of account number   1767         $71,968.29
Nonpriority Creditor's Name
c/o National Bankruptcy ServicesLLC          When was the debt incurred? _____
PO Box 9013
Addison, TX 75001
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ■ Other. Specify   Credit card purchases
☐ Yes                                                          Visa-United Explorer

---

**4.2
3**

Chase Bank                                   Last 4 digits of account number   2126         $74,420.37
Nonpriority Creditor's Name
c/o National Bankruptcy ServicesLLC          When was the debt incurred? _____
PO Box 9013
Addison, TX 75001
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
                                             ■ Other. Specify   Credit card purchases
☐ Yes                                                          Visa-United Mileage Plus

---

Debtor 1  Linda Ezor Swarzman                                    Case number (if known)   1:23-bk-10270-VK

| 4.2 4 | Chase Bank | | Last 4 digits of account number | 9282 | | $175,152.84 |

Nonpriority Creditor's Name
Cardmember Service
P.O. Box 6294
Carol Stream, IL 60197-6294

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   Credit card purchases
Visa-Southwest Rapid Rewards

---

| 4.2 5 | Chase Bank | | Last 4 digits of account number | 1349 | | $9,577.19 |

Nonpriority Creditor's Name
c/o National Bankruptcy ServicesLLC
PO Box 9013
Addison, TX 75001

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   Credit card purchases
Visa-United Business Mileage Plus

---

| 4.2 6 | Chase Bank | | Last 4 digits of account number | 6577 | | $8,975.63 |

Nonpriority Creditor's Name
c/o National Bankruptcy ServicesLLC
PO Box 9013
Addison, TX 75001

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify   Credit card purchase
Visa-Ink - Redfish Properties LLC

---

Debtor 1   Linda Ezor Swarzman

Case number (if known)   1:23-bk-10270-VK

---

**4.2 7**

**Citi Cards-Costco Visa**
Nonpriority Creditor's Name
PO Box 78019
Phoenix, AZ 85062-8019
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   9237                    $34,331.08

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

**4.2 8**

**Citi Cards-Mastercard**
Nonpriority Creditor's Name
PO Box 78045
Phoenix, AZ 85062-8045
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   6456                    $56,246.27

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

**4.2 9**

**City of Galveston**
Nonpriority Creditor's Name
823 Rosenberg Room 102
Galveston, TX 77550
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                           $685.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

City Taxes / Fees / Utilities
Properties: 1714 25th Street #3, 2424 Ave O 1/2 #1, 4,
12709 John Reynolds Rd, 12809 John Reynolds Cir., 21315 & 21316 Gulf Dr, 22102 Kennedy Dr., 3814 Tradewinds Dr.
■ Other. Specify

---

Debtor 1    Linda Ezor Swarzman                                              Case number (if known)    1:23-bk-10270-VK

---

| 4.30 | | | |
|---|---|---|---|
| | **Clear Lake WAter Authority** | Last 4 digits of account number | $144.00 |
| | Nonpriority Creditor's Name | | |
| | 900 Bay Area Blvd | When was the debt incurred? | |
| | Houston, TX 77058 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**
**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify    Utilities
                                                Property: 16387 Havenpark Dr.

---

| 4.31 | | | |
|---|---|---|---|
| | **Colony Creek Village Community Asso** | Last 4 digits of account number | $938.00 |
| | Nonpriority Creditor's Name | | |
| | 12818 Willow Centre Dr, Suite B | When was the debt incurred? | |
| | Houston, TX 77006 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**
**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify    Home Owners Association

---

| 4.32 | | | |
|---|---|---|---|
| | **Crystal Beach AC and Heat LLC** | Last 4 digits of account number  3850 | $95.00 |
| | Nonpriority Creditor's Name | | |
| | 2110 26th St. | When was the debt incurred? | |
| | Galveston, TX 77550 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**     ☐ Student loans
**debt**
**Is the claim subject to offset?**        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                              ■ Other. Specify    Contractor services
                                                Property: 1788 Redfish Lane

---

Debtor 1    Linda Ezor Swarzman    Case number (if known)    1:23-bk-10270-VK

---

| 4.3 3 | Direct Energy Business | | Last 4 digits of account number | | | $20.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
910 Louisiana St, Suite B200
Houston, TX 77002

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Utilities
Property: 1020 Hercules

---

| 4.3 4 | Entergy Services Inc | | Last 4 digits of account number | | | $730.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 8104
Baton Rouge, LA 70891

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Properites:
2917 Tropicana, 833 Kahla Dr., 1788 Redfish
Lane, 1972 & 1976 Ave D

---

| 4.3 5 | Fairmont Park Homes Association | | Last 4 digits of account number | | | $213.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 1192
LaPorte, TX 77571

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Home Owners Association
Property: 3422 Valley Brook

---

Debtor 1   Linda Ezor Swarzman                                            Case number (if known)   1:23-bk-10270-VK

---

**4.3 6**   **Fondren Park Community Association**

Nonpriority Creditor's Name
c/o MASC  Austin Properties
PO Box 398
Richmond, TX 77406-0006
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   $463.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Home Owners Association
Property: 11735 N Perry Ave.

---

**4.3 7**   **Garage Door Services & Repair**

Nonpriority Creditor's Name
10101 Fondren Rd.
Houston, TX 77096
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   $600.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Services

---

**4.3 8**   **GPWare Trust**

Nonpriority Creditor's Name
4460 Libbit Ave.
Encino, CA 91436
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   $169,400.00

**When was the debt incurred?**   2021

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Promissory Notes dated 2021, 2022

---

| Debtor 1 | Linda Ezor Swarzman | Case number (if known) | 1:23-bk-10270-VK |

---

**4.39**

**Greentree Village Community Assoc**
Nonpriority Creditor's Name
5825 Riverchase Village Dr
Kingwood, TX 77345
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    $46.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Home Owners Association Balance on Special Assessment - 3707 Bearlake Dr.

