# UNITED STATES BANKRUPTCY COURT

Central DISTRICT OF California

San Fernando Valley

In Re. Linda Ezor Swarzman § Case No. 23-10270
§
_____ §
Debtor(s) §
☐ Jointly Administered

## Monthly Operating Report                                                                 Chapter 11

Reporting Period Ended: 03/31/2023                    Petition Date: 03/06/2023

Months Pending: 1                                     Industry Classification: 5 3 1 3

Reporting Method:          Accrual Basis ☐      Cash Basis ☒

Debtor's Full-Time Employees (current):                0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Linda Ezor Swarzman  *Linda Ezor Swarzman*           Linda Ezor Swarzman
Signature of Responsible Party                           Printed Name of Responsible Party

04/21/2023
Date
                                                         4460 Libbit Ave, Encino, CA 91436
                                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                            1

Debtor's Name Linda Ezor Swarzman                                                                     Case No. 23-10270

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $11,420 |
| c. | Gross income from all other sources | $3,733 |
| d. | Total income in the reporting period (a+b+c) | $15,153 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $4,349 |
| g. | Living expenses | $490 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $4,839 |
| j. | Difference between total income and total expenses (d-i) | $10,314 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Linda Ezor Swarzman    *Linda Ezor Swarzman*              Linda Ezor Swarzman
Signature of Responsible Party                                 Printed Name of Responsible Party

Individual                                                     04/21/2023
Title                                                          Date

UST Form 11-MOR (12/01/2021)                    9