**Bankruptcy Estate of Linda E Swarzman**
**Case No: 1:23-bk-10270**

**DIP Accounts- Reconciliation**
**March 06, 2023 to March 31, 2023**

| Chase 7792-Property Operating Account | | Chase 8567- Rental Income Account | | Wells Fargo 3872- XLNT | | Wells Fargo 9428 Linda Swarzman Personal | |
|---|---|---|---|---|---|---|---|
| Beginning Balance | 130.97 | Beginning Balance- 03/06 | 34.73 | Beginning Balance | 9,397.12 | Beginning Balance | 6,688.21 |
| | | | | | | | |
| Deposit Judd* | 30,000.00 | Transfer in**** | 155.55 | Income | 22.87 | | |
| Deposit Judd* | 17,000.00 | Interest | 0.05 | Income | 1,500.00 | | |
| Deposit Judd* | 20,000.00 | | | Income | 500.00 | | |
| Transfer In #7338** | 61.85 | | | | | | |
| Interest | 0.03 | | | | | | |
| | | | | | | | |
| Insurance | (28,078.54) | Withdrawal | (34.78) | Withdrawal | (1,200.00) | Meals | (27.10) |
| City Municipality | (241.25) | | | Withdrawal | (2,920.00) | | |
| Subcontractors | (4,608.00) | | | AT & T | (143.39) | | |
| Bookkeeping | (2,538.75) | | | | | | |
| Utilities | (958.92) | | | | | | |
| Supplies | (1,400.00) | | | | | | |
| Transfer Out #0920*** | (6,055.56) | Service Fee | (35.00) | | | | |
| | | | | | | | |
| Ending Balance | 23,311.83 | Ending Balance | 120.55 | Ending Balance | 7,156.60 | Ending Balance | 6,661.11 |
| | | | | | | | |
| Receipts Net of transfers | 67,000.03 | Receipts Net of transfers | 0.05 | Receipts Net of transfers | 2,000.00 | Receipts Net of transfers | - |
| Disbursements Net of transfers | (37,825.46) | Disbursements Net of transfers | (69.78) | Disbursements Net of transfers | (4,263.39) | Disbursements Net of transfers | (27.10) |

Chase 7792
*Deposit Judd - These deposits were made by the Debtor's non-debtor spouse, Judd Swarzman, from his personal retirement accounts (not estate property) and were a gift to the Debtor to pay necessary and urgent pre-petition and post-petition expenses including insurance premiums, etc. as the Debtor does not yet have consent or court authority to use cash collateral (i.e., rent from her various rentals).
**(Transfer in #7388- funds from pre-petition closed operating account

***Transfer out #9020- The Debtor accidentally paid a contractor who did work on her properties from the bank acunt of Redfish Properties Holdings, LLC (an LLC owned by her 100%).  Once she realized what she had done, she reimbursed Holdings' bank account.

Chase 8567
****"Transfer in" is a deposit from the closure of one of the Debtor's personal accounts.  This account is where rental income will be transferred and remain until the Debtor obtains consent or a court order for cash collateral use

**Bankruptcy Estate of Linda E Swarzman**
**Case No: 1:23-bk-10270**

**March 2023 Cash Flow**

| | | |
|---|---:|---:|
| **Income- Business** | | |
| Rent Long Term | | 22,533 |
| Rent Holdings | | 40,262 |
| Rent Short Term | | 23,471 |
| Sales | | 77,807 |
| Gross Income | | 164,072 |
| **Expenses- Business** | | |
| Bank Service Charges | | 35 |
| Bookkeeping Services | | 2,539 |
| Distibution to Holdings | | 94,296 |
| Insurance | | 55,823 |
| Supplies | | 1,400 |
| Subcontractor Labor | | 4,608 |
| Utilities/Municipality- Rentals | | 1,200 |
| Total Expenses | | 159,901 |
| **Net Proft/(Loss)** | | **4,171.17** |
| | | |
| **Income- Personal** | | |
| Misc- Other | | 1,088 |
| Social Security / Other | | 2,645 |
| Self Employment- XLNT/Directline | | 11,420 |
| Gross Income | | 15,153 |
| **Expenses- Personal** | | |
| Self-Employment Expenses | | 4,349 |
| Living Expenses | | 490 |
| Total Expenses | | 4,839 |
| **Personal Net Proft/(Loss)** | | **10,314.30** |
| | | |
| **Other** | | |
| Contributions- Judd | | **78,000** |
| Reimbursement to Judd | | **(55,000)** |
| Security Deposits | | **4,200** |
| | | |
| **Net Cash Flow** | | **41,685.47** |

