DAVID SEROR – Bar No. 67488
SUSAN K. SEFLIN – Bar No. 213865
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:       dseror@bg.law
               sseflin@bg.law
               jwellington@bg.law

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

FILED & ENTERED

APR 27 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:23-bk-10270-VK |
| Linda Ezor Swarzman, | Chapter 11 |
| Debtor. | **ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY BG LAW LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE AS OF MARCH 6, 2023 PURSUANT TO 11 U.S.C. §§ 327(a) AND 330** |
| | [No hearing required] |

The Court, having considered the *Application to Employ BG Law LLP as General Bankruptcy Counsel Effective as of March 6, 2023 Pursuant to 11 U.S.C. §§ 327(a) and 330* [Doc. No. 49] (the "Application") filed by Linda Ezor Swarzman, the chapter 11 debtor in possession herein (the "Debtor")*,* on April 4, 2023, the *Declaration That No Party Requested a Hearing on Motion LBR 9013-1(o)(3)* filed on April 24, 2023 [Doc. No. 65], no opposition to the Application having been filed, finding that notice of the BG Application was proper, and good cause appearing therefor,

1

1      **IT IS HEREBY ORDERED** that the Application is approved pursuant to the terms and

2 conditions set forth therein.

3      **IT IS FURTHER ORDERED** that the Debtor is hereby authorized to employ BG Law LLP

4 as her general bankruptcy counsel effective as of the petition date of March 6, 2023 pursuant to 11

5 U.S.C. §§ 327(a) and 330.

6

7                                          ### #

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23 Date: April 27, 2023

24                                    Victoria S. Kaufman
United States Bankruptcy Judge

25

26

27

28

ORDER#1408344#538C13B3-C895-4974-9B6D-BFD51F1C5576