DAVID SEROR – Bar No. 67488
SUSAN K. SEFLIN – Bar No. 213865
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:        dseror@bg.law
                  sseflin@bg.law
                  jwellington@bg.law

Attorneys for Chapter 11 Debtor in Possession

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Linda Ezor Swarzman,<br><br>    Debtor. | Case No. 1:23-bk-10270-VK<br><br>Chapter 11<br><br>**CHAPTER 11 STATUS CONFERENCE REPORT; DECLARATION OF LINDA EZOR SWARZMAN IN SUPPORT THEREOF**<br><br>**Status Conference:**<br>Date:    May 11, 2023<br>Time:    1:00 p.m.<br>Place:   Courtroom 301<br>             21041 Burbank Blvd.<br>             Woodland Hills, CA 91367<br>             Via ZoomGov |

Linda Ezor Swarzman, the chapter 11 debtor and debtor in possession herein (the "Debtor"), hereby files this *Chapter 11 Status Conference Report* (the "Status Report") in accordance with the Court's *Order Setting Hearing on Status of Chapter 11 Case and Requiring Report on Status of Chapter 11 Case* [Doc. No. 54].  In support of the Status Report, the Debtor represents as follows:

1

2889812

1. **Brief Description of the Debtor's Business, and the Principal Assets and Liabilities of the Estate**

The Debtor is 82 years old and operates multiple businesses: (a) XLNT (which is a dba and sole proprietorship) – an auto broker with an office in Sylmar, California that has approximately six agents; (b) Redfish Properties, LLC ("Redfish Properties"), Redfish Property Holdings I, LLC ("Redfish Holdings") and Redfish Property Holdings II, LLC, Texas limited liability companies, which own and rent approximately 33 properties in Texas; and (c) the rental, sale and refurbishing of residential properties – primarily in Texas – which she personally owns.

As set forth in the Debtor's Schedule A/B [Doc. No. 53], the Debtor's principal assets are the real properties. The Debtor currently individually owns and operates approximately 83 properties, and she owns and operates approximately 33 properties through Redfish Holdings for a total of approximately 116 properties. Of the 116 properties, approximately 40 are currently rented full time with an additional 10 properties in the process of being rented. Approximately 50 of the properties are properties that were purchased to refurbish and then sell for a profit – and those properties are at different stages in the refurbishment process. The Debtor also owns multiple beach properties in Texas that are rented as short-term rentals through companies such as Airbnb. Most of the properties are valued between $200,000 and $500,000.

As set forth in the Debtor's Schedules D and E/F [Doc. No. 53], the Debtor's principal liabilities are related to the properties, including secured claims held by the lenders on the properties, priority unsecured claims for unpaid taxes on the properties, and general unsecured claims for unpaid utilities and homeowner's association fees.

2. **Brief Description of Events Leading up to Bankruptcy Filing**

The Debtor's real estate business is operated out of Encino, California for most administrative purposes while the majority of her properties are located in and around Houston, Texas and Galveston, Texas. Given the number of properties the Debtor directly and indirectly owns in Texas (approximately 116), the Debtor's failure to have any administrative staff/office in Texas (or to outsource the work necessary to oversee so many properties to a property management company) coupled with the Debtor's pre-petition bookkeeper in California lacking the skill

necessary for a business of this size led to a situation where (a) the Debtor's books and records were in disarray and (b) certain properties were not receiving the upkeep they needed. Pre-petition, the Debtor often relied upon a close family friend, Melinda Thomas, to make up for the deficiencies in bookkeeping and for certain administrative purposes and, unfortunately, Ms. Thomas fell ill and required major surgery – leaving the Debtor and an inadequate bookkeeper as the only two people overseeing the administration of her business, which simply was untenable. Also pre-petition, a pre-petition lender / rehabilitation partner refused to buy back certain properties (in breach of certain contracts), which resulted in the Debtor having very limited cash flow and resulted in the Debtor owning more properties than typical. Pre-petition, the Debtor's son, Ron Larson fka Ron Swarzman, who is located in Texas, was responsible for the rental, sale and refurbishment of all the Debtor's and Redfish Holdings' properties, which also was not tenable given the number of properties.

