**Linda E Swarzman**
**Case No: 1:23-bk-10270**

**DIP Accounts- Reconciliation**
**April 01, 2023 to April 30, 2023**

| Chase 7792-Property Operating Account | | Chase 8567- Rental Income Account | | Chase 3927- Brookvilla House | | Wells Fargo 3872- XLNT | | Wells Fargo 9428 Linda Swarzman Personal | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 23,311.83 | Beginning Balance | 120.55 | Beginning Balance | - | Beginning Balance | 7,156.60 | Beginning Balance | 6,661.11 |
| Deposit Judd* | 40,000.00 | Transfer from 1656*** | 12,740.00 | Rental Income | 2,195.01 | Income | 2,350.00 | Income- Social Security | 1,236.50 |
| Interest | 0.11 | Interest | 0.03 | | | | | | |
| Transfer from #0920** | 4,318.00 | | | | | | | | |
| Deposits | 2,769.53 | | | | | | | | |
| Insurance | (30,859.87) | | | | | Expenses | (1,860.00) | Meals/Food | (727.71) |
| City Municipality | (192.25) | | | | | | | Postage | (41.75) |
| Subcontractors | (30,699.61) | | | | | | | Utilities | (231.75) |
| Bookkeeping | (577.50) | | | | | | | Gas | (51.56) |
| Office Expense | (10.00) | | | | | | | Pharmacy | (17.48) |
| Utilities | (563.99) | | | | | | | | |
| Transfer to #1656 | (1,000.00) | | | | | | | | |
| Expenses for Holdings | (4,318.00) | | | | | | | | |
| Ending Balance | 2,178.25 | Ending Balance | 12,860.58 | Ending Balance | 2,195.01 | Ending Balance | 7,646.60 | Ending Balance | 6,827.36 |
| Receipts Net of transfers | 47,087.64 | Receipts Net of transfers | 12,740.00 | Receipts Net of transfers | 2,195.00 | Receipts Net of transfers | 2,350.00 | Receipts Net of transfers | 1,236.50 |
| Disbursements Net of transfers | (68,221.22) | Disbursements Net of transfers | - | Disbursements Net of transfers | - | Disbursements Net of transfers | (1,860.00) | Disbursements Net of transfers | (1,070.25) |

Chase 7792

*Deposit Judd - These deposits were made by the Debtor's non-debtor spouse, Judd Swarzman, from his personal retirement accounts (not estate property) and were a gift to the Debtor to pay necessary and urgent pre-petition and post-petition expenses including insurance premiums, etc. as the Debtor does not yet have consent or court authority to use cash collateral (i.e., rent from her various rentals).

**Transfers from #0920- This transfer was made by Redfish Properties Holding (owned 100% by debtor) to cover expenses made from the 7792 acount for expenses related to Holdings.

Chase 8567

***"Transfer from 1656 is a deposit of rental income. This account is where rental income will be transferred and remain until the Debtor obtains consent or a court order for cash collateral use. Rents collected not previously reported have been transferred to this account and will be reported in the May bank statements and May MOR

**Linda E Swarzman**
**Case No: 1:23-bk-10270**

**April 2023 Cash Flow**

**Income- Business**

| | | |
|---|---:|---:|
| Rental Income | | 45,151 |
| Rent Holdings | | 24,744 |
| Transfer to Holdings | | (19,339) |
| Sales | | - |
| **Gross Income** | | **50,555** |

**Expenses- Business**

| | | |
|---|---:|---:|
| Bank Service Charges | | - |
| Bookkeeping Services | | (578) |
| Insurance | | (57,662) |
| Property Tax | | (2,182) |
| Supplies/Office Expense | | (2,020) |
| Subcontractor Labor | | (32,800) |
| Utilities/Municipality | | (3,701) |
| **Total Expenses** | | **(98,943)** |

**Net Proft/(Loss)** — **(48,387)**

**Income- Personal**

| | |
|---|---:|
| Misc- Other | |
| Social Security / Other | 1,237 |
| Self Employment- XLNT/Directline | 2,350 |
| **Gross Income** | **3,587** |

