# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2023 through April 28, 2023

Account Number: ████████1656



00014713 DRE 703 142 11923 NNNNNNNNNNN T 1 00000000060 0000

REDFISH PROPERTIES LLC
4460 LIBBIT AVE
ENCINO CA 91436-3254

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $7,614.73 |
| Deposits and Additions | 37 | 66,519.86 |
| Checks Paid | 1 | -26,295.28 |
| Electronic Withdrawals | 40 | -41,073.50 |
| Other Withdrawals | 2 | -2,945.00 |
| Ending Balance | 80 | $3,820.81 |

The monthly service fee for this account was waived as an added feature of a linked Chase Private Client Checking account.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking$^{SM}$ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $571.92.
- $2,000 Chase Payment Solutions$^{SM}$ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking$^{SM}$ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Zelle Payment From Why Waite Vacation Rental LLC 16966521271 | $3,476.59 |
| 04/03 | Zelle Payment From Larry L Lambert III 16982316984 | 2,195.00 |
| 04/03 | Zelle Payment From Lisa A Vercellino Cfrif2Gdrbk0 | 2,000.00 |
| 04/03 | Zelle Payment From Mark S Odom 0H501Bfcfp6V | 1,800.00 |
| 04/03 | Orig CO Name:Vrbo        Orig ID:9872667522 Desc Date:230331 CO Entry Descr:Payment  Sec:PPD   Trace#:031101116765390 Eed:230403  Ind ID: Ind Name:Ron Larson Trn: 0936765390Tc | 1,654.60 |
| 04/03 | Zelle Payment From Robyn Franklin Nav01Ugdmbrg | 1,200.00 |
| 04/03 | Zelle Payment From Jennifer Taylor 16993744730 | 1,200.00 |

April 01, 2023 through April 28, 2023

Account Number: ██████████1656

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 04/03 | Zelle Payment From Keanon Williams 2IV01Uhduc5G | 1,100.00 |
| 04/03 | Zelle Payment From Yeimy Madrid Bacoul4Hye2U | 1,100.00 |
| 04/03 | Zelle Payment From Erica Ovalle Wfct0R5Hf4Vg | 1,050.00 |
| 04/03 | Zelle Payment From David Harper Usawdfbyhqch | 1,000.00 |
| 04/03 | Zelle Payment From John Salas Pncaa0Eli67W | 823.33 |
| 04/03 | Zelle Payment From Darin Ehrhart Usaf0Qripd4D | 650.00 |
| 04/03 | Zelle Payment From David Harper Usadpukjx5Jm | 500.00 |
| 04/03 | Zelle Payment From Lisa A Vercellino Cfropnq009Hc | 300.00 |
| 04/04 | Zelle Payment From Azande Hartwell Bacjnehgdybt | 100.00 |
| 04/05 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230403 CO Entry Descr:Payment  Sec:PPD  Trace#:031101116011507 Eed:230405  Ind ID: Ind Name:Ron Larson Trn: 0956011507Tc | 1,161.77 |
| 04/06 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230405 CO Entry Descr:Payment  Sec:PPD  Trace#:031101113663974 Eed:230406  Ind ID: Ind Name:Ron Larson Trn: 0963663974Tc | 745.59 |
| 04/10 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230407 CO Entry Descr:Payment  Sec:PPD  Trace#:031101119263959 Eed:230410  Ind ID: Ind Name:Ron Larson Trn: 1009263959Tc | 1,165.44 |
| 04/11 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230410 CO Entry Descr:Payment  Sec:PPD  Trace#:031101111982244 Eed:230411  Ind ID: Ind Name:Ron Larson Trn: 1011982244Tc | 1,356.19 |
| 04/11 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230410 CO Entry Descr:Payment  Sec:PPD  Trace#:031101111982846 Eed:230411  Ind ID: Ind Name:Ron Larson Trn: 1011982846Tc | 1,077.05 |
| 04/12 | 04/10/2023 Reversal: Payment To Chase Card Ending IN 9870 | 750.00 |
| 04/12 | Zelle Payment From Terrence Bell 2Om0Htqi0Njc | 1,000.00 |
| 04/13 | Deposit     1192664722 | 26,256.00 |
| 04/13 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230412 CO Entry Descr:Payment  Sec:PPD  Trace#:031101113824590 Eed:230413  Ind ID: Ind Name:Ron Larson Trn: 1033824590Tc | 1,072.97 |
| 04/13 | Zelle Payment From Terrence Bell 2Om0Htqi0Vku | 500.00 |
| 04/17 | Zelle Payment From Patricia Garcia Bacox9Bejtgz | 1,555.00 |
| 04/18 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230417 CO Entry Descr:Payment  Sec:PPD  Trace#:031101114755521 Eed:230418  Ind ID: Ind Name:Ron Larson Trn: 1084755521Tc | 1,287.33 |
| 04/21 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230420 CO Entry Descr:Payment  Sec:PPD  Trace#:031101113551271 Eed:230421  Ind ID: Ind Name:Ron Larson Trn: 1113551271Tc | 1,158.11 |
| 04/24 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230421 CO Entry Descr:Payment  Sec:PPD  Trace#:031101118067004 Eed:230424  Ind ID: Ind Name:Ron Larson Trn: 1148067004Tc | 1,329.31 |
| 04/25 | Orig CO Name:Vrbo     Orig ID:9872667522 Desc Date:230424 CO Entry Descr:Payment  Sec:PPD  Trace#:031101112578612 Eed:230425  Ind ID: Ind Name:Ron Larson Trn: 1152578612Tc | 1,055.58 |
| 04/26 | Zelle Payment From Iris Gaddis Bacbn4Ll4T1W | 1,500.00 |
| 04/26 | Online Transfer From Chk ...7792 Transaction#: 17184352448 | 1,000.00 |
| 04/26 | Zelle Payment From Yeimy Madrid Backzpn0Efpw | 400.00 |
| 04/27 | Zelle Payment From Angela Oswalt Usaiseijjkqc | 1,000.00 |
| 04/27 | Zelle Payment From Jason Oswalt Bacj9Zowmshv | 600.00 |
| 04/27 | Zelle Payment From Azande Hartwell Backo0Evc1Cw | 400.00 |
| **Total Deposits and Additions** | | **$66,519.86** |

