DAVID SEROR – Bar No. 67488
SUSAN K. SEFLIN – Bar No. 213865
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:   dseror@bg.law
         sseflin@bg.law
         jwellington@bg.law

Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Linda Ezor Swarzman,<br><br>    Debtor. | Case No. 1:23-bk-10270-VK<br><br>Chapter 11<br><br>**DEBTOR'S NOTICE OF INTENT TO SELL REAL PROPERTY LOCATED AT 5414 LILLIAN STREET, BAYTOWN, TEXAS 77521**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that that Linda Ezor Swarzman, the chapter 11 debtor and debtor in possession herein (the "Debtor"), hereby provides her notice of intent to sell ("Sale Notice") that certain real property located at 5414 Lillian Street, Baytown, Texas 77521 (the "Property").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's *Order (1) Authorizing the Debtor to Enter into Certain Ordinary Course Transactions, Including but Not Limited to, Selling and Leasing Real Property, (2) Authorizing the Debtor to Pay Pre-Petition Undisputed Liens and Taxes on any Property Sold in the Ordinary Course of Business, (3) Authorizing the Debtor to*

*Pay any Real Estate Commissions Related to the Sale or Lease of any Real Properties, and (4) Related Relief* [Doc. No. 110] (the "Ordinary Course Order") entered on May 26, 2023, the Debtor provides the following information to interested parties regarding the proposed sale of the Property:

1. **Address of the Property to be Sold**: 5414 Lillian Street, Baytown, Texas 77521. The lot size is approximately 7,200 square feet and has a 1,204 square foot, single-family residence with three bedrooms and two bathrooms. The Debtor purchased the Property in 2022.

2. **Listing Price**: On or about May 23, 2023, the real estate broker Brenda Delcambre of Riverbend Realty Group, LLC listed the Property on the MLS for a list price of $224,900. The list price was subsequently reduced several times, most recently to $199,000 on or about June 27, 2023.

3. **Purchase Price**: $195,000. The Property is being sold on an "as is, where is" basis, except the Debtor is required to finish the kitchen repairs and install plumbing and a range prior to the appraisal of the Property. The proposed buyer has no connection to the Debtor and is not an insider.

4. **Name of Broker(s) and Commission Amount(s) to be Paid through Title**: Brenda Delcambre is the Debtor's broker with respect to the proposed sale and will be paid commission of 1% of the purchase price. The proposed buyer is represented by Crystal Lumpkin of Wazel Properties and will be paid commission of 3% of the purchase price.

5. **Name and Amount of Lienholders and Taxing Authorities to be Paid through Title**: The lender on the Property is Corevest American Finance Lender LLC ("Corevest") and approximately $158,000 is owed to the lender. Property taxes in the amount of $726.65 are owed to the Harris County Tax Assessor-Collector if paid in July 2023. Additionally, the City of Baytown holds six recorded liens against the Property in the principal amount of $200 each. The Debtor is not aware of any other lienholders.

6. **Scheduled Date for Closing of the Proposed Sale**: August 17, 2023, or after the period for any creditor to object to the proposed sale of the Property.

7. **Estimated Net Return to the Debtor's Bankruptcy Estate**: Approximately $25,000 ($195,000.00 sale price minus costs of sale (approximately 1%), brokers' commissions of

2916364

4%, and amounts owed to Corevest, the Harris County Tax Assessor-Collector, and the City of Baytown).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Ordinary Course Order, any creditor of the Debtor that objects to the proposed sale of the Property must file a written objection with the Court and serve a copy of the written objection on the Debtor's counsel within 10 calendar days after this Notice is filed. In the event the Debtor cannot consensually resolve a written objection, the Debtor will notice the written objection for a hearing before the Court, on shortened time if necessary.

**PLEASE TAKE FURTHER NOTICE** that if you have any questions or would like additional information on the proposed sale, you may contact counsel for the Debtor, Susan Seflin, via phone at (818) 827-9000 or via email at sseflin@bg.law.

