**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Eryk R. Escobar, Bar No. 281904
Assistant United States Trustee
Katherine C. Bunker, Bar No. 240593
Trial Attorney
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone: (213) 894-3362
Facsimile: (213) 894-0276
E-mail: kate.bunker@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**LINDA EZOR SWARZMAN**,<br><br>                                  Debtor. | Case No. 1:23-bk-10270-VK<br><br>Chapter 11<br><br>**APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. § 1102(a), the undersigned hereby appoints the following two (2) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated:  July 20, 2023                                          UNITED STATES TRUSTEE

                                                                             /s/ *Eryk R. Escobar*
                                                                            Eryk R. Escobar
                                                                            Assistant U.S. Trustee

**EXHIBIT A**

**(1)**   **April Morris**

Mailing Address: 1502 Bayou Shore Drive, Galveston, TX 77551
Tel: (832) 258-8115
E-mail: aprilfox@me.com

**(2)**   **Michelle Smith**

Mailing Address: 704 4th Street, League City, TX 77573
Tel: (713) 562-2789
E-mail: msmith77573@yahoo.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/20/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **7/20/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/20/2023 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**

Katherine Bunker    kate.bunker@usdoj.gov
Eryk Escobar eryk.r.escobar@usdoj.gov
Kelli M Brown    kbrown@ghidottiberger.com, bknotifications@ghidottiberger.com
Katherine Bunker    kate.bunker@usdoj.gov
Chad L Butler    caecf@tblaw.com
Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Sarah M Cox    sarah@spectorcox.com, sarah@ecf.courtdrive.com;slthorn@spectorcox.com;ahawkins@spectorcox.com
Sarah Gerdes    sarah@searsfirm.com
Arnold L Graff    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
Tara L Grundemeier    houston_bankruptcy@lgbs.com
Mitchell B Ludwig    mbl@kpclegal.com, kad@kpclegal.com
Christopher M McDermott    ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
Eric S Pezold    epezold@swlaw.com, knestuk@swlaw.com
David M Poitras    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com
Lee S Raphael    ecfcca@ecf.courtdrive.com, cmartin@pralc.com
Susan K Seflin    sseflin@bg.law
David Seror    dseror@bg.law, ecf@bg.law
Owen M Sonik    osonik@pbfcm.com, tpope@pbfcm.com
Andrew Still    astill@swlaw.com, kcollins@swlaw.com
Diana Torres-Brito    dtorres-brito@pralc.com, ecfcca@ecf.courtdrive.com
Garrick Vanderfin    gvanderfin@polsinelli.com, mfiander@polsinelli.com;ladocketing@polsinelli.com
Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
Jessica Wellington    jwellington@bg.law, ecf@bg.law

**SERVED BY U.S. MAIL**

U.S. Bankruptcy Court
San Fernando Valley Division
21041 Burbank Boulevard
Woodland Hills, California 91367

Linda Ezor Swarzman
4460 Libbit Avenue
Encino, CA 91436

April Morris
1502 Bayou Shore Drive
Galveston, TX 77551

Michelle Smith
704 4th Street
League City, TX 77573

LEA Accountancy, LLP
1130 S. Flower Street
Suite 312
Los Angeles, CA 90010

Walter E Spears
Bartley & Spears PC
2002 W Grand Pkwy North Ste 150
Katy, TX 77449