---

**4.40**

**Home Depot Credit**
Nonpriority Creditor's Name
Dept. 32-2142388226
PO Box 9001030
Louisville, KY 40290-1030
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    $40,087.61

**When was the debt incurred?**    2/22/2023

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Invoices

---

**4.41**

**Home Tax Solutions**
Nonpriority Creditor's Name
4849 Greenville Ave., Suite 1620
Dallas, TX 75206
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Property Tax Service

---

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

| | | | |
|---|---|---|---|
| 4.4 2 | **Hunter Glenn Association** | Last 4 digits of account number | $150.00 |

Nonpriority Creditor's Name
c/o Marshall Management Group Inc.
4800 Sugar Grove Blvd, Suite 140
Stafford, TX 77477
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Home Owners Association
Property: 1806 Wedgewood Court

---

| | | | |
|---|---|---|---|
| 4.4 3 | **Judd Swarzman** | Last 4 digits of account number | $1,793,407.23 |

Nonpriority Creditor's Name
4460 Libbit Ave.
Encino, CA 91436
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?    2021**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Promissory Notes dated 2021, 2022, 2023

---

| | | | |
|---|---|---|---|
| 4.4 4 | **Kathleen A. Colotta** | Last 4 digits of account number    2021 | $900,000.00 |

Nonpriority Creditor's Name

16315 Brookvilla Dr.
Houston, TX 77059
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Promissory Notes dated: 9/15/2021, 11/22/2021, 2/10/2022, 4/6/022

---

Debtor 1   Linda Ezor Swarzman                                          Case number (if known)   1:23-bk-10270-VK

---

| 4.4 5 | **Lake M.U.D.** | | **Last 4 digits of account number** _____ | $342.00 |

Nonpriority Creditor's Name
PO Box 173 Dep 55034
Houston, TX 77001-0173

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Utilities
Property: 7935 Breda Drive

---

| 4.4 6 | **Logix Federal Credit Union** | | **Last 4 digits of account number** _____ | $237.80 |

Nonpriority Creditor's Name
27918 Franklin Parkway
Valencia, CA 91355

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card purchases

---

| 4.4 7 | **Marina Bay Unt Owners Assoc/Pegasus** | | **Last 4 digits of account number** _____ | $14,232.00 |

Nonpriority Creditor's Name
PO Box 57069
Webster, TX 77598

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Home Owners Association
Properties: Nasa Road 1 #401 - 4011 - 2022
Special Assessment; 18809 Egret Bay Blvd
#125

---

Debtor 1   Linda Ezor Swarzman                                      Case number (if known)    1:23-bk-10270-VK

---

| 4.4 8 | **Meadow Bend HOA** | | **Last 4 digits of account number** _____ | $205.00 |

Nonpriority Creditor's Name
17049 El Camino Real Ste 100
Houston, TX 77058

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only                                          ☐ Contingent
☐ Debtor 1 and Debtor 2 only                             ☐ Unliquidated
☐ At least one of the debtors and another                ☐ Disputed

☐ **Check if this claim is for a community debt**        **Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**                      ☐ Student loans

■ No                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                         ■ Other. Specify   Home Owners Association
                                                         Property: 2919 Forest Hills Drive

---

| 4.4 9 | **Meadowlake Village Homeowners** | | **Last 4 digits of account number** _____ | $247.00 |

Nonpriority Creditor's Name
7410 Breda Dr
Baytown, TX 77521

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only                                          ☐ Contingent
☐ Debtor 1 and Debtor 2 only                             ☐ Unliquidated
☐ At least one of the debtors and another                ☐ Disputed

☐ **Check if this claim is for a community debt**        **Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**                      ☐ Student loans

■ No                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                         ■ Other. Specify   Home Owners Association
                                                         Property: 7935 Breda Dr.

---

| 4.5 0 | **Melinda Thomas** | | **Last 4 digits of account number** _____ | $231,171.24 |

Nonpriority Creditor's Name
4460 Libbit Ave.
Encino, CA 91436

**When was the debt incurred?**   6/29/2021

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only                                          ☐ Contingent
☐ Debtor 1 and Debtor 2 only                             ☐ Unliquidated
☐ At least one of the debtors and another                ☐ Disputed

☐ **Check if this claim is for a community debt**        **Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**                      ☐ Student loans

■ No                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                         ■ Other. Specify   Promissory Notes dated: 6/29/2021,
                                                         12/7/2021, 12/20/2021

---

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

---

| 4.5 1 | | | |
|---|---|---|---|

**Melinda Thomas**                                           **Last 4 digits of account number** _____          $1,836.63
Nonpriority Creditor's Name
4460 Libbit Ave.                                             **When was the debt incurred?** _____
Encino, CA 91436
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
☐ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                  ☐ Student loans
debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims
                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                            ■ Other. Specify   Brookvilla Expenses, 16206 Brookvilla Dr.
☐ Yes                                                                          Expenses

---

| 4.5 2 | | | |
|---|---|---|---|

**Memorial Point Property**                                 **Last 4 digits of account number** _____          $2,339.00
Nonpriority Creditor's Name
106 Echo Lane                                               **When was the debt incurred?** _____
Livingston, TX 77351
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
☐ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                  ☐ Student loans
debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims
                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                            ■ Other. Specify   Home Owners Association
☐ Yes                                                                          Property: 325 Carolcrest Lane

---

| 4.5 3 | | | |
|---|---|---|---|

**Michelle Smith**                                          **Last 4 digits of account number** _____          $130,000.00
Nonpriority Creditor's Name
704 4th St., League City                                    **When was the debt incurred?**    8/11/2021
League City, TX 77573
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
☐ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                  ☐ Student loans
debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims
                                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                            ■ Other. Specify   Promissory Note
☐ Yes