\* this includes all activity for the month of March

**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2023 through March 31, 2023

Account Number:  7792

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00166993 DRE 703 143 09123 NNNNNNNNNNN T 1 000000000 69 0000
LINDA E SWARZMAN
DEBTOR IN POSSESSION CASE 23-10270
REDFISH ACCOUNT
4460 LIBBIT AVE
ENCINO CA 91436-3254



## Good news — we've eliminated two fees

We're no longer charging the:

- **Deposited Item Returned or Cashed Check Returned Fee** — This was a $12 fee we charged if an item you deposited or cashed was returned unpaid. We stopped charging this fee as of **December 1, 2022**.

- **Savings Withdrawal Limit Fee** — This was a $5 fee we charged for each withdrawal or transfer (over six) out of a Chase savings account in a monthly statement period, maximum of three fees per monthly statement period. We stopped charging this fee as of **March 19, 2023**.

We're also changing the name **Insufficient Funds Fee** to **Overdraft Fee**. There are no changes to how and when we charge this fee or the ways to avoid this fee.

As we update and remove references to these three fees, you may continue to see them listed in the Chase Mobile® app[1], on chase.com and in other materials.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY
Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $130.97 |
| Deposits and Additions | 67,061.88 |
| Electronic Withdrawals | -43,881.02 |
| **Ending Balance** | $23,311.83 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.03 |

Interest paid in 2022 for account 000003876827792 was $0.22.

Page 1 of 2

# CHASE PRIVATE CLIENT

March 01, 2023 through March 31, 2023

Account Number: ############7792

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | Beginning Balance | | $130.97 |
| 03/15 | Transfer From Chk Xxxxx7338 | 61.85 | 192.82 |
| 03/21 | Deposit    2049930308 | 30,000.00 | 30,192.82 |
| 03/22 | 03/22 Online Domestic Wire Transfer Via: B1Bank/065405420 A/C: Mccorkle Insurance Agency Webster TX 77598 US Ref: January Insurance Premiums For Linda Swarzman - Redfish Properties LLC/Bnf/For Mccorkle Insurance Agency Aba/113025260 B1Bank 1800 Nasa Pk W Y Houston TX 770583502 US Imad: 0322B1Qgc07C004226 Trn: 3098263081Es | -28,078.54 | 2,114.28 |
| 03/24 | Bacliff Mudt    Echk045274         PPD ID: T741509611 | -241.25 | 1,873.03 |
| 03/27 | Deposit    2045470286 | 17,000.00 | 18,873.03 |
| 03/27 | Zelle Payment To Rob Wager 16918157134 | -800.00 | 18,073.03 |
| 03/27 | Zelle Payment To Yorbin Foundation 16918162828 | -850.00 | 17,223.03 |
| 03/27 | Zelle Payment To Randy Hlavaty Jpm999Uhvx20 | -800.00 | 16,423.03 |
| 03/27 | Zelle Payment To Saul Garcia Jpm999Uhvy5K | -850.00 | 15,573.03 |
| 03/27 | Zelle Payment To Carlos Barbosa Jpm999Ui5Fy8 | -968.00 | 14,605.03 |
| 03/27 | 03/27 Online Transfer To Chk ...0920 Transaction#: 16926671169 | -6,055.56 | 8,549.47 |
| 03/27 | Txu Energy     Txu_ACH2   900054051318     CTX ID: 1001020329 | -643.56 | 7,905.91 |
| 03/27 | Txu Energy     Txu_ACH2   900044728588     CTX ID: 1001020329 | -315.36 | 7,590.55 |
| 03/30 | Deposit    2045470287 | 20,000.00 | 27,590.55 |
| 03/30 | Zelle Payment To Saul Garcia Jpm999Unopzz | -340.00 | 27,250.55 |
| 03/30 | Zelle Payment To Victor Garcia Granite Jpm999Unst9K | -1,400.00 | 25,850.55 |
| 03/30 | Zelle Payment To Lisa Tepper 16953824370 | -2,538.75 | 23,311.80 |
| 03/31 | Interest Payment | 0.03 | 23,311.83 |
| | Ending Balance | | $23,311.83 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2023 through March 31, 2023
Account Number: ████████8567