Without sufficient help to run her real estate business, the Debtor fell behind on mortgage payments on certain of the real properties and several of the real properties were scheduled for foreclosure. In order to avoid foreclosure on the real properties and to enable the Debtor to reorganize her businesses and her financial affairs, the Debtor sought bankruptcy protection.

**3.    Court's Questions**

    **a.    Compliance with the Bankruptcy Code and United States Trustee's Guidelines**

To the best of the Debtor's knowledge, the Debtor has complied with substantially all of her duties under 11 U.S.C. §§ 521 and 1107, and all applicable guidelines of the Office of the United States Trustee. Specifically, the Debtor filed her schedules and statement of financial affairs [Doc. No. 53] by the deadline set by the Court in the *Order Granting Second Motion for Entry of Order Extending Time to File Schedule of Assets and Liabilities and Statement of Financial Affairs* [Doc. No. 44]. The Debtor continues to operate her business and manage her financial affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. To date, no trustee, examiner, or committee has been appointed in the Debtor's chapter 11 case. The Debtor has submitted substantially all disclosures and documents required under the 7-day package to the Office of the United States Trustee. On April 21, 2023, the Debtor timely filed her first monthly operating report [Doc. No. 64] for the period of March 6, 2023 through March 31, 2023.

**b.    Cash Collateral**

As of May 1, 2023, the Debtor has received $79,405.86 in rental proceeds post-petition, which funds are most likely the respective lenders' cash collateral. The Debtor does not currently have consent or a Court order to use cash collateral and is holding these funds in a DIP account pending authority or consent to use cash collateral. The Debtor's non-debtor spouse has been funding the Debtor's operations post-petition with his separate property as a gift and does not expect to be repaid by the Debtor. However, the Debtor intends on either filing a motion shortly to obtain authorization to use cash collateral to fund her post-petition operations, or on filing stipulations with certain of the lenders to use their respective cash collateral on their respective collateral. The Debtor's professionals intended on filing such motion earlier in this case, but the Debtor's books and records were in significant disarray on the petition date, and it took longer than anticipated to obtain the information needed to bring such motion or to seek such consent from the lenders.

**c.    Small Business Debtor**

The Debtor is not a "small business debtor" as that term is defined in 11 U.S.C. § 101(51D).

**d.    Principal Business, Financial and Legal Disputes**

The principal financial dispute arose pre-petition because the Debtor did not have sufficient liquidity to satisfy her liabilities relating to the properties, which lead to several of the properties being scheduled for foreclosure pre-petition. Also pre-petition, a pre-petition lender / rehabilitation partner refused to buy back certain properties (in breach of certain contracts), which resulted in the Debtor having very limited cash flow and resulted in the Debtor owning more properties than typical. The Debtor is currently investigating whether or not her estate has claims against this lender for, among other things, breach of contract. The Debtor believes she may also have claims against another pre-petition lender who made certain promises regarding financing and then did not keep those promises (resulting in significant default interest and penalties).

The Debtor is unaware of any other legal disputes that will need to be resolved through this chapter 11 case. The Debtor was not a party to any litigation pre-petition.

**e.    Projected Timeline for Resolution**

From the outset, the Debtor has been focused on getting through this reorganization process

as efficiently as possible, while satisfying all requirements for due diligence, investigation, transparency and reporting. With the benefit of automatic stay, as the Bankruptcy Code intended, the Debtor and her professionals have been able to focus their efforts on assessing the Debtor's real estate business. As part of this effort, the Debtor has been interviewing various property managers and hopes to have some in place shortly. The Debtor has been working diligently to assess the current value and condition of each property to determine how to maximize the return to the estate from each property, i.e., long term rental, short term rental, refurbishing and selling the property, or selling the property as is. Through this process, the Debtor has gained valuable information and insight on how to move forward in this case and she believes that she will be able to propose a chapter 11 plan of reorganization in approximately four months from the date of the status conference.