**Expenses- Personal**

| | |
|---|---:|
| Self-Employment Expenses | (1,860) |
| Living Expenses | (1,070) |
| **Total Expenses** | **(2,930)** |

**Personal Net Proft/(Loss)** — **656**

**Other**

| | |
|---|---:|
| Contributions- Judd | 40,000 |
| Reimbursement to Judd | |
| Security Deposits | |

**Net Cash Flow** — **(7,731)**

**Linda Swarzman Properties**
**Lease/Rental List**

Apr-23

| Properties with Leases | Per Lease | Due Date | Rent Received | Outstanding Amounts due | Months Outstanding |
|---|---|---|---|---|---|
| 2503 Afton Ct | 1800 | 1-Apr | 1,800 | - | |
| 18511 Egret Bay Blvd #107 | 1500 | 1-Apr | 1,500 | - | |
| 2501 Gulf Freeway Unit 12A | 1050 | 1-Apr | 1,050 | - | |
| 10306 Mist Lane* | 1750 | 1-Apr | 725 | 875 | Prorated March $874.99 |
| 5119 Bayou Drive | 1800 | 1-Apr | 1,800 | - | |
| 2417 Pecan St | 1650 | 1-Apr | 2,150 | - | |
| 16014 Buccaneer Lane | 2000 | 1-Apr | 2,000 | - | |
| 3306 Sandpiper Dr | 1700 | 1-Apr | - | 3,400 | March/April |
| 7406 Echos Pine Drive* | 2300 | 1-Apr | 1,000 | 767 | Prorated March $766.66 |
| 4615 Neches Trail Lane* | 2100 | 1-Apr | 900 | 700 | Prorated March $700.00 |
| 954 Neptune Dr* | 1800 | 1-Apr | 1,890 | 1,800 | Security deposit $1800.00 |
| 16206 Brookvilla Dr | 2195 | 1-Apr | 2,195 | - | |
| 4011 Nasa Road 1 #401 | 2300 | 1-Apr | 2,300 | - | |
| | | | 19,310 | 7,542 | Outstanding |

| Properties month-to-month | Anticpated | Due Date | Rent Received | Outstanding Rent to Date | |
|---|---|---|---|---|---|
| 1714 25th St (2424 & 2428 Ave O Apts) | 900 x 5 Apts = 4,500 | 1-Apr | 4,600 | - | |
| 202 Tarpey Road | 1500 | 1-Apr | 1,500 | - | |
| 711 Meadowglen | 1750 | 1-Apr | - | 1,750 | April |
| 230 Kansas St | 2100 | 1-Apr | 2,100 | - | |
| 15534 Zabolio Drive #245 | 1100 | 1-Apr | 1,100 | - | |
| | | | 9,300 | 1,750 | Outstanding |

| Short Term Vacation Rentals | Amount | Due Date | Rent Received |
|---|---|---|---|
| 16912 Jamaica Beach | Varies | Varies | 2,731.65 |
| 833 Kahla Dr | Varies | Varies | 745.59 |
| 23170 Gulf Dr | Varies | Varies | 3,476.59 |
| 22102 Kennedy Dr | Varies | Varies | 6,943.18 |
| 1788 Redfish Lane | Varies | Varies | 2,643.52 |
| 3814 Tradewinds Dr | Varies | Varies | - |
| | | | 16,540.53 |

**Total Received in April**    45,150.53

*These leases were new in March 2023, the debtor's real estate broker Riverbend Realty collected the initial checks and paid the lesee's real estate agent broker fees (and to the best of the debtor's konwledge, the debtor's broker did not take a fee as agent for the debtor/lessor). See breakdown below.

| | |
|---|---|
| 10306 Mist Lane* | Tenant paid $1750- less commission $875, less listing fee $150 = Net $725 |
| 7406 Echos Pine Drive* | Tenant paid $2300- less commission $1,050, less listing fee $150 = Net $1,000 |
| 4615 Neches Trail Lane* | Tenant paid $2100- less commission $1,050, less listing fee $150 = Net $900 |
| 954 Neptune Dr* | Tenant paid $1800- less commission $900, less listing fee $150 = Net $750 |