April 01, 2023 through April 28, 2023

Account Number: ████████656



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 425 ^ | | 04/25 | $26,295.28 |
| **Total Checks Paid** | | | **$26,295.28** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Orig CO Name:Comcast 8777701      Orig ID:0000213249 Desc Date:230403 CO Entry Descr:821516843 Sec:PPD   Trace#:021000026645540 Eed:230403   Ind ID: Ind Name:Redfish *Properties Trn: 0936645540Tc | $250.45 |
| 04/03 | Orig CO Name:Txu Energy      Orig ID:1001020329 Desc Date:    CO Entry Descr:Txu_ACH  Sec:PPD   Trace#:021000029622924 Eed:230403   Ind ID: Ind Name:Linda Swarzman Trn: 0939622924Tc | 256.95 |
| 04/04 | Zelle Payment To Christian Gischel  17000597861 | 2,100.00 |
| 04/04 | Orig CO Name:Home Tax Solutio      Orig ID:2452697812 Desc Date:    CO Entry Descr:Loan Pmt. Sec:PPD   Trace#:322070386849467 Eed:230404   Ind ID: Ind Name:Linda Swarzman Trn: 0946849467Tc | 847.80 |
| 04/04 | 04/04 Online Transfer To Chk ...0920 Transaction#: 17003621918 | 5,823.33 |
| 04/06 | Orig CO Name:Comcast 8777701      Orig ID:0000213249 Desc Date:230406 CO Entry Descr:120130718 Sec:PPD   Trace#:021000024081557 Eed:230406   Ind ID: Ind Name:Redfish *Properties Trn: 0964081557Tc | 78.65 |
| 04/10 | Orig CO Name:Bol Pen Sud      Orig ID:760658634  Desc Date:040623 CO Entry Descr:Direct Paysec:PPD   Trace#:113100098917657 Eed:230410   Ind ID: Ind Name:Redfish Properties LLC Trn: 1008917657Tc | 64.04 |
| 04/10 | Orig CO Name:Bol Pen Sud      Orig ID:760658634  Desc Date:040623 CO Entry Descr:Direct Paysec:PPD   Trace#:113100098917654 Eed:230410   Ind ID: Ind Name:Redfish Properties LLC Trn: 1008917654Tc | 57.00 |
| 04/10 | Orig CO Name:Bol Pen Sud      Orig ID:760658634  Desc Date:040623 CO Entry Descr:Direct Paysec:PPD   Trace#:113100098917656 Eed:230410   Ind ID: Ind Name:Redfish Properties LLC Trn: 1008917656Tc | 57.00 |
| 04/10 | Orig CO Name:Bol Pen Sud      Orig ID:760658634  Desc Date:040623 CO Entry Descr:Direct Paysec:PPD   Trace#:113100098917658 Eed:230410   Ind ID: Ind Name:Redfish Properties LLC Trn: 1008917658Tc | 57.00 |
| 04/10 | Orig CO Name:Bol Pen Sud      Orig ID:760658634  Desc Date:040623 CO Entry Descr:Direct Paysec:PPD   Trace#:113100098917659 Eed:230410   Ind ID: Ind Name:Redfish Properties LLC Trn: 1008917659Tc | 57.00 |
| 04/10 | Orig CO Name:Bol Pen Sud      Orig ID:760658634  Desc Date:040623 CO Entry Descr:Direct Paysec:PPD   Trace#:113100098917661 Eed:230410   Ind ID: Ind Name:Larson, Ron Trn: 1008917661Tc | 57.00 |
| 04/10 | 04/09 Payment To Chase Card Ending IN 9870 | 750.00 |
| 04/10 | Orig CO Name:Comcast 8777701      Orig ID:0000213249 Desc Date:230409 CO Entry Descr:821484752 Sec:PPD   Trace#:021000026730047 Eed:230410   Ind ID: Ind Name:Redfish *Properties Trn: 1006730047Tc | 304.58 |
| 04/10 | Orig CO Name:Paypal      Orig ID:Paypalsi77 Desc Date:230409 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000026745811 Eed:230410   Ind ID:Epoch Times The      Ind Name:Redfish Properties LLC 230409Ppz8Rk Trn: 1006745811Tc | 9.99 |
| 04/10 | Orig CO Name:Southern Broadba      Orig ID:900001O440 Desc Date:    CO Entry Descr:Purchase Sec:CCD   Trace#:096016938816024 Eed:230410   Ind ID:409-684-7021 Ind Name:Redfish Properties LLC Trn: 1008816024Tc | 84.95 |
| 04/10 | Orig CO Name:Southern Broadba      Orig ID:900001O440 Desc Date:    CO Entry Descr:Purchase Sec:CCD   Trace#:096016938816025 Eed:230410   Ind ID:409-684-7021 Ind Name:Redfish Properties LLC Trn: 1008816025Tc | 84.95 |