DATED: July 20, 2023                     BG Law LLP

By: /s/ Jessica S. Wellington
    Susan K. Seflin
    Jessica S. Wellington
Attorneys for Chapter 11 Debtor and
Debtor in Possession

2916364

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled: **DEBTOR'S NOTICE OF INTENT TO SELL REAL PROPERTY LOCATED AT 5414 LILLIAN STREET, BAYTOWN, TEXAS 77521** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 20, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kelli M Brown**    kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Chad L Butler**    caecf@tblaw.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Sarah M Cox**    sarah@spectorcox.com, sarah@ecf.courtdrive.com;slthorn@spectorcox.com;ahawkins@spectorcox.com
- **Sarah Gerdes**    sarah@searsfirm.com
- **Arnold L Graff**    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Tara L Grundemeier**    houston_bankruptcy@lgbs.com
- **Mitchell B Ludwig**    mbl@kpclegal.com, kad@kpclegal.com
- **Christopher M McDermott**    ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Eric S Pezold**    epezold@swlaw.com, knestuk@swlaw.com
- **David M Poitras**    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com
- **Lee S Raphael**    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Susan K Seflin**    sseflin@bg.law
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Owen M Sonik**    osonik@pbfcm.com, tpope@pbfcm.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Diana Torres-Brito**    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Garrick Vanderfin**    gvanderfin@polsinelli.com, mfiander@polsinelli.com;ladocketing@polsinelli.com
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **July 20, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. **[Delivery to Judge temporarily suspended if under 25 pages, per General Order 23-01]**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 20, 2023 | JESSICA STUDLEY | /s/ Jessica Studley |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

**20 Largest Unsecured Creditors**

April Fox Morris
10201 Schaper Dr.
Galveston, TX 77554

Caryn and Gary Ezor
230 McCarty Dr
Beverly Hills, CA 90212-3703

Chase Bank
Cardmember Service
P.O. Box 6294
Carol Stream, IL 60197-6294

Citi Cards Costco Visa
P.O. Box 78019
Phoenix, AZ 85062-8019

Citi Cards Mastercard
P.O. Box 78045
Phoenix, AZ 85062-8045

GPWare Trust
4460 Libbit Ave
Encino, CA 91436

Home Depot Credit
Dept 32 2142388226
P.O. Box 9001030
Louisville, KY 40290-1030

Kathleen A Colotta
16315 Brookvilla Dr.
Houston, TX 77059-5403

Melinda Thomas
4460 Libbit Ave
Encino, CA 91436-3254

Michelle Smith
704 4th St
League City, TX 77573-2302

Moerer King LLP
701 S. 11th Street, Suite A
Richmond, TX 77469-3361

Ownwell, Inc
P.O. Box 2267
Austin, TX 78768-2267

Rachel Friedland
TaDa! Accounting
5929 Yarmouth Ave
Encino, CA 91316-1128

**Secured Creditors**

Assured Lender Services
111 Pacifica Suite 140
Irvine CA 92618

BSI Financial Services
PO Box 517
Titusville PA 16354

Caliber Home Loans
PO Box 650856
Dallas, TX 75265-0856

CFIN 2022-RTL1 Issuer, LLC ("Lender"), successor-in-interest to Riverbend Funding LLC ("original lender")
1415 Vantage Park Dr #240
Charlotte NC 28203

Churchill Funding I, LLC
c/o Eric S Pezold
Snell Wilmer
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689
**[VIA NEF]**

Egret Bay Condominium Association
2002 West Grand Parkway North
Suite 150
Katy, TX 77449

Legacy Lending, LLC
8957 Edmonston Road Unit M
Greenbelt MD 20770

Logix Federal Credit Union
27918 Franklin Parkway
Valencia, CA 91355

Los Angeles County Treasurer And Tax Collector
Attn Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

Mercedes-Benz Finanical Services
Lease Maturity Dept
36455 Corporate Drive
Farmington Hills, MI 48331

National Bankruptcy Services.com, LLC
14841 Dallas Parkway Suite 300
Dallas TX 75254

National Enterprise Systems
14841 Dallas Parkway,
Suite 300
Dallas, TX 75254

Riverbend Funding LLC
Toorak Capital Partners, LLC
Polsinelli c/o Adam C. Rayford
2950 N. Harward Street,
Suite 2100
Dallas, TX 75201

Riverbend Funding LLC
3550 Round Bard Blvd Ste 104
Santa Rosa CA 95403

Riverbend Funding LLC/Toorak Capital Partners LLC
3550 Round Barn Blvd,
Suite 104
Santa Rosa, CA 95403

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Toorak Capital Partners, LLC<br>c/o Adam C. Rayford<br>Polsinelli<br>2950 N. Harward Street,<br>Suite 2100<br>Dallas, TX 75201 | Stoa 3, LLC<br>2355 E Camelback Rd #305<br>Phoenix AZ 85016 | Toyota Motor Credit Corporation<br>2 Executive Circle, Suite 100<br>Irvine, CA 92614 |
| Toyota Motor Credit Corporation<br>PO Box 105386<br>Atlanta GA 30348 | Treece Law Firm PC<br>1020 Bay Area Blvd Suite 200<br>Houston TX 77058 | Churchill Funding I, LLC ("Lender"),<br>successor-in-interst to Riverbend<br>Funding, LLC ("original lender")<br>1415 Vantage Park Dr #240<br>Charlotte NC 28203 |
| Issa F. Kamara<br>Agent for Toyota Motor Credit Corp.<br>Bonial & Associates, PC<br>PO BOX 9013<br>Addison, TX 75001 | | |