---

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

---

| 4.5 4 | **Moerer & King LLP** | | $1,630.00 |
|---|---|---|---|

Nonpriority Creditor's Name
701 S 11th Street, Suite A
Richmond, TX 77469

**Last 4 digits of account number** _____

**When was the debt incurred?**    2/7/2021

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Invoices

---

| 4.5 5 | **Ownwell, Inc.** | | $8,359.03 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 2267
Austin, TX 78768-2267

**Last 4 digits of account number**    0003

**When was the debt incurred?**    _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Invoices from #1704F44C-0003 to 1704F44C-0011

---

| 4.5 6 | **Paramount Roofing** | | $9,075.00 |
|---|---|---|---|

Nonpriority Creditor's Name
1208 Sheffield Blvd.
Houston, TX 77015

**Last 4 digits of account number**    _____

**When was the debt incurred?**    _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Vendor / construction

---

Debtor 1   Linda Ezor Swarzman                                      Case number (if known)      1:23-bk-10270-VK

---

| 4.5 7 | | |
|---|---|---|

**Pineloch Community Association**                 Last 4 digits of account number _____          $1,888.00
Nonpriority Creditor's Name
2951 Marina Bay Dr Suite 130 -536                  When was the debt incurred? _____
League City, TX 77573
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**         ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                            Home Owners Association
                                                            Properties: 14326 Little Willow Walk, 1135
☐ Yes                                              ■ Other. Specify  Juniper Canyon Ln, 1310 Mabry Mill Road

---

| 4.5 8 | | |
|---|---|---|

**Ponderosa Forest Maintenance Assoc**             Last 4 digits of account number _____          $2,215.00
Nonpriority Creditor's Name
3131 Eastside St, Suite 130                         When was the debt incurred? _____
Houston, TX 77098
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**         ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                            Home Owners Association
                                                            Properties: 17603 Butte Creek Rd, 1914
                                                            Roanwood Drive - 2023, Linda Swarzman:
☐ Yes                                              ■ Other. Specify  1614 Sweet Grass Trail - 1614

---

| 4.5 9 | | |
|---|---|---|

**Quail Hollow HOA**                               Last 4 digits of account number _____          $434.00
Nonpriority Creditor's Name
PO Box 96046                                        When was the debt incurred? _____
Houston, TX 77213
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**         ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                            Home Owners Association
☐ Yes                                              ■ Other. Specify  Property: 2808 Heatherwood Drive

---

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

---

| 4.6 0 | Rachel Friedland | Last 4 digits of account number | | $1,630.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
TaDa! Accounting
5929 Yarmouth Ave.
Encino, CA 91316

**When was the debt incurred?**    2/1/2023

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    Invoices

---

| 4.6 1 | Roberts Air LLC | Last 4 digits of account number | | $1,028.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
1413 23rd St
Galveston, TX 77550

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    Contractor services
12809 John Reynolds Circle - Invoice #CV354
22102 Linda Swarzman:Kennedy Dr - Invoice #CV441

---

| 4.6 2 | Sageglen Community Association | Last 4 digits of account number | | $270.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
11610 Sageyork Dr
Houston, TX 77089

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    Home Owners  Association
Property: 11506 Sagevalley Dr.

---

Debtor 1   Linda Ezor Swarzman                                                    Case number (if known)    1:23-bk-10270-VK

| 4.6 3 | **Sea Isle Property Owners** | | | **Last 4 digits of account number** ___ | $795.00 |

Nonpriority Creditor's Name
21704 Burnet Dr
Galveston, TX 77554
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Home Owners  Association
Property: 22102 Kennedy Dr, 21315 Gulf Dr, 21316 Gulf Dr

---

| 4.6 4 | **Sunbury Estates** | | | **Last 4 digits of account number** ___ | $285.00 |

Nonpriority Creditor's Name
5310 Lynngate Dr
Spring, TX 77373
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Home Owners  Association
Property: 5222 Lynngate Dr.

---

| 4.6 5 | **Sunset Townhomes HOA** | | | **Last 4 digits of account number** ___ | $1,675.00 |

Nonpriority Creditor's Name
PO Box 830
Dickinson, TX 77539
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Home Owners  Association
Property: Linda Swarzman: 433 Sunset Dr, #5

Debtor 1   Linda Ezor Swarzman                                    Case number (if known)   1:23-bk-10270-VK

---

**4.6 6**

Teal Run North HOA                                  Last 4 digits of account number _____              $430.00
Nonpriority Creditor's Name
9950 Westpark Dr., Suite 420                        When was the debt incurred? _____
Houston, TX 77063
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community            ☐ Student loans
debt                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify    Home Owners Association - 2023
                                                                        Property: 3906 Teal Run Pl

---

**4.6 7**

Terramar Beach CIA Inc                              Last 4 digits of account number _____              $563.00
Nonpriority Creditor's Name
R Box 185X39R4                                      When was the debt incurred? _____
Galveston, TX 77554
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community            ☐ Student loans
debt                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify    Home Owners Association - 1/1/2022
                                                                        Property: 23170 Gulf Dr

---

**4.6 8**

The Landing CIA                                     Last 4 digits of account number _____              $163.00
Nonpriority Creditor's Name
1109 Landing Boulevard                              When was the debt incurred? _____
League City, TX 77573
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community            ☐ Student loans
debt                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify    Home Owners Association
                                                                        Property: 2802 Custer Dr

---

Debtor 1    Linda Ezor Swarzman                                   Case number (if known)    1:23-bk-10270-VK

---

**4.69**

The Point at Egret Bay Condo Assoc                    Last 4 digits of account number _____            $7,995.00
Nonpriority Creditor's Name
1120 Nasa One, Suite 320                              When was the debt incurred? _____
Houston, TX 77058
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**          ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     Home Owners Association
                                                     Linda Swarzman
☐ Yes                                     ■ Other. Specify  Property: 18809 Egret Bay Blvd. #125