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00014570 DRE 703 142 09123 NNNNNNNNNNN T 1 000000000 60 0000
LINDA E SWARZMAN
DEBTOR IN POSSESSION CASE 23-10270
4460 LIBBIT AVE
ENCINO CA 91436-3254

## Good news — we've eliminated two fees

We're no longer charging the:

- **Deposited Item Returned or Cashed Check Returned Fee** — This was a $12 fee we charged if an item you deposited or cashed was returned unpaid. We stopped charging this fee as of **December 1, 2022**.

- **Savings Withdrawal Limit Fee** — This was a $5 fee we charged for each withdrawal or transfer (over six) out of a Chase savings account in a monthly statement period, maximum of three fees per monthly statement period. We stopped charging this fee as of **March 19, 2023**.

We're also changing the name **Insufficient Funds Fee** to **Overdraft Fee**. There are no changes to how and when we charge this fee or the ways to avoid this fee.

As we update and remove references to these three fees, you may continue to see them listed in the Chase Mobile® app[1], on chase.com and in other materials.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

## CHECKING SUMMARY    Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $227.97 |
| Deposits and Additions | 77,962.36 |
| Electronic Withdrawals | -23,000.00 |
| Other Withdrawals | -55,034.78 |
| Fees | -35.00 |
| **Ending Balance** | **$120.55** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.05 |
| Interest Paid Year-to-Date | $0.37 |

Interest paid in 2022 for account 000000655298567 was $2.80.

Page 1 of 2

**CHASE PRIVATE CLIENT**

March 01, 2023 through March 31, 2023

Account Number: ████████8567

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | Beginning Balance | | $227.97 |
| 03/01 | Fedwire Credit Via: First American Trust, Fsb/122241255 B/O: First American Title Insurance Comp77077 Ref: Chase Nyc/Ctr/Bnf=Linda E Swarzman OR Judd Swarzman Encino CA 91436-32 54 US/Ac-000000006552 Rfb=O/B Fst A M Tr CO Obi=Proceeds 16387 Havenpar K DR. Fatco - Vanessa - 281-488-060 7 Bbi=/Bnf/Begin,269 Imad: 0301L1B78J1C002777 Trn: 0914620060Ff | 77,806.76 | 78,034.73 |
| 03/02 | 03/02 Withdrawal | -55,000.00 | 23,034.73 |
| 03/06 | 03/06 Online Transfer To Chk ...1656 Transaction#: 16755406002 | -23,000.00 | 34.73 |
| 03/07 | Interest Payment | 0.05 | 34.78 |
| 03/07 | 03/07 Withdrawal | -34.78 | 0.00 |
| 03/13 | Deposit    2049930051 | 155.55 | 155.55 |
| 03/31 | Monthly Service Fee | -35.00 | 120.55 |
| | Ending Balance | | $120.55 |

Did you know you can waive your Chase Private Client Checking Monthly Service Fee by keeping an average daily balance of at least $150,000 in qualifying linked deposits and investments? During this statement period, your combined average daily balance was $5,588.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC


# WELLS FARGO

**XLNT DIP**
Account
...3872
Routing numbers

$~~7,956.00~~
Available balance

## Activity Summary

| | |
|---|---|
| Ending collected balance as of 04/20/23 | ~~$7,956.00~~ |
| Current posted balance | ~~$~~ |
| Pending withdrawals/debits | $0.00 |
| Pending deposits/credits | $0.00 |
| Available balance | ~~$~~ |

## Monthly Service Fee Summary

Routing numbers

## Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Pending Transactions** | | | | |
| No pending transactions to view. | | | | |
| **Posted Transactions** | | | | |
| 04/06/23 | DEPOSIT MADE IN A BRANCH/STORE #201836255 View Details | ~~$~~ | | ~~$~~ |
| 03/30/23 | RECURRING PAYMENT AUTHORIZED ON 03/29 ATT*BILL PAYMENT 800-288-2020 TX S303088453216210 CARD 1128 | | $143.39 | $7,156.60 |
| **Totals** | | **$12,219.99** | **$4,263.39** | |

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 03/28/23 | WITHDRAWAL MADE IN A BRANCH/STORE | | $2,920.00 | $7,299.99 |
| 03/28/23 | eDeposit in Branch/Store 03/28/23 03:06:48 PM 17232 VENTURA BLVD ENCINO CA [View Details] | $500.00 | | |
| 03/23/23 | WITHDRAWAL MADE IN A BRANCH/STORE | | $1,200.00 | $9,719.99 |
| 03/23/23 | DEPOSIT MADE IN A BRANCH/STORE #202343272 [View Details] | $1,500.00 | | |
| 03/16/23 | DEPOSIT MADE IN A BRANCH/STORE #932448937 [View Details] | $22.87 | | $9,419.99 |
| 03/13/23 | DEPOSIT MADE IN A BRANCH/STORE #126164339 [View Details] | $9,397.12 | | $9,397.12 |
| **Totals** | | **$12,219.99** | **$4,263.39** | |

Back to top

First
Previous
Next

*Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

🏠 Equal Housing Lender



# Wells Fargo Everyday Checking

March 31, 2023 ■ Page 1 of 5

LINDA SWARZMAN
DEBTOR IN POSSESSION
CHAPTER 11 CASE #23-10270 (CCA)
ENCINO CA 91436-3254

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
        P.O. Box 6995
        Portland, OR  97228-6995

## You and Wells Fargo

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Account number: ████9428

**LINDA SWARZMAN**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 3/16 | $0.00 |
| Deposits/Additions | 6,688.21 |
| Withdrawals/Subtractions | - 27.10 |
| **Ending balance on 3/31** | **$6,661.11** |

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

Case 1:23-bk-10270-VK   Doc 64-2   Filed 04/21/23   Entered 04/21/23 15:03:20   Desc
Exhibit Attachments and Bank Statements   Page 10 of 10

March 31, 2023 ■ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/16 | | Edeposit IN Branch/Store 03/16/23 01:50:52 Pm 15760 Ventura Blvd Encino CA | 6,688.21 | | 6,688.21 |
| 3/20 | | Purchase authorized on 03/17 Poquito Mas Encin Encino CA S463076753623208 Card 9978 | | 27.10 | 6,661.11 |
| **Ending balance on 3/31** | | | | | **6,661.11** |
| **Totals** | | | **$6,688.21** | **$27.10** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/16/2023 - 03/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $6,661.11 ✓ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

IMPORTANT ACCOUNT INFORMATION:

Effective with the fee periods beginning on or after April 24, 2023, the option to avoid the monthly service fee using "qualifying direct deposit" will be enhanced to "qualifying electronic deposit".

Qualifying Electronic Deposit: A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.



IMPORTANT ACCOUNT INFORMATION

Important information regarding upcoming changes to the Campus Card benefits linked to an Everyday Checking account.