Because some of the properties appear to have minimal value to the estate, the Debtor has filed a motion seeking approval of ordinary course transactions (including the sale of property where the liens are not disputed) [Doc. No. 66] (the "Ordinary Course Motion") in order to help the Debtor liquidate properties efficiently without incurring too may administrative costs. After the filing of the Ordinary Course Motion, counsel for the United States Trustee ("UST") contacted Debtor's counsel about certain concerns and the UST counsel and Debtor's counsel agreed upon certain additional terms and procedures as set forth in a supplement [Doc. No. 84] filed on May 3, 2023.

      **f.**      **Proposed Course of Resolution**

The Debtor anticipates selling several of the properties to generate sufficient funds to fund her post-petition operations (including completing rehab work on various of the properties) and a plan of reorganization. Additionally, the Debtor intends on selling properties that are an administrative burden to the estate and/or surrendering the properties. The Debtor currently intends to propose a plan that will provide for payment in full to all creditors.

**4.**      **Identification of Professionals**

On April 4, 2023, the Debtor filed an application to employ BG Law LLP as her general bankruptcy counsel [Doc. No. 49] (the "BG Application"). On April 27, 2023, the Court entered an order [Doc. No. 75] approving the BG Application.

2889812

On April 4, 2023, the Debtor filed an application to employ LEA Accountancy, LLP as her accountant [Doc. No. 50] (the "LEA Application"). The order on the LEA application has not yet been entered.

On April 27, 2023, the Debtor filed a motion for authorization to employ and compensate professionals utilized in the ordinary course of business [Doc. No. 77] (the "Professional Motion"). After consultation with the UST, the Debtor filed a supplement [Doc. No. 85] to the Professional Motion. The Court has not yet entered an order on the Professional Motion.

At this time, the Debtor does not anticipate employing any other professionals but reserves the right to do so may the need arise.

**5.    Evidence of Debtor's Historical Financial Condition**

The Debtor's income is comprised of: (i) commissions received through XLNT; (ii) rents received through Redfish Holdings or individually; (iii) proceeds from the sale of real property; and (iv) social security. Most of the Debtor's expenses are related to her business operations, including normal incidental expenses related to the business of renting, refurbishing, and selling real property, including, payment of mortgages, taxes, insurance, homeowner's association fees, maintenance and operating expenses. Attached to the Declaration of Linda Ezor Swarzman (the "Swarzman Decl.") as **Exhibit 1** is a summary of the Debtor's actual income, expenses and cash flow for the last six months preceding the filing of this chapter 11 case on a month by month basis.

**6.    Budget and Projections**

In order to fund her post-petition operations and a plan of reorganization, the Debtor anticipates selling several of the properties and receiving rental income from leasing some of the properties. Attached to the Swarzman Decl. as **Exhibit 2** is a budget of the Debtor's projected income, expenses and cash flow for the first six months of this case on a month by month basis.

**7.    Unexpired Leases and Executory Contracts**

The Debtor is a party to several unexpired residential lease agreements through Redfish Properties. Debtor is also a party to two unexpired automobile lease agreements. All these agreements were listed on the Debtor's Schedule G filed on April 10, 2023 [Doc. No. 53]. At this time, the Debtor plans to assume the unexpired leases.

**8.     Proposed Deadlines**

The Debtor proposes that the deadline for filing proofs of claim be July 21, 2023, which is approximately sixty (60) days after the status conference on May 18, 2023.  Counsel for the Debtor will serve notice of the deadline within two business days of the status conference.

The Debtor proposes that the deadline to file a chapter 11 plan of reorganization and disclosure statement be September 15, 2023.

DATED:  May 4, 2023                              BG Law LLP


By: /s/ Susan K. Seflin
    David Seror
    Susan K. Seflin
    Jessica S. Wellington
Attorneys for Chapter 11 Debtor
and Debtor in Possession

7

2889812

## DECLARATION OF LINDA EZOR SWARZMAN

I, Linda Ezor Swarzman, declare:

1. I am the chapter 11 debtor and debtor in possession herein. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I would and could competently testify thereto under oath.