April 01, 2023 through April 28, 2023

Account Number: ████████1656

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/10 | Orig CO Name:Txu Energy        Orig ID:1001020329 Desc Date:        CO Entry Descr:Txu_ACH  Sec:PPD   Trace#:021000028107712 Eed:230410   Ind ID: Ind Name:Linda Swarzman Trn: 1008107712Tc | 51.14 |
| 04/10 | Orig CO Name:Txu Energy        Orig ID:1001020329 Desc Date:        CO Entry Descr:Txu_ACH  Sec:PPD   Trace#:021000028107780 Eed:230410   Ind ID: Ind Name:Linda Swarzman Trn: 1008107780Tc | 15.40 |
| 04/11 | Orig CO Name:Capital One        Orig ID:9279744391 Desc Date:230410 CO Entry Descr:Online Pmtsec:CCD   Trace#:056073619849534 Eed:230411   Ind ID:3R9739Hgv129US2        Ind Name:Michelle R Geborkoff Trn: 1019849534Tc | 500.00 |
| 04/11 | Orig CO Name:Cpenergy Entex        Orig ID:176051140D Desc Date:        CO Entry Descr:Ent ACH Drsec:PPD   Trace#:021000026178678 Eed:230411   Ind ID:        Ind Name:Cnp Trn: 1016178678Tc | 32.25 |
| 04/13 | Orig CO Name:Entergy Texas, I        Orig ID:1740662730 Desc Date:        CO Entry Descr:Bank Draftsec:PPD   Trace#:021000024127168 Eed:230413   Ind ID:        Ind Name:Redfish Properties LLC Trn: 1034127168Tc | 177.42 |
| 04/13 | Orig CO Name:Entergy Texas, I        Orig ID:1740662730 Desc Date:        CO Entry Descr:Bank Draftsec:PPD   Trace#:021000024127175 Eed:230413   Ind ID:        Ind Name:Redfish Properties LLC Trn: 1034127175Tc | 135.08 |
| 04/14 | Orig CO Name:Waste Management        Orig ID:9049038216 Desc Date:230413 CO Entry Descr:Internet Sec:Web   Trace#:043305138248689 Eed:230414   Ind ID:043000099183040 Ind Name:Properties Redfish Telechk 800-697-9263 Trn: 1048248689Tc | 501.78 |
| 04/14 | 04/14 Online Transfer To Chk ...0920 Transaction#: 17088650913 | 13,516.00 |
| 04/17 | Orig CO Name:Entergy Texas, I        Orig ID:1740662730 Desc Date:        CO Entry Descr:Bank Draftsec:PPD   Trace#:021000025384537 Eed:230417   Ind ID:        Ind Name:Redfish Properties LLC Trn: 1075384537Tc | 63.35 |
| 04/17 | Orig CO Name:Trieagle Energy        Orig ID:0000184885 Desc Date:230417 CO Entry Descr:Electricitsec:Web   Trace#:021000023315518 Eed:230417   Ind ID:3627376 Ind Name:Linda *Swarzman 877-933-2453 Trn: 1073315518Tc | 234.21 |
| 04/18 | Orig CO Name:Sagesure Insuran        Orig ID:3800146791 Desc Date:230417 CO Entry Descr:Vendor Pmtsec:PPD   Trace#:091000013580953 Eed:230418   Ind ID: Ind Name:Sagesure Home Insuranc Trn: 1083580953Tc | 254.00 |
| 04/18 | Orig CO Name:Sagesure Insuran        Orig ID:3800146791 Desc Date:230417 CO Entry Descr:Vendor Pmtsec:PPD   Trace#:091000013580945 Eed:230418   Ind ID: Ind Name:Sagesure Home Insuranc Trn: 1083580945Tc | 253.00 |