**All Other Unsecured Creditors**

| | | |
|---|---|---|
| Harris County Tax Assessor-Collector<br>PO Box 3547<br>Houston, TX 77253 | Chase Bank<br>c/o National Bankruptcy Services LLC<br>PO Box 9013<br>Addison, Texas 75001 | Paramount Roofing<br>1208 Sheffield Blvd.<br>Houston, TX 77015 |
| Tonny Tops Plus<br>10123 Steelman Street<br>Houston, TX 77017 | Ashford West Community Association Inc.<br>12550 Westella Drive<br>Houston, Texas 77077 | Atascocita North C.I.A<br>8811 FM 1960 Bypass Rd W Ste. 200<br>Humble Texas 77338 |
| Atascocita South<br>28420 Hardy Toll Rd,<br>Spring, Texas 77373 | Atascosita Meadows<br>P.O box 203310<br>Austin, Texas 78720-3310 | Bacliff MUD<br>4302 12th St,<br>Bacliff, Texas 77518 |
| Bay Meadows Townhouse Assoc, Inc.<br>1703 Broadway Avenue J<br>Galveston, Texas 77550 | Bayshore Townhouse Owner Assoc.<br>11550 Fuqua St. Ste, 490<br>Houston, Texas 77034-4304 | Baywind Condominium<br>1516 Bay Area Blvd.<br>Houston, Texas 77058 |
| Bear Branch Trail Association<br>3215 Cedar Knolls Dr<br>Kingwood TX 77339 | Bermuda Beach Improvement Committee<br>12936 John Reynolds Rd<br>Galveston TX 77554 | Bimam Wood Fairfax<br>23104 Banquo Dr<br>Spring TX 77373 |
| Breckenridge Forest POA, Inc.<br>6630 Cypresswood Dr 100<br>Spring TX 77379 | Briargate Community Impr Assoc. Inc.<br>7002 Laughlin Dr<br>Missouri City TX | Bridgestone SOA<br>13231 Champion Forest Dr<br>Houston TX 77069 |
| Brook Forest Community Assoc<br>16398 Havenpark Dr<br>Houston TX 77059 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Caliber Home Loans<br>PO Box 2487<br>Greenville, SC 29602 |
| Cardinal Street Management<br>PO Box 77574<br>League City, TX 77574 | CenterPoint Energy<br>333 Ward Road<br>Baytown TX 77520 | City of Baytown<br>2505 Market St<br>Baytown TX 77520 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| City of Galveston<br>823 Rosenberg Room 102<br>Galveston TX 77550 | City of Houston<br>PO Box 1562<br>Houston TX 77251 | City of La Porte<br>604 W Fairmont Parkway<br>LaPorte TX 77571 |
| City of Pearland<br>3519 Liberty Dr<br>Pearland TX 77581 | Clear Brook City MUD<br>11911 Blackhawk Blvd<br>Houston TX 77089 | Clear Lake City Community Association<br>16511 Diana Lane<br>Houston TX 77062 |
| Clear Lake Water Authority<br>900 Bay Area Blvd<br>Houston TX 77058 | Colony Creek Village Community Association<br>12818 Willow Centre Dr Ste B<br>Houston TX 77006 | Crystal Beach AC and Heat LLC<br>2110 26th St<br>Galveston TX 77550 |
| Direct Energy Business<br>910 Louisiana St Ste B200<br>Houston TX 77002 | Entergy Services Inc<br>PO Box 8104<br>Baton Rouge LA 70891 | Fairmont Park Homes Association<br>PO Box 1192<br>LaPorte, TX 77571 |
| Fondren Park Community Association<br>C/O MASC Austin Properties Inc<br>PO Box 398<br>Richmond TX 77406-0006 | Galveston County WCID #1<br>2750 FM 517 Rd E<br>Dickenson TX 77539 | Greentree Village Community Association<br>5825 Riverchase Village Dr<br>Kingwood TX 77345 |
| Harris County MUD #46<br>PO Box 73109<br>Houston, TX 77273 | Harris County MUD #109<br>822 West Pasadena Blvd.<br>Deer Park, TX 77536 | Harris County MUD #152<br>6935 Barney Rd., #110<br>Houston, TX 77092 |
| Harris County MUD #168<br>17495 Village Green Dr., Jersey Village, TX77040 | Hunter Glenn Association<br>c/o Marshall Management Group, Inc<br>4800 Sugar Grove Blvd Ste 140<br>Stafford TX 77477 | Lake M.U.D.<br>PO Box 173 Dep 55034<br>Houston TX 77001-0173 |