---

**4.70**

Tonny Tops Plus                                      Last 4 digits of account number _____            $8,330.00
Nonpriority Creditor's Name
10123 Steelman St.                                   When was the debt incurred? _____
Houston, TX 77017
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**          ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify  Purchases

---

**4.71**

TXU Energy                                           Last 4 digits of account number _____            $5,312.73
Nonpriority Creditor's Name
PO Box 650764                                        When was the debt incurred? _____
Dallas, TX 75265
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**          ☐ Student loans
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     Utilities for Mulitple Properties - See
☐ Yes                                     ■ Other. Specify  Attachment

---

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

---

| 4.7 2 | Village of Jamaica Beach-HOA | Last 4 digits of account number _____ | $898.00 |
|---|---|---|---|

Nonpriority Creditor's Name
5918 Jamaica Beach
Galveston, TX 77554
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    Home Owners Association
Property: 16912 Jamaica Beach

---

| 4.7 3 | Village of Surfside Beach-HOA | Last 4 digits of account number _____ | $235.00 |
|---|---|---|---|

Nonpriority Creditor's Name
1304 Monument Ave
Freeport, TX 77541-9522
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    Home Owners Association
Property: 222 Jettyview Rd

---

| 4.7 4 | Waldon on Lake Houston Comm Serv | Last 4 digits of account number _____ | $1,023.00 |
|---|---|---|---|

Nonpriority Creditor's Name
18100 Walden Forest Dr
Humble, TX 77346
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify    Home Owners Association
Linda Swarzman
Property: 7602 Trophy Place

---

Debtor 1    Linda Ezor Swarzman                                              Case number (if known)    1:23-bk-10270-VK

| 4.7 5 | Westador Civic Association | Last 4 digits of account number | $653.00 |

Nonpriority Creditor's Name
17715 Cali Dr.
Houston, TX 77090
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Home Owners Association
Linda Swarzman
Property: 2007 Lodge Hill Ln

---

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
April Fox Morris
10201 Schaper Dr.
Galveston, TX 77554

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Chase Card Services
201 N. Walnut Street, De1-0153
Wilmington, DE 19801

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.22 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Citi Cards
701 East 60th Street North
Sioux Falls, SD 57104

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.27 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Citibank Customer Service
PO Box 6500
Sioux Falls, SD 57117

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.27 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Costco Consumer, Costco Small Bus.
PO Box 790046
Saint Louis, MO 63179-0046

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.27 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Home Depot Credit
6716 Grade Lane, Suite 910
Louisville, KY 40213

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.40 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Linebarger Goggan Blair & Sampson
Attorneys at Law
PO BOX 3064
Houston, TX 77253

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.15 of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

---

| | |
|---|---|
| Debtor 1  Linda Ezor Swarzman | Case number (if known)    1:23-bk-10270-VK |

| Last 4 digits of account number | Multiple Taxing Agencies |
|---|---|

**Name and Address**
Linebarger Goggan Blair & Simpson
PO BOX 3064
Houston, TX 77225-3000

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.12 of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | Multiple Taxing Agencies |
|---|---|

**Name and Address**
Linebarger Goggan Blair & Simpson
PO BOX 3064
Houston, TX 77225-3000

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.28 of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | Mulple Taxing Agencies |
|---|---|

**Name and Address**
Linebarger Goggan Blair & Simpson
PO BOX 3064
Houston, TX 77225-3000

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.33 of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | Multiple Taxing Agencies |
|---|---|

**Name and Address**
Linebarger Goggan Blair & Simpson
PO BOX 3064
Houston, TX 77225-3000

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.11 of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | AD Valorem Tax |
|---|---|

**Name and Address**
National Bank by Mail
Mail Code OH1-0333
340 S. Cleveland Ave., Building 370
Westerville, OH 43081

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.22 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | |
|---|---|

**Name and Address**
Ownwell, Inc.
201 W 5th Street, Suite 1100
Austin, TX 78701-0060

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.55 of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | |
|---|---|

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 542,612.16 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 542,612.16 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 4,157,019.94 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 4,157,019.94 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | Linda Ezor Swarzman |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 1:23-bk-10270-VK |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| 2.2 Mercedes Benz Financial<br>36455 Corporate Drive<br>Lease Maturity Dept<br>Farmington, MI 48331 | Auto Lease<br>2020 Mercedes Benz CLS 350<br>Lease Extension (Monthly) |
| 2.3 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>Tenant-Sarah Diamond, Elmer Antonio Porcayo<br>Property-15534 Zabolio Drive unit 166, Houston, Tx 77598<br>1 year<br>2/1/2022-3/31/2023 Expired<br>Property owned by Redfish Property Holdings, LLC (Debtor has interest in Redfish Property Holdings, LLC) |
| 2.4 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Extension Agreement<br>Tenant-Daniel Alcantar<br>Property-lease at 16311 Clearcrest Dr<br>One year 12/1/2022-12/1/2023<br>Property owned by Redfish Property Holdings, LLC (Debtor has interest in Redfish Property Holdings, LLC) |
| 2.5 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 year Lease 1/30/2023-1/30/2024<br>Tenant-Mark Scott Odom, Jasmine Marie Yonge<br>Property 5119 Bayou Dr., Dickinson, Tx 77539 |
| 2.6 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 year Lease 2/15/2023-2/15/2024<br>Tenant-Erica Rena Ovalle<br>Property-2501 Gulf Freeway Unit 12 A, Dickinson, Tx 77539 |