2. I make this declaration in support of the Status Report to which it is appended. All initial capitalized terms used but not defined herein have the same meanings ascribed to them in the Status Report.

3. I have carefully read each of the facts set forth in the foregoing Status Report. Each and every fact set forth therein is true based on personal knowledge of my history, business operations and financial affairs, and my review of the records on file in my chapter 11 case.

4. Attached hereto as **Exhibit 1** is a month by month summary of my actual income, expenses and cash flow for the last six months preceding the filing of my chapter 11 petition. I oversaw the preparation of this summary with the assistance of BG Law LLP and LEA Accountancy, LLP. The summary was prepared using my historical bank statements and my books and records.

5. Attached hereto as **Exhibit 2** is a month by month budget of my projected income, expenses and cash flow for the six month period immediately following the filing of my chapter 11 case. I oversaw the preparation of this budget with the assistance of BG Law LLP and LEA Accountancy, LLP. The information contained in the budget is an accurate estimation of my financial projections based on my historical financial records, anticipated sales of real properties and anticipated rental income.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2023, at Encino, California.

*/s/ Linda Ezor Swarzman*
Linda Ezor Swarzman

**Pre-Petition Income Statement by Month**

|  | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 |
|---|---:|---:|---:|---:|---:|---:|
| **Income** | | | | | | |
| Rent- Linda Properties | 16,062.00 | 14,850.58 | 17,013.00 | 15,615.00 | 16,345.84 | 6,995.00 |
| Rent- Holdings | 28,909.90 | 36,044.80 | 31,065.47 | 18,029.22 | 22,283.46 | 29,385.00 |
| **Total Income** | $ 44,971.90 | $ 50,895.38 | $ 48,078.47 | $ 33,644.22 | $ 38,629.30 | $ 36,380.00 |
| **Gross Profit** | $ 44,971.90 | $ 50,895.38 | $ 48,078.47 | $ 33,644.22 | $ 38,629.30 | $ 36,380.00 |
| **Expenses** | | | | | | |
| Automobile Expense | - | 30.03 | - | - | - | - |
| Appraisal Fees | - | - | - | - | 205.00 | - |
| Bank Service Charges | 61.52 | 34.00 | 140.78 | 1.60 | 5.00 | - |
| Cleaning | 700.00 | 175.00 | 175.00 | - | - | - |
| Computer and Software Expenses | 23.33 | 48.67 | 35.88 | 72.01 | - | - |
| Construction Materials/Supplies | 35,153.56 | 20,787.00 | 31,471.78 | 28173 | 130.00 | - |
| Dues & Subscriptions | 19.99 | 19.99 | 19.99 | 19.99 | 9.99 | 25.98 |
| Equipment Rental | - | - | - | 200.00 | - | - |
| Fuel Expense | 293.00 | 310.00 | 195.00 | - | - | - |
| HOA Dues | 914.62 | - | 690.62 | 5163.08 | 1,401.41 | - |
| Special Assessment | 352.15 | - | - | 680.00 | - | - |
| **Total HOA Dues** | $ 1,266.77 | $ 0.00 | $ 690.62 | $ 5,843.08 | 1,401.41 | - |
| Insurance Expense | 47,720.49 | 25,279.00 | 16,783.67 | 25,576.13 | 21,395.92 | 18,464.29 |
| Interest Expense | 32.88 | 110.17 | 139.22 | 33.57 | 146.32 | 15,342.31 |
| Loan Interest | 21,257.14 | 24,242.71 | 7,746.89 | 15,098.99 | 7,746.89 | - |