| 04/18 | Orig CO Name:Southern Broadba        Orig ID:900001O440 Desc Date:        CO Entry Descr:Purchase Sec:CCD   Trace#:096016938696184 Eed:230418   Ind ID:409-684-7021 Ind Name:Redfish Properties LLC Trn: 1088696184Tc | 84.95 |
| 04/20 | 04/20 Online Transfer To Chk ...8567 Transaction#: 17134914555 | 12,740.00 |
| 04/20 | Orig CO Name:Home Tax Solutio        Orig ID:2452697812 Desc Date:        CO Entry Descr:Loan Pmt. Sec:PPD   Trace#:322070383566625 Eed:230420   Ind ID: Ind Name:Linda Swarzman Trn: 1103566625Tc | 958.97 |
| 04/20 | Orig CO Name:Home Tax Solutio        Orig ID:2452697812 Desc Date:        CO Entry Descr:Loan Pmt. Sec:CCD   Trace#:322070383566628 Eed:230420   Ind ID:22-14091 Ind Name:Redfish Property Trn: 1103566628Tc | 234.88 |
| 04/20 | Orig CO Name:Home Tax Solutio        Orig ID:2452697812 Desc Date:        CO Entry Descr:Loan Pmt. Sec:CCD   Trace#:322070383566627 Eed:230420   Ind ID:22-14094 Ind Name:Redfish Property Trn: 1103566627Tc | 99.39 |
| 04/20 | Orig CO Name:Home Tax Solutio        Orig ID:2452697812 Desc Date:        CO Entry Descr:Loan Pmt. Sec:PPD   Trace#:322070383566624 Eed:230420   Ind ID: Ind Name:Linda Swarzman Trn: 1103566624Tc | 40.89 |
| 04/24 | Orig CO Name:Southern Broadba        Orig ID:900001O440 Desc Date:        CO Entry Descr:Purchase Sec:CCD   Trace#:096016938071659 Eed:230424   Ind ID:409-684-7021 Ind Name:Redfish Properties LLC Trn: 1148071659Tc | 69.00 |
| 04/24 | Orig CO Name:Paypal        Orig ID:Paypalsi77 Desc Date:230424 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000028058629 Eed:230424   Ind ID:Netflix.Com        Ind Name:Directline 230424Ppz1Qd Trn: 1148058629Tc | 19.99 |

April 01, 2023 through April 28, 2023

Account Number:  ████████1656

## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/26 | Orig CO Name:Att        Orig ID:9864031004 Desc Date:042423 CO Entry Descr:Payment  Sec:PPD   Trace#:031100207286033 Eed:230426   Ind ID: Ind Name:Ron Larson Trn: 1167286033Tc | 66.12 |
| 04/27 | Orig CO Name:Southern Broadba       Orig ID:900001O440 Desc Date:        CO Entry Descr:Purchase  Sec:CCD    Trace#:096016936150122 Eed:230427   Ind ID:409-684-7021 Ind Name:Redfish Properties LLC Trn: 1176150122Tc | 69.00 |
| 04/27 | Orig CO Name:Paypal          Orig ID:Paypalsi77 Desc Date:230427 CO Entry Descr:Inst Xfer Sec:Web   Trace#:021000021983681 Eed:230427   Ind ID:Google Wm Max L          Ind Name:Redfish Properties LLC 230427Ppz46K Trn: 1171983681Tc | 15.99 |

| | |
|---|---|
| **Total Electronic Withdrawals** | **$41,073.50** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | 04/05 Withdrawal | $2,195.00 |
| 04/21 | 04/10/2023 Claim Reversal: Payment To Chase Card Ending I | 750.00 |