| Louetta North P.U.D.<br>16840 colony Creek Dr<br>Spring TX 77379 | Marina Bay Unit Owners Association/Pegasus<br>PO Box 57069<br>Webster TX 77598 | Meadow Bend HOA<br>17049 El Camino Real Ste 100<br>Houston TX 77058 |
| Meadowlake Village Homeowners<br>7410 Breda Dr<br>Baytown TX 77521 | Memorial Point Property<br>106 Echo Lane<br>Livingston TX 77351 | Pineloch Community Association<br>2951 Marina Bay Dr Ste 130-536<br>League City TX 77573 |
| Ponderosa Forest Maintenance Association<br>3131 Eastside St Ste 130<br>Houston TX 77098 | Post Wood M.U.D.<br>6018 Knotty Post Lane<br>Spring TX 77373 | Quail Hollow HOA<br>PO Box 96046<br>Houston TX 77213 |
| Roberts Air LLC<br>1413 23rd St<br>Galveston TX 77550 | Sageglen Community Association<br>11610 Sageyork Dr<br>Houston TX 77089 | Sea Isle Property Owners<br>21704 Burnet Dr<br>Galveston TX 77554 |
| Spring Creek UD<br>2433 2300 Leichester Dr<br>Spring TX 77386 | Sunbury Estates<br>5310 Lynngate Dr<br>Spring TX 77373 | Sunset Townhomes HOA<br>PO Box 830<br>Dickinson, TX 77539 |
| Teal Run North HOA<br>9950 Westpark Dr Suite 420<br>Houston TX 77063 | Terramar Beach CIA Inc<br>R Box 185X39R4<br>Galveston TX 77554 | The Landing CIA<br>1109 Landing Boulevard<br>League City, TX 77573 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| The Point at Egret Bay Condominium Association<br>1120 Nasa One Suite 320<br>Houston TX 77058 | TXU Energy<br>PO Box 650764<br>Dallas TX 75265 | Village of Jamaica Beach<br>5918 Jamaica Beach<br>Jamaica Beach TX 77554 |
| Village of Surfside Beach<br>1304 Monument Dr<br>Surfside Beach, TX 77541-9522 | Waldon on Lake Houston Community Service Assoc<br>18100 Walden Forest Dr<br>Atascocita TX 77346 | Westador Civic Association<br>17715 Cali Dr<br>Houston TX 77090 |
| Blue Ridge West MUD<br>11111 Katy Frwy. #725<br>Houston 77079 | Brazoria County<br>111 E Locust<br>Angleton, TX 77515 | Bridgestone MUD<br>P.O. Box 73109<br>Houston, TX 77273 |
| Clear Lake Water Authority<br>900 Bay Area Blvd.<br>Houston 77058 | Fort Bend County<br>1317 Eugene Heimann Circle<br>Richmond, 77469 | Fort Bend County MUD #23<br>PO Box 1368<br>Friendswood, TX 77549 |
| Fort Bend County MUD #6<br>PO Box 1368<br>Friendswood, TX 77549 | GCCISD Tax Services*<br>PO Box 2805<br>607 W Baker Rd<br>Baytown 77521 | Harris Cty WCID Fondren Rd.<br>11111 Katy Frwy. #725<br>Houston 77079 |
| Louetta North PUD<br>PO Box 4383<br>Houston, TX 77210 | Mills Road MUD<br>PO Box 1368<br>Friendswood, TX 77549 | Polk County Taxing Entities<br>416 N Washington Ave<br>Livingston, TX 77351-2899 |
| Post Wood MUD<br>12841 Capricorn St.<br>Stafford, TX 77477 | Spring ISD -HC WCID #92<br>420 Lockhaven Drive<br>Houston, TX 77073 | Westador MUD<br>PO Box 73109<br>Houston, TX 77273 |
| Home Tax Solutions<br>4849 Greenville Ave Ste 1620<br>Dallas TX 75206 | Garage Door Services & Repair<br>10101 Fondren Rd<br>Houston TX 77096 | Renovo Financial<br>222 W Adams St<br>Chicago IL 60606 |
| Renovo Financial<br>5700 Tennyson Parkway Suite 300<br>Plano TX 75024 | Toorak Capital Partners, LLC<br>c/o Adam C Rayford<br>Polsinelli<br>2950 N Harward Street, Suite 2100<br>Dallas, TX 75201 | National Bank by Mail<br>Mail Code OH1 0333<br>340 S Cleveland Ave, Building 370<br>Westerville, OH 43081-8917 |
| Egret Bay Condominim Association<br>2002 West Grand Parkway North<br>Ste 150<br>Katy TX 77449 | Cypress Fairbanks ISD<br>10494 Jones Rd Rm 106<br>Houston TX 77065 | Fort Bend County<br>1317 Eugene Heimann Circle<br>Richmond TX 77469 |
| Polk County<br>416 N Washington Ave<br>Livingston TX 77351 | Texas City ISD Tax Assessor - Collector<br>1700 9th Ave North<br>Texas City TX 77590 | Galveston County Tax Assessor- Collector<br>722 Moody Galveston<br>TX 77559 |