| Debtor 1 | Linda Ezor Swarzman | | Case number *(if known)* | 1:23-bk-10270-VK |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.7 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 year Lease 12/1/2021-12/1/2022 (Month to Month)<br>Tenant-Iris Gaddis<br>Property-18511 Egret Bay Boulevard #107, Houston Tx, 77058 |
| 2.8 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 year Lease 3/19/2022-3/31/2023 (Month to Month)<br>Tenant-Elizabeth Patin<br>Property-215 W Wilkins St, League City, Tx 77573 |
| 2.9 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 year Lease 6/15/2022-7/31/2023<br>Tenant-Frank Smith, Mandee Richard<br>Property-2503 Afton Court, League City, Tx 77573 |
| 2.10 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 year Lease 4/1/2021-3/31/2023<br>Tenant-Jayne Doughty<br>Property-4011 E NASA Rd 1 Unit 401, El Laga, Tx 77586 |
| 2.11 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 year Lease 9/28/2021-9/30/2023<br>Tenant-Martha Gonzalez Tripician and Christian Tripician<br>Property-16014 Buccaneer Lane, Houston, TX 77062 |
| 2.12 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 year Lease 8/1/2022-7/31/2023<br>Tenant-Joshua A Cardosi, Jessica Cardosi<br>Property-3306 Sandpiper Dr., Baytown,, TX 77521 |
| 2.13 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 Year Lease<br>3/11/2023-3/31/2024<br>Tenant- Jon Gregory Reyna and Courtney Brook Reyna<br>Property- 954 Neptune Lane<br>Houston, TX 77062 |
| 2.14 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 Year Lease<br>3/20/2023-3/30/20234<br>Tenant-Ed Roth and Tara Roth<br>Property- 7406 Echo Pines<br>Humble, TX 77346 |
| 2.15 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 Year Lease<br>3/15/2023-3/15/2024<br>Tenant-George Chenwi, Agnes Effundem<br>Property-10306 Mist Ln., Houston, Tx 77070 |

Debtor 1    Linda Ezor Swarzman                                    Case number (if known)    1:23-bk-10270-VK

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.16 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 Year Lease<br>4/1/2023-4/30/2024<br>Tenant-Ian Matthew Fitzgerald, Nicholas Brian Jones<br>Property-4616 Neches Trail Lane, Spring, TX 77388 |
| 2.17 Redfish Properties LLC<br>PO BOX 590043<br>Houston, TX 77259 | Residential Lease Agreement<br>1 Year Lease<br>4/1/2023-3/31/2024<br>Tenant-Dave Harper<br>Property-2417 Pecan St, Dickinson, Tx 77539 |
| 2.18 Toyota Motor Credit Corporation<br>2 Executive Circle<br>Suite 100<br>Irvine, CA 92614 | Auto Lease<br>2021 Mazda CX-5 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Linda Ezor Swarzman |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 1:23-bk-10270-VK |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?   California   . Fill in the name and current address of that person.

        Judd Swarzman
        4460 Libbit Ave
        Encino, CA 91436
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   Judd Swarzman<br>      4460 Libbit Ave<br>      Encino, CA 91436 | ■ Schedule D, line   2.21<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Logix Federal Credit Union |
| 3.2   Judd Swarzman<br><br>      Property is titled in Mr. Swarzman's name and loan is in his name | ■ Schedule D, line   2.3<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Caliber Home Loans |

| Debtor 1 | Linda Ezor Swarzman | Case number *(if known)* | 1:23-bk-10270-VK |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3  Redfish Properties LLC<br>Costa Mesa, CA | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>April Fox Morris |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Linda Ezor Swarzman |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | 1:23-bk-10270-VK |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:        Describe Employment

1. **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | **Occupation** | Self - Employed | Self-Employed |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | Self-Empoyed | Self-Employed |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | Sole Propietorship - XLNT [Auto Broker]<br>and Real Estate Business | Sole Propietorship - Group Health and Life Insurance |
| | **How long employed there?** | 10 years | 63 years |

## Part 2:        Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $        0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $        0.00 | $        0.00 |

| Debtor 1 | Linda Ezor Swarzman | Case number (*if known*) | 1:23-bk-10270-VK |
|---|---|---|---|

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 700.00 | $ 2,708.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 82.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 1,236.00 | $ 2,788.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,936.00 | $ 5,578.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,936.00 + $ 5,578.00 = $ 7,514.00 | |

**11.** **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    Estimated Withdrawals from Judd Swarzman Retirement Account                      11. + $ 13,000.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
                                                                                                                                            12. $ 20,514.00

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Linda Ezor Swarzman |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | 1:23-bk-10270-VK |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.    ☐ Yes.    Fill out this information for each dependent..............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☐ No    ■ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 11,202.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 1,100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | Linda Ezor Swarzman | | Case number (if known) | 1:23-bk-10270-VK |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.   Electricity, heat, natural gas | 6a. | $ | 800.00 |
| | 6b.   Water, sewer, garbage collection | 6b. | $ | 500.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 566.00 |
| | 6d.   Other. Specify:   Housekeeping | 6d. | $ | 500.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 1,800.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 300.00 |
| 10. | **Personal care products and services** | 10. | $ | 300.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | 12. | $ | 500.00 |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 500.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.   Life insurance | 15a. | $ | 200.00 |
| | 15b.   Health insurance | 15b. | $ | 48.00 |
| | 15c.   Vehicle insurance | 15c. | $ | 618.00 |
| | 15d.   Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | $ | 342.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. | $ | 775.00 |
| | 17c.   Other. Specify: | 17c. | $ | 0.00 |
| | 17d.   Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | 19. | $ | 0.00 |
| | Specify: | | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a.   Mortgages on other property | 20a. | $ | 0.00 |
| | 20b.   Real estate taxes | 20b. | $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 20,351.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 20,351.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 20,514.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 20,351.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 163.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here: The Debtor and her professionals are  still in the process of determining the income and expenses related to the Debtor's real estate business and the Debtor will file an amended Schedule I and J when she has completed that process.

The Debtor's non-debtor spouse makes withdrawals from his retirement accounts as needed to cover expenses.