| Mortgage Interest | 31,879.31 | 109,138.65 | 58,598.86 | 56,238.57 | 82,751.45 | 500.00 |
| **Total Interest Expense** | $ 53,169.33 | $ 133,491.53 | $ 66,484.97 | 71,371.13 | 90,644.66 | 15,842.31 |
| Late Charges | 217.25 | 576.89 | 275.00 | 103.57 | - | - |
| Notary Fees | 170.00 | - | 120.00 | - | - | - |
| Rent | 2,492.26 | - | - | 1,700.00 | - | - |
| Office Supplies | 98.63 | - | - | - | - | - |
| Pool Maintenance | 194.84 | 194.84 | 294.79 | 194.84 | - | - |
| Postage & Delivery | 80.85 | 60.00 | 13.95 | - | - | - |
| Professional Fees | | | | | | |
| Accounting | - | - | - | 2,000.00 | 2740 | 500.00 |
| Consulting | - | - | 5,000.00 | 2,500.00 | - | - |
| **Total Professional Fees** | $ 0.00 | $ 0.00 | 5,000.00 | 4,500.00 | 2,740.00 | 500.00 |
| Rental Supplies | - | - | 70.00 | - | 180.02 | - |
| Repairs and Maintenance | 1,992.00 | 358.00 | 338.00 | 350.00 | 1,475.00 | - |
| Research & Development | - | - | 79.00 | - | - | - |
| Roofing | - | - | 1,565.00 | - | - | - |
| Subcontractor Labor | 83,163.52 | 95,932.32 | 74,249.35 | 77,735.20 | 69,293.53 | - |
| Taxes | | | | | | |
| Local Taxes | - | 50.00 | - | - | - | - |
| Property Taxes | 7,654.89 | 1847.66 | 1,251.39 | 165,260.10 | 2,251.25 | 3,061.22 |
| State Taxes | - | 15.00 | 1,937.93 | - | - | - |
| **Total Taxes** | $ 7,654.89 | $ 1,912.66 | $ 3,189.32 | $ 165,260.10 | $ 2,251.25 | $ 3,061.22 |
| Telephone Expense | 746.25 | 742.75 | 804.21 | 727.54 | 594.42 | 699.28 |
| Unapplied Cash Bill payment Expense | - | 403.59 | 999.86 | (1,334.13) | 0 | -69.32 |
| Uncategorized Expense | 31,259.27 | 15,135.23 | 34,011.98 | 5,755.72 | 14.99 | 55,645.21 |
| Utilities | - | 369.57 | 68.54 | - | - | 0 |
| Electric | 9,299.95 | 7522.79 | 6,864.29 | 2,700.47 | 3184.27 | 5,804.84 |
| Gas | 50.00 | 160.00 | - | - | - | - |
| Internet | 238.90 | 251.38 | 817.35 | 458.97 | 693.96 | 1,026.01 |
| Waste | 936.38 | 576.72 | 723.01 | 526.70 | 732.25 | 412.73 |
| Water | 2,816.47 | 1081.08 | 2,057.82 | 4,762.11 | 342 | 1,429.25 |
| **Total Utilities** | $ 13,341.70 | $ 9,961.54 | $ 10,531.01 | $ 8,448.25 | $ 4,952.48 | $ 8,672.83 |
| **Total Expenses** | $ 279,819.45 | $ 305,453.04 | $ 247,539.16 | $ 394,698.03 | $ 195,088.67 | $ 102,841.80 |
| **Net Operating Income** | -$ 234,847.55 | -$ 254,557.66 | -$ 199,460.69 | -$ 361,053.81 | -$ 156,459.37 | -$ 66,461.80 |
| **Other Income** | | | | | | |
| Uncategorized Income | 6,910.61 | 10,401.86 | 18,501.86 | 88,334.66 | 143,245.94 | 11,976.03 |
| Gain/Loss on Properties | | | | | | |
| Proceeds | 279,236.66 | 319,074.69 | 186,238.67 | 152,699.84 | - | - |
| **Total Gain/Loss on Properties** | $ 279,236.66 | $ 319,074.69 | $ 186,238.67 | $ 152,699.84 | $ 0.00 | $ 0.00 |
| Interest Income | 0.09 | 0.13 | 0.07 | 0.13 | 0.09 | 0 |
| **Total Other Income** | $ 286,147.36 | $ 329,476.68 | $ 204,740.60 | $ 241,034.63 | $ 143,246.03 | $ 11,976.03 |
| **Net Other Income** | $ 286,147.36 | $ 329,476.68 | $ 204,740.60 | $ 241,034.63 | $ 143,246.03 | $ 11,976.03 |
| **Net Income** | $ 51,299.81 | $ 74,919.02 | $ 5,279.91 | -$ 120,019.18 | -$ 13,213.34 | -$ 54,485.77 |