| | |
|---|---|
| **Total Other Withdrawals** | **$2,945.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/03 | $27,156.85 | 04/12 | 21,285.81 | 04/21 | 23,071.30 |
| 04/04 | 18,485.72 | 04/13 | 48,802.28 | 04/24 | 24,311.62 |
| 04/05 | 17,452.49 | 04/14 | 34,784.50 | 04/25 | -928.08 |
| 04/06 | 18,119.43 | 04/17 | 36,041.94 | 04/26 | 1,905.80 |
| 04/10 | 17,634.82 | 04/18 | 36,737.32 | 04/27 | 3,820.81 |
| 04/11 | 19,535.81 | 04/20 | 22,663.19 | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

April 01, 2023 through April 28, 2023

Account Number: ████████3567



| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | Chase.com |
| Service Center: | **1-888-994-5626** |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00014429 DRE 703 142 11923 NNNNNNNNNNN T 1 000000000 60 0000

LINDA E SWARZMAN
DEBTOR IN POSSESSION CASE 23-10270
4460 LIBBIT AVE
ENCINO CA 91436-3254

## CHECKING SUMMARY

Chase Private Client Checking

| | AMOUNT |
| --- | --- |
| Beginning Balance | $120.55 |
| Deposits and Additions | 12,740.03 |
| Ending Balance | $12,860.58 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.40 |

The monthly service fee for this account was waived as an added feature of a linked Chase Private Client Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| | Beginning Balance | | $120.55 |
| 04/20 | Online Transfer From Chk ...1656 Transaction#: 17134914555 | 12,740.00 | 12,860.55 |
| 04/28 | Interest Payment | 0.03 | 12,860.58 |
| | Ending Balance | | $12,860.58 |

**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus. OH 43218 - 2051

April 01, 2023 through April 28, 2023

Account Number: ▆▆▆▆7792



00162695 DRE 703 143 11923 NNNNNNNNNNN T 1 00000000069 0000

LINDA E SWARZMAN
DEBTOR IN POSSESSION CASE 23-10270
REDFISH ACCOUNT
4460 LIBBIT AVE
ENCINO CA 91436-3254

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-994-5626** |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY   Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $23,311.83 |
| Deposits and Additions | 47,087.91 |
| Electronic Withdrawals | -68,221.49 |
| **Ending Balance** | **$2,178.25** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.11 |
| Interest Paid Year-to-Date | $0.14 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $23,311.83 |
| 04/03 | Paypal     Acctverify       PPD ID: Paypalrd33 | 0.14 | 23,311.97 |
| 04/03 | Paypal     Acctverify       PPD ID: Paypalrd33 | 0.13 | 23,312.10 |
| 04/03 | Zelle Payment To Carlos Barbosa Jpm999Utv3N5 | -600.00 | 22,712.10 |
| 04/03 | Zelle Payment To Randy Hlavaty Jpm999Utuwkb | -800.00 | 21,912.10 |
| 04/03 | Zelle Payment To Yorbin Foundation 16986265194 | -850.00 | 21,062.10 |
| 04/03 | Zelle Payment To Rob Wager 16986290920 | -800.00 | 20,262.10 |
| 04/03 | Paypal     Acctverify       PPD ID: Paypalrd33 | -0.27 | 20,261.83 |
| 04/03 | Zelle Payment To Ronny Marlin Jpm999Uvj0Dd | -120.00 | 20,141.83 |
| 04/03 | Zelle Payment To Andy Adleman Jpm999Uvjy1S | -3,204.37 | 16,937.46 |
| 04/03 | Txu Energy     Txu_ACH2  900051528002   CTX ID: 1001020329 | -563.99 | 16,373.47 |
| 04/03 | Paypal     Inst Xfer  Norixamichelle2 Web ID: Paypalsi77 | -725.00 | 15,648.47 |
| 04/03 | Paypal     Inst Xfer  Reedkim928     Web ID: Paypalsi77 | -450.00 | 15,198.47 |
| 04/03 | Paypal     Inst Xfer  Reedkim928     Web ID: Paypalsi77 | -450.00 | 14,748.47 |
| 04/04 | Zelle Payment To Victor Garcia Granite Jpm999Uwnmzj | -700.00 | 14,048.47 |
| 04/05 | Wright Flood    Ins Prem       PPD ID: 1591227911 | -1,341.00 | 12,707.47 |
| 04/05 | Paypal     Inst Xfer  Norixamichelle2 Web ID: Paypalsi77 | -450.00 | 12,257.47 |
| 04/07 | Paypal     Inst Xfer  Reedkim928     Web ID: Paypalsi77 | -117.45 | 12,140.02 |
| 04/10 | Online Transfer From Chk ...0920 Transaction#: 17042028372 | 850.00 | 12,990.02 |
| 04/10 | Wright Flood    Ins Prem       PPD ID: 1591227911 | -2,025.00 | 10,965.02 |
| 04/10 | Zelle Payment To Randy Hlavaty Jpm999V37Lrw | -850.00 | 10,115.02 |
| 04/10 | Zelle Payment To Sadie Ac Jpm999V4Oc85 | -4,500.00 | 5,615.02 |