| Riverbend Funding, LLC/ Toorak Capital Partners, LLC<br>3550 Round Bard Blvd Ste 104<br>Santa Rosa CA 95403 | Linebarger Goggan Blair & Simpson LLP<br>PO Box 3064<br>Houston TX 77253 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Office Of Finance City Of Los Angeles<br>200 N Spring St Rm 101 City Hall<br>Los Angeles, CA 90012-3224 | JPMorgan Chase Bank N A<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe, LA 71203-4774 |
| Brazoria County Tax Collector<br>451 North Velasco, Room 150<br>Angleton, TX 77515-4442 | Snell & Wilmer LLP<br>600 Anton Blvd Suite 1400<br>Costa Mesa CA 92626 | Chase Card Services<br>201 N Walnut Street, De1 0153<br>Wilmington, DE 19801 |
| Citi Cards<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0432 | Citibank Customer Service<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | Costco Consumer, Costco Small Bus<br>P.O. Box 790046<br>Saint Louis, MO 63179-0046 |
| Citibank<br>P.O. Box 790034<br>St Louis, MO 63179-0034 | Home Depot Credit<br>6716 Grade Lane, Suite 910<br>Louisville, KY 40213-3439 | Harris County Tax Collector<br>1001 Preston Street<br>Houston, TX 77002-1839 |
| Judd Swarzman<br>4460 Libbit Ave<br>Encino, CA 91436-3254 | Ownwell, Inc<br>201 W 5th Street, Suite 1100<br>Austin, TX 78701-0060 | Toyota Motor Credit Corporation<br>PO Box 330<br>Williamsville, New York 14231 |
| Ford Bend County<br>1317 Eugene Heimann Circle<br>Richmond, TX 77469 | Fort Bend County MUD #23<br>PO Box 1368<br>Friendswood, TX 77549 | Harris City WCID<br>11111 Katy Frwy., #725<br>Houston, TX 7709 |
| Cardinal Street Management<br>PO Box 2906<br>League City, TX 77574 | LAURIE PAYTON<br>CHAMBERS COUNTY TAX<br>ASSESSOR/COLLECTOR<br>PO BOX 519<br>ANAHUAC, TX 77514 | US Bank Trust National Assoc.<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121 |
| NP Master Trust 1<br>c/o BSI Financial Services, Inc.<br>4200 Regent Blvd., Suite 200<br>Irving, TX 75063 | Logix Federal Credit Union<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 | April Fox Morris<br>1502 Bayou Shore Drive<br>Galveston, TX 77551 |
| Goose Creek Consolidated ISD & Lee College District<br>c/o Reid Strickland & Gillette LLP<br>PO Box 809<br>Baytown, TX 77522 | Sea Isle Property Owners, Inc.<br>c/o Daughtry & Farine, P.C.<br>17044 El Camino Real<br>Houston, TX 77058 | Clear Lake City Community Association, Inc.<br>c/o Daughtry and Farine P.C.<br>17044 El Camino Real<br>Houston, TX 77058 |
| Melissa E. Valdez<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | Spring Independent School Distrct<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | Harris County Municipal Utility District #109<br>c/o Carl O. Sandin<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 |
| Bridgestone Municipal Utility DistricT<br>c/o Carl O. Sandin<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | Klein Independent School District<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | La Porte Independent School District<br>C/O Owen M. Sonik<br>1235 North Loop West, Suite 600<br>BAYTOWN, TX 77522 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| HUMBLE INDEPENDENT SCHOOL DISTRICT<br>c/o Melissa E. Valdez<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | Baytown Quail Hollow HOA<br>6548 Greatwood Parkway<br>Sugar Land, Tx 77479 | Ponderosa Forst Homeowners Association, Inc.<br>6548 Greatwood Parkway<br>Sugar Land, TX 77479 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**