**Fill in this information to identify your case:**

Debtor 1   Linda Ezor Swarzman
           First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number   1:23-bk-10270-VK
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X *Linda Swarzman*                          X _____
Linda Ezor Swarzman                         Signature of Debtor 2
Signature of Debtor 1

Date   April 10, 2023                        Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Linda Ezor Swarzman |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 1:23-bk-10270-VK |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $82,500.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | Linda Ezor Swarzman | Case number *(if known)* | 1:23-bk-10270-VK |
|---|---|---|---|

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2022 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $1,005,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $709,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Social Security 2023 | $3,700.00 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2022 )** | Social Security 2022 | $14,800.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2021 )** | Social Security 2021 | $13,000.00 | | |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

| Debtor 1 | Linda Ezor Swarzman | | | Case number *(if known)* | 1:23-bk-10270-VK |
|---|---|---|---|---|---|

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Chase - Cardmember Services<br>PO Box 6294<br>Carol Stream, IL 60197 | Dates 1/10/2023, 12/12/2022, 12/8/2022<br>Cards Ending 9870, 1349, 6577 (Redfish), 9282, 7346, 1767, 9870 and 2126<br>See Attachment Chart | $147,861.99 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| FCI Lender Services Inc.<br>8180 E. Kaiser Blvd<br>Anaheim, CA 92808 | 12/5/2022-1/11/2023<br>Payments Made for Various Properties<br>See Attachment Chart | $186,537.01 | $0.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Logix Federal Credit Union<br>27918 Franklin Parkway<br>Valencia, CA 91355 | 1/13/2023<br>Loan 1486403965 and Loan 1473910667<br>Libbit and Wish Ave Properties | $15,342.31 | $0.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| MasterCard<br>C/O Capital Management Services,LP<br>726 Exchange Street Suite 700<br>Buffalo, NY 14210 | 12/9/2022-3/3/2023 | $73,856.55 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Renovo Financial<br>222 W. Adams Street<br>Chicago, IL 60606 | 12/1/2022-1/3/2023 | $95,832.02 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| A Honey Roofing Company | 12/8/2022 | $8,399.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other___ |
| Andy Adleman<br>16626 Seawolf Dr.<br>Houston, TX 77062 | Zelle Payments<br>2/6/2023-2/27/2023 | $21,504.33 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other___ |

Debtor 1    Linda Ezor Swarzman                                   Case number (if known)    1:23-bk-10270-VK

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Paypal Credit<br>PO Box 960006<br>Orlando, FL 32896-0006 | 2/8/2023 | $17,500.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other___ |
| Ron Larson fka Swarzman<br>15914 Heatherdale Dr.<br>Houston, TX 77059 | 12/7/2022-2/14/2023<br>Zelle Payments | $27,400.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other_Son_ |
| Wells Fargo Bank<br>Post Office Box 5247<br>Denver, CO 80274 | 12/9/2022 and<br>2/22/2023 | $5,142.88 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐   No
■   Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Ron Larson fka Swarzman<br>15914 Heatherdale Drive<br>Houston, TX 77059 | Multiple dates during the two years prior to the petition date | $175,925.00 | Unknown | Mr. Larson is the Debtor's son and was paid a total of approximately $175,925 for work done related to consulting as the Debtor's real estate business. |

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐   No
■   Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Ron Larson fka Swarzman<br>15914 Heatherdale Dr.<br>Houston, TX 77059 | $2,035.81 a month on the mortgage | $24,432.00 | $0.00 | Payments made from 3/11/2022 to the petition date to Caliber Home Loans for the mortgage on 15914 Heatherdale Dr.,Houston, Tx property where Mr. Larsonlives. |

| Debtor 1 | Linda Ezor Swarzman | Case number (if known) | 1:23-bk-10270-VK |
|---|---|---|---|

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

■ No
☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Toorak Capital Partners, LLC<br>c/o Adam C. Rayford<br>Polsinelli<br>2950 N. Harward Street, Suite 2100<br>Dallas, TX 75201 | 222 Jettyview Road<br>Surfside Beach, CA 77541<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2/7/2023 | $225,000.00 |
| Toorak Capital Partners, LLC<br>c/o Adam C. Rayford<br>Polsinelli<br>2950 N. Harward Street, Suite 2100<br>Dallas, TX 75201 | 705 Inwood Dr.<br>Baytown, TX 77521<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2/7/2023 | $190,000.00 |
| Toorak Capital Partners, LLC<br>c/o Adam C. Rayford<br>Polsinelli<br>2950 N. Harward Street, Suite 2100<br>Dallas, TX 75201 | 210 Park Street<br>Baytown, TX 77520<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2/7/2023 | $150,000.00 |
| Toorak Capital Partners, LLC<br>c/o Adam C. Rayford<br>Polsinelli<br>2950 N. Harward Street, Suite 2100<br>Dallas, TX 75201 | 230 Kansas Street<br>Bacliff, TX 77518<br><br>☐ Property was repossessed.<br>■ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2/7/2023 | $215,000.00 |

Debtor 1    Linda Ezor Swarzman                                                    Case number (*if known*)    1:23-bk-10270-VK