Note: The accounting records pre-petition contain income and expenses for both Redfish Properties, LLC (Linda Properties) and activity for Redfish Property Holdings, LLC

**EXHIBIT 2**

Linda Swarzman, Case No. 1:23-bk-10270

**Operating Budget- 6 Month Forecast**

|  | Actual March | Actual April | Forecast May | Forecast June | Forecast July | Forecast August | Forecast September | Forecast October |
|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 7,615 | 49,301 | 35,072 | 302,373 | 425,017 | 449,476 | 456,108 | 447,244 |
| **Receipts- Rental Property** | | | | | | | | |
| Rent | 46,004 | 39,975 | 59,389 | 64,219 | 59,823 | 38,450 | 44,548 | 44,548 |
| Rent Holdings | 40,262 | 27,739 | | | | | | |
| Rent -Security Deposits | 4,200 | | | | | | | |
| Rent Short Term- Estimated | - | | 17,486 | 34,861 | 41,072 | 44,619 | 23,024 | - |
| **Total Receipts- Rental Property** | 90,466 | 67,714 | 76,875 | 99,080 | 100,895 | 83,069 | 67,572 | 44,548 |
| **Disbursements-** | | | | | | | | |
| Bank Service Charges | 35 | - | 100 | 100 | 100 | 100 | 100 | 100 |
| Bookkeeping Services | 2,539 | 578 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| HOA Dues | | | 2,409 | 2,409 | 2,409 | 2,409 | 2,409 | 2,409 |
| Insurance | 55,823 | 57,662 | 3,500 | 20,362 | 20,362 | 20,362 | 20,362 | 20,362 |
| Loan Interest | | | 65,505 | 65,505 | 65,505 | 65,505 | 65,505 | 65,505 |
| Supplies/Office Expense | 1,400 | 2,020 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Subcontractor Labor | 4,608 | 32,800 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Property Taxes | | 2,182 | 16,844 | 16,844 | 16,844 | 16,844 | 16,844 | 16,844 |
| Utilities/Municipality- | 1,200 | 3,701 | 2,230 | 2,230 | 2,230 | 2,230 | 2,230 | 2,230 |
| **Total Disbursements** | 65,605 | 98,943 | 99,488 | 116,350 | 116,350 | 116,350 | 116,350 | 116,351 |
| **Net Cash Flows from Rental** | 24,861 | (31,229) | (22,613) | (17,270) | (15,455) | (33,281) | (48,779) | (71,803) |
| **Receipts-Rehab Properties** | | | | | | | | |
| * Net Receipts from Sales | 77,807 | | 300,000 | 150,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| **Total Receipts-Rehab Properties** | 77,807 | - | 300,000 | 150,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| **Cash Flows- Rehab Properties** | 77,807 | - | 300,000 | 150,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| **Receipts-Other** | | | | | | | | |
| Contributions- Judd | 78,000 | 40,000 | - | - | - | - | - | - |
| Misc- Other | 1,088 | | | | | | | |
| Social Security / Other | 2,645 | 1,237 | 4,024 | 4,024 | 4,024 | 4,024 | 4,024 | 4,024 |
| Self Employment- Judd | | | 5,750 | 5,750 | 5,750 | 5,750 | 5,750 | 5,750 |
| Self Employment- XLNT/Directline | 11,420 | 2,350 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| **Total Receipts** | 93,153 | 43,587 | 12,274 | 12,274 | 12,274 | 12,274 | 12,274 | 12,274 |
| **Disbursements- Other** | | | | | | | | |
| Personal Libbit Mortgage | - | | 11,202 | 11,202 | 11,202 | 11,202 | 11,202 | 11,202 |
| Personal Libbit Expenses | | | 2,764 | 2,764 | 2,764 | 2,764 | 2,764 | 2,764 |
| Heatherdale Mortgage/Expenses | - | | 2,498 | 2,498 | 2,498 | 2,498 | 2,498 | 2,498 |
| Linda Car Payment/Expenses | | | 471 | 471 | 471 | 471 | 471 | 471 |
| Judd Car Payment/Expenses | | | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 | 1,236 |
| Self-Employment Expenses | 4,349 | 1,860 | | | | | | |
| Living Expenses (food/gas/meals household) | 490 | 1,070 | 4,189 | 4,189 | 4,189 | 4,189 | 4,189 | 4,189 |
| Reimbursement to Judd | 55,000 | | | | | | | |
| Holdings Disbursement | 94,296 | 23,657 | | | | | | |
| **Total Disbursements** | 154,135 | 26,587 | 22,360 | 22,360 | 22,360 | 22,360 | 22,360 | 22,360 |
| **Net Cash Flows- Other** | (60,982) | 17,000 | (10,086) | (10,086) | (10,086) | (10,086) | (10,086) | (10,086) |
| **TOTAL Net Cash Flows** | 41,686 | (14,229) | 267,301 | 122,644 | 24,459 | 6,633 | (8,865) | (31,889) |
| **Ending Cash Balance** | 49,301 | 35,072 | 302,373 | 425,017 | 449,476 | 456,108 | 447,244 | 415,355 |