**CHASE PRIVATE CLIENT**

April 01, 2023 through April 28, 2023

Account Number: ███████ 7792

## TRANSACTION DETAIL _(continued)_

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 04/10 | Paypal     Echeck    Elk062        Web ID: Paypalec88 | -1,080.00 | 4,535.02 |
| 04/10 | Paypal     Inst Xfer  Elk062        Web ID: Paypalsi77 | -891.00 | 3,644.02 |
| 04/10 | Paypal     Inst Xfer  Elk062        Web ID: Paypalsi77 | -702.00 | 2,942.02 |
| 04/10 | Paypal     Inst Xfer  Elk062        Web ID: Paypalsi77 | -675.00 | 2,267.02 |
| 04/11 | Deposit    2045470291 | 2,698.00 | 4,965.02 |
| 04/11 | Online Transfer From Chk ...0920 Transaction#: 17064105008 | 3,348.00 | 8,313.02 |
| 04/12 | Zelle Payment To Sadie Ac Jpm999V8Bu8L | -1,400.00 | 6,913.02 |
| 04/13 | Zelle Payment To Lisa Tepper 17077357329 | -577.50 | 6,335.52 |
| 04/13 | Paypal     Inst Xfer  Norixamichelle2 Web ID: Paypalsi77 | -650.00 | 5,685.52 |
| 04/13 | Paypal     Inst Xfer  Reedkim928      Web ID: Paypalsi77 | -175.00 | 5,510.52 |
| 04/13 | Paypal     Inst Xfer  Humblefax        Web ID: Paypalsi77 | -10.00 | 5,500.52 |
| 04/17 | Online Transfer From Chk ...0920 Transaction#: 17100776385 | 120.00 | 5,620.52 |
| 04/17 | Zelle Payment To Eros Landscape Inc Jpm999Vcqlyf | -120.00 | 5,500.52 |
| 04/17 | Neptuneflood.Com Neptune FL St-J9T9G5O2K7Z2 CCD ID: 4270465600 | -1,198.59 | 4,301.93 |
| 04/18 | Deposit    2033754665 | 71.53 | 4,373.46 |
| 04/18 | Zelle Payment To Andy Adleman Jpm999Vgft6E | -3,820.00 | 553.46 |
| 04/18 | Paypal     Inst Xfer  Reedkim928      Web ID: Paypalsi77 | -175.00 | 378.46 |
| 04/19 | Deposit    2033286413 | 40,000.00 | 40,378.46 |
| 04/21 | Zelle Payment To Victor Garcia Granite Jpm999Vlch6W | -1,700.00 | 38,678.46 |
| 04/21 | Paypal     Inst Xfer  Reedkim928      Web ID: Paypalsi77 | -175.00 | 38,503.46 |
| 04/24 | Zelle Payment To Andy Adleman Jpm999Vplung | -3,200.00 | 35,303.46 |
| 04/24 | Zelle Payment To Andy Adleman Jpm999Vplw8K | -3,100.00 | 32,203.46 |
| 04/24 | Zelle Payment To Andy Adleman Jpm999Vplyry | -1,200.00 | 31,003.46 |
| 04/24 | 04/24 Online Domestic Wire Transfer Via: B1Bank/065405420 A/C: Mccorkle Insurance Agency Webster TX 77598 US Ref: February Insurance Premiums For Linda Swarzman - Redfish Properties Ll C/Acc/Aba/113025260 B1Bank 1800 Nas Apkwy Houston TX 770583502 US/Bnf/F OR Mccorkle Insurance Agency Imad: 0424B1Qgc05C005219 Trn: 3380593114Es | -26,295.28 | 4,708.18 |
| 04/25 | Zelle Payment To Andy Adleman Jpm999Vqkpr4 | -212.79 | 4,495.39 |
| 04/26 | 04/26 Online Transfer To Chk ...1656 Transaction#: 17184352448 | -1,000.00 | 3,495.39 |
| 04/26 | Bacliff Mudt    Echk069943        PPD ID: T741509611 | -161.25 | 3,334.14 |
| 04/26 | Zelle Payment To Rob Wager 17191505906 | -650.00 | 2,684.14 |
| 04/27 | Bacliff Mudw    Echk070705        PPD ID: T741509611 | -31.00 | 2,653.14 |
| 04/28 | Paypal     Inst Xfer  Norixamichelle2 Web ID: Paypalsi77 | -475.00 | 2,178.14 |
| 04/28 | Interest Payment | 0.11 | 2,178.25 |
| | **Ending Balance** | | **$2,178.25** |