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | **Explain what happened** | | |
| Toorak Capital Partners, LLC c/o Adam C. Rayford Polsinelli 2950 N. Harward Street, Suite 2100 Dallas, TX 75201 | 3306 Sandpiper Dr. Baytown, TX 77521  ☐ Property was repossessed. ■ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | 2/7/2023 | $175,000.00 |
| Toorak Capital Partners, LLC c/o Adam C. Rayford Polsinelli 2950 N. Harward Street, Suite 2100 Dallas, TX 75201 | 3814 Tradewinds Dr. Galveston, TX 77554  ☐ Property was repossessed. ■ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | 2/7/2023 | $575,000.00 |
| Toorak Capital Partners, LLC c/o Adam C. Rayford Polsinelli 2950 N. Harward Street, Suite 2100 Dallas, TX 75201 | 7935 Breda Dr. Baytown, TX 77521  ☐ Property was repossessed. ■ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | 2/7/2023 | $185,000.00 |
| Churchhill I Funding LLC/Riverbend c/o Eric S. Pezold Snell & Wilmer 600 Anton Blvd., Suite 1400 Costa Mesa, CA 92626-7689 | 16387 Havenpark Dr, Houton, TX 77059, 1714 25th St, Galveston, TX 77554, 1788 Redfish Lane, Crystal Beach, TX 77650, 16014 Buccaneer Lane, Houston, TX 77062, 1206 Montana St, La Porte, TX 77571, 803&807 W. 6th St, Freeport, TX 77541, 711 Meadowglen Dr, Baytown, TX 77521, 3801 6th St, Galveston, TX77554, 22102 Kennedy Dr, Galveston, TX 77554, 213 6th, San Leon, TX 77539 and 23170 Gulf Dr, Galveston, TX 7554 All-Notice of Defaults & Demand for Payments Under Loan  ☐ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | 1/6/2023 Notice of Defaults & Demands | $3,807,900.14 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

| Debtor 1 | Linda Ezor Swarzman | | Case number *(if known)* | 1:23-bk-10270-VK |

---

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Debra Swarzman<br>1391 Evergreen Lane<br>Ashland, OR 97520<br><br>Person's relationship to you: Daughter | Medical Bill 3/9/2021 ($535.63)<br>Auto Insurance 7/2021-8/1/2022 ($3,977.53)<br>Grandaughter's School Tuition 12/14/2021 and 11/30/2022 ($5,500.00) | 3/9/2021,<br>12/14/2021,<br>11/30/2022 | $10,013.16 |
| Ron Larson pka Swarzman<br>15914 Heatherdale Dr.<br>Houston, TX 77059<br><br>Person's relationship to you: Son | Health Insurance 3/1/2021-2/1/2023<br>Residential Mortgage 3/11/2021-2/10/2023<br><br>[Payments on the Mortgage are also include on Question 8 of the SOFA] - $24,432 | 2/1/2023,<br>2/10/2023 | $69,125.06 |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Soraya Performing Arts Center<br>CSUN<br>18111 Nordhoff Street<br>Northridge, CA 91330 | Charitable Contribution | 8/10/2022 | $2,500.00 |

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    Linda Ezor Swarzman                                    Case number *(if known)*    1:23-bk-10270-VK

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| BG Law LLP<br>21650 Oxnard Boulevard, Suite 500<br>Woodland Hills, CA 91367<br>bg.law<br>Debtor | Retainer | February and March 2023 | $85,000.00 |
| Marguiles Faith LLP<br>16030 Ventura Boulevard, Suite 470<br>Encino, CA 91436<br>Debtor | Retainer.  Unused portion of retainer was refunded to the Debtor. | 1/25/2023 | $20,000.00 |
| LEA Accountancy LLP<br>1130 S. Flower Street Suite 312<br>Los Angeles, CA 90015<br>Debtor's Spouse-Judd Swarzman | Retainer | March 8 2023 [Payment made post-petition and included in application to employ LEA Accountancy ... Listed here for disclosure purposes only] | $30,000.00 |

17.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18.  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 8007 Breda Dr.<br>Baytown, TX 77521<br>Sale Price $244,000<br>Date: 3/21/2022 | Sale price of $244,000, mortgage paid, and Debtor loaned Christian Gischel $45,100 from the sale proceeds. | 3/21/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 10618 Brentway Dr<br>Houston, TX 77070<br>Sale Price $286,000 | Sale price of $286,000, mortgage paid, and Debtor loaned Christian Gischel $38,809.29 from the sale proceeds. | 3/22/2022 |

Debtor 1    Linda Ezor Swarzman _____    Case number *(if known)*    1:23-bk-10270-VK

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 17603 Butte Creek Rd<br>Houston, TX 77090<br>Sales Price $249,800 | Sale price of $249,800, mortgage paid, and Debtor loaned Christian Gischel $30,197 from the sale proceeds. | 3/3/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 1506 Castlerock Dr<br>Houston, TX 77090<br>Sales Price $280,000 | Sale price of $280,000, mortgage paid, and Debtor loaned Christian Gischel $29,309.83 from the sale proceeds. | 3/9/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 2045 Hickory Dr<br>Missouri City, TX 77489<br>Sales Price $185,000 | Sale price of $185,000, mortgage paid, and Debtor loaned Christian Gischel $20,775.32 from the sale proceeds. | 3/18/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 14326 Little Willow Walk<br>Houston, TX 77062<br>Sales Price $263,000 | Sale price of $263,000, mortgage paid, and Debtor loaned Christian Gischel $26,386.73 from the sale proceeds. | 6/21/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 705 Littlewood Street<br>Baytown, TX 77521<br>Sales Price $195,000 | Sale price of $195,000, mortgage paid, and Debtor loaned Christian Gischel $20,169.15 from the sale proceeds. | 7/8/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 3815 Plum Hollow<br>Houston, TX 77059<br>Sales Price $365,000 | Sale price of $365,000, mortgage paid, and Debtor loaned Christian Gischel $37,453.35 from the sale proceeds. | 5/13/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 5843 Thrush Dr<br>Houston, TX 77033<br>Sales Price $182,000 | Sale price of $182,000, mortgage paid, and Debtor loaned Christian Gischel $21,538.54 from the sale proceeds. | 3/7/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 11455 W Travelers Way Circle<br>Houston, TX 77065<br>Sales Price $258,000 | Sale price of $258,000, mortgage paid, and Debtor loaned Christian Gischel $49,800 from the sale proceeds. | 3/22/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 5222 Lynngate Dr<br>Spring, TX 77373<br>Sales Price $205,000 | Sale price of $205,000, mortgage paid, and Debtor loaned Christian Gischel $22,816  from the sale proceeds. | 5/23/2022 |