\* NOTES

May Sales: includes estiamted net proceeds 16912 Jamaica Beach

Property Taxes are accrued monthly estimates for anticpated 2023 Tax Bills due January 31, 2024 (bills issued Oct 1)

Rehab Properties Disbursement: Interest/HOA/Taxes are deemed paid when property is sold and not included in monthly operating costs

Holdings Disbursement is rent collected on Holdings properities and/or bills paid for Holdings through 1656

**EXHIBIT 2**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled: **CHAPTER 11 STATUS CONFERENCE REPORT; DECLARATION OF LINDA EZOR SWARZMAN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 4, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kelli M Brown**     kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com
- **Katherine Bunker**     kate.bunker@usdoj.gov
- **Chad L Butler**     caecf@tblaw.com
- **Greg P Campbell**     ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Arnold L Graff**     agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Tara L Grundemeier**     houston_bankruptcy@lgbs.com
- **Mitchell B Ludwig**     mbl@kpclegal.com, kad@kpclegal.com
- **Eric S Pezold**     epezold@swlaw.com, knestuk@swlaw.com
- **David M Poitras**     dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com
- **Lee S Raphael**     ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Susan K Seflin**     sseflin@bg.law
- **David Seror**     dseror@bg.law, ecf@bg.law
- **Owen M Sonik**     osonik@pbfcm.com, tpope@pbfcm.com
- **Andrew Still**     astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov
- **Garrick Vanderfin**     gvanderfin@polsinelli.com, mfiander@polsinelli.com;docketing@polsinelli.com
- **Larry D Webb**     Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Jessica Wellington**     jwellington@bg.law, ecf@bg.law

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 4, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. **[Delivery to Judge temporarily suspended if under 25 pages, per General Order 23-01]**

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 4, 2023 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED BY UNITED STATES MAIL**:

**20 Largest Unsecured Creditors**

| | | |
|---|---|---|
| April Fox Morris<br>10201 Schaper Dr.<br>Galveston, TX 77554 | Caryn and Gary Ezor<br>230 McCarty Dr<br>Beverly Hills, CA 90212-3703 | Chase Bank<br>Cardmember Service<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 |
| Citi Cards Costco Visa<br>P.O. Box 78019<br>Phoenix, AZ 85062-8019 | Citi Cards Mastercard<br>P.O. Box 78045<br>Phoenix, AZ 85062-8045 | GPWare Trust<br>4460 Libbit Ave<br>Encino, CA 91436 |
| Home Depot Credit<br>Dept 32 2142388226<br>P.O. Box 9001030<br>Louisville, KY 40290-1030 | Kathleen A Colotta<br>16315 Brookvilla Dr.<br>Houston, TX 77059-5403 | Melinda Thomas<br>4460 Libbit Ave<br>Encino, CA 91436-3254 |
| Michelle Smith<br>704 4th St<br>League City, TX 77573-2302 | Moerer King LLP<br>701 S. 11th Street, Suite A<br>Richmond, TX 77469-3361 | Ownwell, Inc<br>P.O. Box 2267<br>Austin, TX 78768-2267 |
| Rachel Friedland<br>TaDa! Accounting<br>5929 Yarmouth Ave<br>Encino, CA 91316-1128 | | |

**Secured Creditors**

| | | |
|---|---|---|
| Assured Lender Services<br>111 Pacifica Suite 140<br>Irvine CA 92618 | BSI Financial Services<br>PO Box 517<br>Titusville PA 16354 | Caliber Home Loans<br>PO Box 650856<br>Dallas, TX 75265-0856 |
| CFIN 2022-RTL1 Issuer, LLC ("Lender"), successor-in-interest to Riverbend Funding LLC ("original lender")<br>1415 Vantage Park Dr #240<br>Charlotte NC 28203 | Churchill Funding I, LLC<br>c/o Eric S Pezold<br>Snell Wilmer<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626-7689<br>**[VIA NEF]** | Egret Bay Condominium Association<br>2002 West Grand Parkway North<br>Suite 150<br>Katy, TX 77449 |
| Legacy Lending, LLC<br>8957 Edmonston Road Unit M<br>Greenbelt MD 20770 | Logix Federal Credit Union<br>27918 Franklin Parkway<br>Valencia, CA 91355 | Los Angeles County Treasurer And Tax Collector<br>Attn Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 |
| Mercedes-Benz Finanical Services<br>Lease Maturity Dept<br>36455 Corporate Drive<br>Farmington Hills, MI 48331 | National Bankruptcy Services.com, LLC<br>14841 Dallas Parkway Suite 300<br>Dallas TX 75254 | National Enterprise Systems<br>14841 Dallas Parkway,<br>Suite 300<br>Dallas, TX 75254 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                        F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Riverbend Funding LLC<br>Toorak Capital Partners, LLC<br>Polsinelli c/o Adam C. Rayford<br>2950 N. Harward Street,<br>Suite 2100<br>Dallas, TX 75201 | Riverbend Funding LLC<br>3550 Round Bard Blvd Ste 104<br>Santa Rosa CA 95403 | Riverbend Funding LLC/Toorak<br>Capital Partners LLC<br>3550 Round Barn Blvd,<br>Suite 104<br>Santa Rosa, CA 95403 |
| Toorak Capital Partners, LLC<br>c/o Adam C. Rayford<br>Polsinelli<br>2950 N. Harward Street,<br>Suite 2100<br>Dallas, TX 75201 | Stoa 3, LLC<br>2355 E Camelback Rd #305<br>Phoenix AZ 85016 | Toyota Motor Credit Corporation<br>2 Executive Circle, Suite 100<br>Irvine, CA 92614 |
| Toyota Motor Credit Corporation<br>PO Box 105386<br>Atlanta GA 30348 | Treece Law Firm PC<br>1020 Bay Area Blvd Suite 200<br>Houston TX 77058 | Churchill Funding I, LLC ("Lender"),<br>successor-in-interst to Riverbend<br>Funding, LLC ("original lender")<br>1415 Vantage Park Dr #240<br>Charlotte NC 28203 |
| Issa F. Kamara<br>Agent for Toyota Motor Credit Corp.<br>Bonial & Associates, PC<br>PO BOX 9013<br>Addison, TX 75001 | | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**