**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

April 05, 2023 through April 28, 2023

Account Number: ███████3927



00091805 DRE 703 143 11923 NNNNNNNNNNN T 1 00000000 67 0000

LINDA E SWARZMAN
BROOKVILLA HOUSE
DEBTOR IN POSSESSION CASE 23-10270
4460 LIBBIT AVE
ENCINO CA 91436-3254

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-994-5626** |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY
Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 2,195.01 |
| **Ending Balance** | **$2,195.01** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

The monthly service fee for this account was waived as an added feature of a linked Chase Private Client Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 04/05 | Deposit    2059344697 | 2,195.00 | 2,195.00 |
| 04/28 | Interest Payment | 0.01 | 2,195.01 |
| | **Ending Balance** | | **$2,195.01** |

# Initiate Business Checking

April 30, 2023 ■ Page 1 of 4



## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

LINDA SWARZMAN
DBA XLNT
DEBTOR IN POSSESSION
CH11 CASE #23-10270 (CCA)
4460 LIBBIT AVE
ENCINO CA 91436-3254

## Your Business and Wells Fargo

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $7,156.60 |
| Deposits/Credits | 2,350.00 |
| Withdrawals/Debits | - 1,860.00 |
| **Ending balance on 4/30** | **$7,646.60** |

Account number: ■■■■ 3872
**LINDA SWARZMAN**
**DBA XLNT**
**DEBTOR IN POSSESSION**
**CH11 CASE #23-10270 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/6 | | Deposit Made In A Branch/Store | 800.00 | | 7,956.60 |
| 4/24 | | ATM Check Deposit on 04/23 15760 Ventura Blvd Encino CA 0001399 ATM ID 0617F Card 8195 | 1,550.00 | | 9,506.60 |
| 4/26 | 2000 | Check | | 900.00 | 8,606.60 |
| 4/28 | 2001 | Check | | 480.00 | |
| 4/28 | 2002 | Check | | 480.00 | 7,646.60 |
| **Ending balance on 4/30** | | | | | **7,646.60** |
| **Totals** | | | **$2,350.00** | **$1,860.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 2000 | 4/26 | 900.00 | 2001 | 4/28 | 480.00 | 2002 | 4/28 | 480.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2023 - 04/30/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $7,939.00 √ |
| • Minimum daily balance | $500.00 | $7,156.60 √ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 7 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# Wells Fargo Everyday Checking

April 30, 2023 ■ Page 1 of 5

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

LINDA SWARZMAN
DEBTOR IN POSSESSION
CH11 CASE #23-10270 (CCA)
4460 LIBBIT AVE
ENCINO CA 91436-3254

## You and Wells Fargo

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $6,661.11 |
| Deposits/Additions | 1,236.50 |
| Withdrawals/Subtractions | - 1,070.25 |
| **Ending balance on 4/30** | **$6,827.36** |