Debtor 1    Linda Ezor Swarzman                                                    Case number *(if known)*    1:23-bk-10270-VK

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 3411 Oleander Ave<br>Texas City, TX 77590<br>Sales Price $215,000 | Sale price of $215,000, mortgage paid, and Debtor loaned Christian Gischel $21,812.82 from the sale proceeds. | 5/24/2022 |
| Christian Gischel<br>3702 Glenmeade Dr.<br>Houston, TX 77059<br><br>Step-Grandson | 1238 Stone Branch<br>New Braunfels, TX 78130<br>Sales Price $282,000 | Sale price of $282,000, mortgage paid, and Debtor loaned Christian Gischel approximately $30,304.81 from the sale proceeds. | 4/12/2022 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 1007 N Avenue<br>Texas City, TX 77590<br>$250,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 2626 N Avenue<br>Texas City, TX 77590<br>$150,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 8007 Aspen Court<br>Baytown, TX 77523<br>$275,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 1516 Bay Blvd A4<br>Houston, TX 77059<br>$105,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 16311 Clearcrest Drive<br>Houston, TX 77059<br>$350,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 519 Defee Avenue<br>Baytown, TX 77520<br>$`155,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 2808 Heatherwood Drive<br>Baytown, TX 77521<br>$200,000 | | 8/2/2021 |

Debtor 1    Linda Ezor Swarzman                                                          Case number (*if known*)    1:23-bk-10270-VK

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 215 Highland Terrace<br>League City, TX 77573<br>$255,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 12809 John Reynolds Circle<br>Galveston, TX 77554<br>$850,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 1310 Marby Mill Road<br>Houston, TX 77062<br>$225,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 7426 Meadowlark Lane<br>Texas City, TX 77598<br>$160,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 1403 Olive Street<br>Baytown, TX 77520<br>$170,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 1760 Redfish Lane<br>Crystal Beach, TX 77560<br>$680,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 3206 Riverlawn Drive<br>Kingwood, TX 77339<br>$350,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 10201 Schaper Road<br>Galveston, TX 77554<br>$250,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 5011 Shady Oaks Lane<br>Friendswood, TX 77546<br>$240,000 | | 8/2/2021 |

Debtor 1   Linda Ezor Swarzman                                              Case number *(if known)*   1:23-bk-10270-VK

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 1107 Union Valley Drive<br>Pearland, TX 77581<br>$275,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 15534  Zabolio Drive 166<br>Webster, TX 77598<br>$125,000 | | 8/2/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor %100 Interest Holder | 21315 & 21316 Gulf Dr<br>Galveston, TX 77554<br>$750,000 | | 9/22/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 2118 N 21st Avenue<br>Texas City, TX 77590<br>$190,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 2118 N 21st Avenue<br>Texas City, TX 77590<br>$190,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 802 N Avenue<br>Texas City, TX 77590<br>$145,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 16315 Brookvilla<br>Houston, TX 77059<br>$300,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 2802 Custer Drive<br>League City, TX 77573<br>$215,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 2919 Forest Hills Drive<br>League City, TX 77573<br>$265,000 | | 10/29/2021 |

Debtor 1    Linda Ezor Swarzman                                                                Case number (*if known*)    1:23-bk-10270-VK

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 23426 Harpergrate Dr<br>Spring, TX 77373<br>$205,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 401 Long Drive<br>Baytown, TX 77521<br>$125,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 16839 Markridge Drive<br>Spring, TX 77373<br>$235,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 1914 Roanwood Drive<br>Houston, TX 77090<br>$300,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 2616 Tarpon Drive<br>Texas City, TX 77591<br>$195,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 15534  Zabolio Drive 128<br>Webster, TX 77598<br>$125,000 | | 10/29/2021 |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059<br><br>Debtor 100% Interest Holder | 4415 Sloangate Drive<br>Spring, TX 77373<br>$175,000 | | 10/29/2021 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☐ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| Judd and Linda Swarzman Family Trust Dated June 26, 2015 | Property<br>4460 Libbit Ave<br>Encino, CA 91436<br>$4,000,000.00 | June 26, 2015 |
| Judd and Linda Swarzman Family Trust Dated June 26, 2015 | Property<br>5944 Wish Ave<br>Encino, CA 91316<br>$1,100,000.00 | June 26, 2015 |

| Debtor 1 | Linda Ezor Swarzman | | Case number *(if known)* | 1:23-bk-10270-VK |

---

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

| Debtor 1 | Linda Ezor Swarzman | | Case number *(if known)* | 1:23-bk-10270-VK |

**25.  Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| XLNT<br>4460 Libbit Ave<br>Encino, CA 91436 | Auto Brokerage-Sole Proprietorship | EIN:<br><br>**From-To**  _____ to Present |
| Redfish Properties LLC<br>4460 Libbit Ave<br>Encino, CA 91436 | Real Estate-Rental<br>Properties/Remodel | EIN:<br><br>**From-To**  11/11/2020 to Present |
| Redfish Property Holdings LLC<br>15914 Heatherdale Dr<br>Houston, TX 77059 | Real Estate Holdings | EIN:<br><br>**From-To**  6/30/2021 to Present |
| Redfish Property Holdings II, LLC<br>4460 Libbit Ave<br>Encino, CA 91436 | Real Estate Holdings | EIN:<br><br>**From-To**  8/23/2021 to Present |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Debtor 1    Linda Ezor Swarzman                                Case number (*if known*)    1:23-bk-10270-VK

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Linda Swarzman_ _____           _____
Linda Ezor Swarzman                            **Signature of Debtor 2**
**Signature of Debtor 1**

Date    April 10, 2023 _____            Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).