Account number: ████ **9428**

**LINDA SWARZMAN**
**DEBTOR IN POSSESSION**
**CH11 CASE #23-10270 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

April 30, 2023  ■  Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/12 | | SSA Treas 310 Xxsoc Sec 041223 xxxxx5611A SSA Linda E Swarzman | 1,236.50 | | 7,897.61 |
| 4/14 | | Purchase authorized on 04/11 Cali Pizza Kitc IN Tarzana CA S303101786165203 Card 9978 | | 31.13 | |
| 4/14 | | Purchase authorized on 04/12 Greystoke Grill Tarzana CA S383102759436173 Card 9978 | | 43.34 | |
| 4/14 | | Purchase authorized on 04/12 Kings Fish House- 818-2251979 CA S583103157933781 Card 9978 | | 116.54 | 7,706.60 |
| 4/17 | | Purchase authorized on 04/12 Fedex 396957795913 Memphis TN S383102848415923 Card 9978 | | 26.75 | |
| 4/17 | | Purchase authorized on 04/14 Ralphs #0 17840 Ventur Encino CA P000000673664221 Card 9978 | | 123.70 | |
| 4/17 | | Purchase authorized on 04/15 Ralphs #0 17840 Ventur Encino CA P000000632668009 Card 9978 | | 38.42 | |
| 4/17 | | Purchase authorized on 04/15 Shell Service Station Encino CA P463106140247540 Card 9978 | | 51.56 | 7,466.17 |
| 4/19 | | Purchase authorized on 04/18 Utility Payment Fe 806-686-6001 TX S303108596028764 Card 9978 | | 6.75 | |
| 4/19 | | Purchase authorized on 04/18 Pfud 281-367-5511 TX S303108596031107 Card 9978 | | 225.00 | 7,234.42 |
| 4/20 | | Purchase authorized on 04/18 Mels Drive-IN 6 Sherman Oaks CA S303109150470029 Card 9978 | | 56.49 | |
| 4/20 | | Purchase authorized on 04/19 Chili's Encino Encino CA S383109753606520 Card 9978 | | 43.22 | |
| 4/20 | | Purchase authorized on 04/20 Cvs/Pharmacy #02 02958--1 Encino CA P583110822942783 Card 9978 | | 17.48 | 7,117.23 |
| 4/24 | | Purchase authorized on 04/22 Poquito Mas Encin Encino CA S383112682053222 Card 9978 | | 42.84 | |
| 4/24 | | Purchase authorized on 04/22 Ralphs #0 17840 Ventur Encino CA P000000937436716 Card 9978 | | 67.46 | 7,006.93 |
| 4/26 | | Purchase authorized on 04/24 Greystoke Grill Tarzana CA S583115113770595 Card 9978 | | 69.71 | |
| 4/26 | | Purchase authorized on 04/25 The UPS Store 6147 818-9070981 CA S583115622092254 Card 9978 | | 15.00 | |
| 4/26 | | Purchase authorized on 04/25 Luna Grill 037 Olo Olo.Com CA S303116039044200 Card 9978 | | 27.38 | 6,894.84 |
| 4/27 | | Purchase authorized on 04/25 Tst* Factors Famou Los Angeles CA S303115718512571 Card 9978 | | 67.48 | 6,827.36 |
| **Ending balance on 4/30** | | | | | **6,827.36** |
| **Totals** | | | **$1,236.50** | **$1,070.25** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2023 - 04/30/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

Case 1:23-bk-10270-VK   Doc 103-3   Filed 05/22/23   Entered 05/22/23 17:15:26   Desc
Exhibit April Bank Statements   Page 14 of 14

April 30, 2023  ■  Page 3 of 5



---

***Monthly service fee summary (continued)***

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| ·  Minimum daily balance | $500.00 | $6,661.11  ☑ |
| ·  Total amount of qualifying electronic deposits | $500.00 | $1,236.50  ☑ |
| ·  Age of primary account owner | 17 - 24 | ☐ |
| ·  The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 IMPORTANT ACCOUNT INFORMATION

Important information regarding upcoming changes to the Campus Card benefits linked to an Everyday Checking account.

**On June 5, 2023,** Campus Card fee benefits will change.

1. The monthly service fee waiver benefit will end 60 days after an Everyday Checking account is no longer linked to an active Campus Card. However, the $10 monthly service fee for Everyday Checking can be avoided if the account meets ONE of the following options each fee period:
- $500 minimum daily balance
- $500 or more in total qualifying direct deposits*
- Primary account owner is 17-24 years old**
- Account linked to a Wells Fargo Campus ATM Card or Campus Debit Card***

2. Courtesy refunds provided with a linked Campus Card will continue for one overdraft fee*** and one incoming wire transfer fee***, but the time period for calculating these refunds is changing from calendar month to fee period.

Statements include a monthly service fee summary with the dates of the fee period. The monthly service fee summary with the dates of the fee period is also available online in the account's Balance Details and in the mobile app in the Activity Summary section.

There is no change to the following Campus Card benefit: No Wells Fargo fees for up to four cash withdrawals per fee period from non-Wells Fargo ATMs in the U.S. (Fees charged by non-Wells Fargo ATM operator or network may apply.)***

**\*** A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit. An ACH direct deposit made available early with Early Pay Day does not count towards the bonus requirements until it posts to your account and is no longer pending (e.g., the pay date scheduled by your payor).

**\*\***When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.

**\*\*\***These benefits will take effect within 45 days following the linkage of a Campus Card to an Everyday Checking account. Benefits will end 60 days after the Campus Card is no longer linked, and the Bank's standard Everyday Checking account terms and fees apply.

The Consumer Account Fee and Information Schedule and Deposit Account Agreement, as amended, continue to apply.

**Wells Fargo Campus Card program**